ORIGINAL

ECF

FILED
APR 22 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SSA MARINE, INC.,** | |
| **Plaintiff,** | **Civil Action No.** |
| **v.** | 05- 490C |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**Corporate Disclosure Statement**

SSA Marine, Inc. ("SSA"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following certification: SSA is a private company that is 100% owned by Carrix, Inc. Carrix, Inc. is a private company that is owned 100% by FRS Capital Corp. FRS Capital Corp. is a privately held company.

Respectfully submitted,

John W. Butler
SHER & BLACKWELL
1850 M St., N.W., Ste. 900
Washington, D.C. 20036
(202) 463-2510 (tel)
(202) 463-4950 (fax)

Of Counsel:

Heather M. Spring
SHER & BLACKWELL
1850 M St., N.W., Ste. 900
Washington, D.C. 20036
(202) 463-2516 (tel)
(202) 463-4950 (fax)

Dated: April 22, 2005