IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., Plaintiff, | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of THOMAS D. DINACKUS, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW,
Washington, D.C. 20530
Phone: (202) 616-0842
Fax: (202) 514-7969

Attention: Classification Unit
8th Floor

s/Thomas D. Dinackus
THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: May 10, 2005

## CERTIFICATE OF FILING

I hereby certify that on this 10th day of May, 2005, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Thomas D. Dinackus