IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 30 days, to and including July 21, 2005, the time within which it must file its response to the complaint. Defendant's response is presently due on June 21, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

Government counsel has yet to receive a litigation report from the United States Agency for International Development, the agency involved in the events that led to this litigation. Government counsel has no personal knowledge of the matters addressed in the complaint and cannot prepare the Government's response to the complaint without input from the agency. The agency is preparing a litigation report and expects to deliver the litigation report to the Government's attorney of record on or about July 8, 2005.

The time requested is necessary, therefore, for the agency to prepare the litigation report, and for Government counsel to review the litigation report; prepare a response to the

complaint; and obtain agency and supervisory review.

The additional time requested is also necessary because, during the next five weeks, Government counsel will be required to devote substantial amounts of time to other matters pending before this Court and the United States Court of Appeals for the Federal Circuit, including: preparing a dispositive motion in Lechliter v. United States, No. 04-1729C (Fed. Cl.), which is due on June 20, 2005; preparing responses to plaintiff's discovery requests in Liberty Mutual Insurance Co. v. United States, No. 04-254C (Fed. Cl.), which are due on June 30, 2005; preparing the Government's brief in Dureiko v. United States, No. 05-5023 (Fed. Cir.), which will be due on July 13, 2005, if the court of appeals grants our pending motion for enlargement; preparing to take depositions, and taking and defending out-of-town depositions, in FSEC, Inc. v. United States, No. 03-2152C (Fed. Cl.), a complex construction case in which fact discovery closes on July 15, 2005; and defending out-of-town depositions in Metrica, Inc. v. United States, No. 04-636C (Fed. Cl.), a case in which fact discovery closes on July 29, 2005.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

JOHN ALUMBAUGH
U.S. Agency for International Development

June 13, 2005

NOTICE OF FILING

I hereby certify that on June 13, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus