**Spring, Heather**

**From:** Butler, John
**Sent:** Wednesday, July 13, 2005 12:31 PM
**To:** 'Thomas.Dinackus@usdoj.gov'
**Cc:** Spring, Heather
**Subject:** RE: SSA Marine

Tom: Thanks for your message. I am happy to discuss this by telephone if you would like, but my initial reaction is that we would much prefer to keep this case moving. Despite our client's considerable frustration with stonewalling and inaction from the agency almost from the inception of the contract, we nevertheless accomodated your initial request for additional time as a matter of courtesy -- with the understanding that there would not likely be a repeat performance.

As we indicated in our last conversation about jurisdiction, we believe that it would be a substantial stretch to apply exclusive admiralty jurisdiction to this case. If there is something that you have seen that makes you think otherwise, we would ask that you share it with us as we have shared our thoughts and research with you. If there is a particular maritime treatise that you need to review, we may well have it given that our practice focuses in that area. In short, I would like to make every effort to resolve this issue without the need for further delay. Accordingly, we cannot consent to a further extension on the grounds that you have provided, but we remain available to try to resolve your jurisdictional questions as quickly as possible. Feel free to call me at either of the numbers below.

Best regards.

John W. Butler
Sher & Blackwell LLP
(202) 463-2510 (Office)
(202) 365-0059 (Mobile)
(202) 463-4950 (Fax)
jbutler@sherblackwell.com
Visit us at http://www.sherblackwell.com

---------------------------------------------------------------

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at (202) 463-2500 or by replying to this e-mail, and delete the message and any attachment(s) from your system. Thank you.

-----Original Message-----
From: Thomas.Dinackus@usdoj.gov [mailto:Thomas.Dinackus@usdoj.gov]
Sent: Wednesday, July 13, 2005 10:42 AM
To: Spring, Heather; Butler, John
Subject: SSA Marine

John & Heather:

I am afraid I have to ask the Court for another enlargement with regard to the Govt's response to the complaint. I am still addressing the admiralty issue. I have read your cases, many other cases, and Wright & Miller, and have not been able to reach a firm conclusion as to the position we should take. For example, I have seen a number of treatises cited in the various cases, and need to check them, but the library in my building does not have them (I am not in Main Justice), and I will need to locate which DOJ library has them and either go there or have them sent to me.

Accordingly, I am going to request an additional 27 days, to August 18, and I need to know if you object (I will be on vacation August 19-27). My motion is due tomorrow in order to comply with the Court's special procedures order, so please get back to me on this as soon as possible.

Thanks,

Tom