## PART 6 PROFIT

### CLIN 001

SSA's profit for CLIN 001 is $57,236.80

### CLIN 002

SSA's profit for CLIN 002 is $26,823.72

### CLIN 003

SSA's profit for CLIN 003 is $354,148

SSA is willing to accept this 10% of total project cost profit figure for CLIN 003 provided SSA and USAID can come to a mutual agreement on:

1. SSA being able to generate profit from CLIN 003 operations, and
2. the form and or amount of profit SSA can make on operations associated with CLIN 003.(e.g. the form to be either on a per ton handled basis, flat fee or other mutually agreed to form)

## PART 7 OPERATIONS FINANCING PLAN

"Financing Port Operations: In the event that USAID directs the contractor to manage and operate the port, startup funds and working capital to begin implementation of the operational plan shall be provided by USAID. Start up capital shall be provided to cover initial facility and equipment replacement and repair as proposed by the contractor and approved by USAID from the port assessment, improvement plan and operational plan. Start up working capital shall be provided to cover initial operations of the port. After port operations begin, working capital for labor, facilities and equipment operation and maintenance, port overhead and contractor profits shall be obtained from fees and charges to carriers and cargo owners. USAID shall approve the fee and charge schedule and the level of contractor profit from operations. The contractor shall present USAID with monthly financial statements outlining the costs, revenues and profits from operations. The contractor shall maintain separate bank account(s) and records regarding port costs and revenues under this contract. To the extent that revenues exceed costs and negotiated maximum profit margin or level, USAID shall determine the use of any remaining funds in the port accounts."

SSA agrees with this concept based on the following:

- USAID continues to pay for SSA staff costs
- USAID and SSA mutually agree to a business plan outlining forecasted volumes, revenues and costs to agree on the tariffs and profits.
- If there is a 10% or greater drop off in cargo vs. the mutually agreed to forecasts, then USAID and SSA will renegotiate tariff rates to bring the actual P/L more in line with the originally agreed to business plan numbers.
- SSA is not responsible for capex purchases of any equipment nor will the purchase of any equipment, financed and paid for out of working capital, be required to go against SSA's balance sheet.