## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE — PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO. 2 (1)

3. EFFECTIVE DATE: 05/24/2003

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable): See G.6

6. ISSUED BY — CODE: JUA
Agency for International Development
1300 Pennsylvania, Ave., N.W.
Room 7.09-073
Attn: M/OP/EER
Washington, D.C. 20523

7. ADMINISTERED BY (If other than Item 6) — CODE
USAID/Iraq
Baghdad, Iraq

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
Stevedoring Services of America
1131 SW Klickitat Way
Seattle, Washington 98134

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. TRN-C-00-03-00054-00

10B. DATED (SEE ITEM 13): 04-08-2003

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment of each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required): MAARD 267-0001-3-03001 Amendments 1, 2 and 3

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X)

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to: 1) Provide CLIN 003 funding; 2) For clarity purposes, divide CLIN 003 into 3 parts; 3) Increase the contract total estimated cost; 4) Modify the Key Personnel Clause to delete specific names; 5) Change Contract Administration.

The contract is hereby modified as follows:

1. Part 1 - The Schedule, B.2 - CLIN 003 is clarified as follows: 003A covers SSA Level of Effort and associated costs as authorized. The total estimated cost and obligated amount for CLIN 003A is $3,895,628. CLIN 003B covers port operation expenses. CLIN 003C covers USAID-approved capital expenses and projects."

2. Part 1 - The Schedule, B.3(c) CLIN 003 - Add the following sentence "Available funds in CLIN 003A may be realloca for port operation expenses (CLIN 003B) as authorized by USAID."

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Kyle B. Lukins, VP - General Counsel

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Anne Quinlan, M/OP/EER

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 9/30/03

16B. UNITED STATES OF AMERICA BY [signature: Anne Quinlan] (Signature of Contracting Officer)

16C. DATE SIGNED: 9/30/03

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT CONTINUATION PAGE**

PAGE NO. 2 OF 2

| CONTRACT NO. | ORDER NO. | MODIFICATION NO. |
|---|---|---|
| TRN-C-00-03-00054-00 | | 1 |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (CONTINUED)

3. Part 1 - The Schedule, B.3 - Add the following: "CLIN 003B Port Operation Expenses - The estimated cost for port operations hereunder is $3,918,258. (May through December, 2003). SSA will exercise its professional judgment in managing port operations, consistent with the contract and the direction and oversight of USAID."

4. Part 1 - The Schedule, B.3 - Add the following: "CLIN 003C Capital Projects - The estimated cost for the performance of the work as required hereunder is $6,580,000. SSA will exercise its professional judgment in implementing the USAID-approved capital projects, consistent with the contract and the direction and oversight of USAID."

5. Part 1 - The Schedule, B.3(d) - Delete the obligated amount for CLIN 003 (now 003A) stated as "$1,976,643" and in lieu thereof substitute the fully funded amount "$3,895,628." (MAARD No. 267-0001-3-03001 Amend. 1 - add $1,918,985)

6. Part 1 The Schedule, B.3(d) Add the following obligated amount "CLIN 003B $3,000,000" (MAARD Amend. 2)

7. Part 1 - The Schedule, B.3(d) - Add the following obligated amount "CLIN 003C $6,500,000" (MAARD Amend. 3)

8. Part 1 - The Schedule, B.3(d) - Delete paragraph beginning, "The Contractor shall not exceed..." and in lieu thereof substitute the following: "The contractor shall not exceed the aforesaid obligated amount in each CLIN, including any authorized pre-contract award expenses. There is a limitation of funds totaling $14,318,985 under this contract."

9. Section F, Part F.6 - Delete the names, "Kevin Leonard" and "Fergus Moran" and in lieu thereof the Key Personnel shall be by Title only, "Senior Project Manager" and "Operations Director" Key personnel shall be approved by USAID

10. Section G, Part G.2 - Amend the Part to read: "The Administrative Contracting Officer is:
Mr. Neil Price (or his designee), Contracting Officer, CPA/USAID - Iraq, Box 40, APO AE 09335"

11. Section G, Part G.3 - Amend the Part to read: "The Cognizant Technical Officer (CTO) is:
Mr. Robert MacLeod, CPA/USAID - Iraq, Box 40, APO AE 09335"

12. Section G, Part G.6 Accounting and Appropriation Data - Add the following fiscal data:

MAARD No. 267-0001-3-03001 Amendment 1; SO 01; Activity 2670001.00; ELE #01: Seaport Administration Appropriation 723/41096; Budget Plan Code HIQ30323267XG13; Obligated Amount $1,918,985; Cumulative Obligation $4,818,985; Total Estimated Cost $15,217,243.

MAARD No. 267-0001-3-03001 Amendment 2; SO 01; Activity 2670001.00; ELE #01: Seaport Administration Appropriation 723/41096; Budget Plan Code HIQ30323267XG13; Obligated Amount $3,000,000; Cumulative Obligation $7,818,985; Total Estimated Cost $15,217,243.

MAARD No. 267-0001-3-03001 Amendment 3; SO 01; Activity 2670001.00; ELE #01: Seaport Administration Appropriation 723/41096; Budget Plan Code HIQ30323267XG13; Obligated Amount $6,500,000; Cumulative Obligation $14,318,985; Total Estimated Cost $15,217,243.

13. Part II - Section 1 - Contract Clauses - Add the following Federal Acquisition Regulation clause:
52.247-64 Title: Preference for Privately Owned U.S.-Flag Commercial Vessels (June 2000)
52.223-6 Title: Drug-Free Workplace (March 2001)
52.228-3 Title: Workers Compensation Insurance (Defense Base Act) (April 1984)
52.245-5 Title: Government Property (Cost reimbursement, Time-and-Material, or Labor-Hour Contracts) (January 1986)
52.246-23 Title: Limitation of Liability (February 1997)
52.249-14 Title: Excusable Delays (April 1984)
752.245-70 Title: Government Property-USAID Reporting Requirements (April 1984)

Except as modified herein the terms of the contract remain unchanged