## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

BPA NO | 1. CONTRACT ID CODE | PAGE 1 OF PAGES 3

2. AMENDMENT/MODIFICATION NO: 03
3. EFFECTIVE DATE: See Block 16C.
4. REQUISITION/PURCHASE REQ. NO.: 267-0001-3-03001 Amendment 04
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
U.S. Agency for International Development
Contracting Office
CPA (USAID/IRAQ)

APO AE 09335

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Stevedoring Service of America
1131 SW Klickitat Way

Seattle, Washington 98134

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
TRN-C-00-03-00054-02

10B. DATED (SEE ITEM 13)
04-08-2003

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment of each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Foreign Assistance Act of 1961, as amended and E.O. 11223 |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return all copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purposes of this Modification are to:
1) Correct the modification numbering of Modification No. 2 signed on 09/30/03.
2) Reallocate funds between CLIN 003a, 003b and 003c.
3) Incorporate the "Reporting of Foreign Taxes" clause pursuant to Section 579 of the Foreign Operations, Export Financing and Related Programs Appropriations Act, 2003 (FY 2003 FOAA, Division E, P.L. 108-7).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Bob Watters

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
03/04/04

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Alvera Reichert
Contracting Officer

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
3/4/04

STANDARD FORM 30 (REV. 10-83)

1) **Modification Numbering**:

The Contract Modification signed on 09/30/2003 should be No. 2. Accordingly, Standard Form 30, Block 2, Amendment Modification No, delete "1" and insert "2" in lieu thereof.

2) **Reallocation of Costs CLIN 003a, 003b and 003c:**

Effective the date of this modification, delete the changes from No. 1 through No. 8 in Modification No. 2 dated 09/30/2003 in its entirety and insert the following in lieu thereof:

"Part 1 - The Schedule, B.3 (c) CLIN 003: This CLIN is subdivided into three Sub-CLINs as follows:

| CLIN 003 | Sub-CLIN Name | Cost | Fixed Fee | Total Cost |
|---|---|---|---|---|
| 003a | Level of Effort & associated costs | $4,741,480 | $ 354,148 | $ 5,095,628 |
| 003b | Port Operation Expenses | | | $ 5,918,258 |
| 003c | Capital Projects | | | $ 3,280,000 |
| | Total | | $354,148 | $14,293,886 |

Estimated costs for CLIN 003a may be reallocated for port operation expenses, CLIN 003b, as authorized by the CTO.

The above reallocation of costs in CLIN 003 does not affect the fee for CLIN 003a which remains fixed. Also the reallocation of costs does not increase the Level of Effort specified in F.2."

Part 1 - The Schedule, B(d), **Obligation:** Delete in its entirety and insert the following in lieu thereof:
"Within the estimated cost plus fixed fee specified in the contract, the amount currently obligated and made available for reimbursement of allowable costs incurred by the Contractor (and payment of fee) for performance is $14,318,985.

The Contractor shall not exceed the aforesaid obligated amount, including any authorized pre-contract award expenses. There is a limitation of funds totaling $14,318,985 under this contract. See the clause entitled Limitation of Funds."

3) **Incorporation of the "Reporting of Foreign Taxes" clause:**

1) PART I, The Schedule, Section F: add the following:
F.8 Reporting of Foreign Taxes:
(a) Final and Interim Reports. The contractor must annually submit two reports:
(i) an interim report by November 17; and
(ii) a final report by April 16 of the next year.

(b) Contents of Report. The reports must contain:
(i) Contractor name.

aw

(ii) Contact name with phone, fax and email.
(iii) Contract number(s).
(iv) Amount of foreign taxes assessed by a foreign government [each foreign government must be listed separately] on commodity purchase transactions valued at $500 or more financed with U.S. foreign assistance funds under this agreement during the prior U.S. fiscal year. NOTE: For fiscal year 2003 only, the reporting period is February 20, 2003 through September 30, 2003.
(v) Only foreign taxes assessed by the foreign government in the country receiving U.S. assistance are to be reported. Foreign taxes by a third party foreign government are not to be reported. For example, if an assistance program for Lesotho involves the purchase of commodities in South Africa using foreign assistance funds, any taxes imposed by South Africa would not be reported in the report for Lesotho (or South Africa).
(vi) Any reimbursements received by the Contractor during the period in (iv) regardless of when the foreign tax was assessed plus, for the interim report, any reimbursements on the taxes reported in (iv) received by the recipient through October 31 and for the final report, any reimbursements on the taxes reported in (iv) received through March 31.
(vii) The final report is an updated cumulative report of the interim report.
(viii) Reports are required even if the contractor did not pay any taxes during the report period.
(ix) Cumulative reports may be provided if the contractor is implementing more than one program in a foreign country.

(c) Definitions. For purposes of this clause:
(i) "Agreement" includes USAID direct and country contracts, grants, cooperative agreements and interagency agreements.
(ii) "Commodity" means any material, article, supply, goods, or equipment.
(iii) "Foreign government" includes any foreign governmental entity.
(iv) "Foreign taxes" means value-added taxes and custom duties assessed by a foreign government on a commodity. It does not include foreign sales taxes.

(d) Where. Submit the reports to the USAID/Iraq Controller, CPA (USAID/Iraq), APO, AE 09335.

(e) Sub-agreements. The contractor must include this reporting requirement in all applicable subcontracts, sub-grants and other sub-agreements.

(f) For further information see http://www.state.gov/m/rm/c10443.htm."

[End of Clause]

[End of Modification No. 3] bw