# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

BPA NO.

1. CONTRACT ID CODE

PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. 04

3. EFFECTIVE DATE See block 16c.

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE

USAID
CPA (USAID/IRAQ)
APO AE 09316

7. ADMINISTERED BY (If other than Item 6) CODE

UADID/Iraq
APO AE 09316

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Stevedoring Service of America
1131 SW Klickitat Way
Seattle, Washington 98134

CODE FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO. TRN-C-00-03-00054-03

X 10B. DATED (SEE ITEM 13) 04-08-2003

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment of each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purposes of this modification are to:

1) Extend the performance period of the contract from March 21, 2004 to June 30, 2004
2) Revise the Contract Clins as follows:

| | Fixed Fee | Cost | Total |
|---|---|---|---|
| • Clin 001-003A (Including Indirects) | $ 438,048 | $ 5,824,363 | $ 6,262,411 |
| Clin 003B | -0- | $ 7,401,786 | $ 7,401,786 |
| Clin 003C | -0- | $ 654,789 | $ 654,789 |
| | $ 438,048 | $13,880,938 | $14,318,986 |

3) Increase the total level of effort of Clin 003 by 2,023 hours for a total of 26,983 hours.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) Bob Watters

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Kathleen Hunt
Contracting Officer

15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign)

15C. DATE SIGNED 03/11/04

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED 03/12/04

STANDARD FORM 30 (REV. 10-83)