# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

BPA NO. | 1. CONTRACT ID CODE | PAGE 1 OF 2

2. AMENDMENT/MODIFICATION NO.: 05
3. EFFECTIVE DATE: 06-23-2004
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE
USAID
CPA USAID/Iraq
APO AE 09316

7. ADMINISTERED BY (If other than Item 6) — CODE
see Block 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
SSA Marine, Inc. (f/k/a
Stevedoring Service of America)
1131 SW Klickitat Way
Seatle
Wa. 98134

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
10A. MODIFICATION OF CONTRACT/ORDER NO.: TRN-C-00-03-00054-00
X 10B. DATED (SEE ITEM 13): 04-13-2003

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment of each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required): NON-OBLIGATING MODDIFICATION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE TWO FOR SPECIFIC FULL DESCRIPTION OF THE MODIFICATION

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Kyle B. Lukins, Vice President - General Counsel
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Tad Findeisen, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 7/7/04
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 06-23-2004

STANDARD FORM 30 (REV. 10-83)

**Contract: TRN-C-00-03-00054-00, Mod. 05**

The purposes of this Modification number (5) are to document the agreement between USAID and SSA regarding the funding for the security services required under this contract and to make other changes as noted below.

1. **SECURITY SERVICES**: The CPA will provide funds for SSA's security services' cost, otherwise chargeable to this contract, through the terminal date of the contract, June 30, 2004. SSA will deal directly with the CPA regarding this agreement. By execution of this modification, SSA agrees to maintain separate records for this agreement with the CPA and further SSA agrees not to bill USAID for these costs.

2. **DEMOBIILIZATION PLAN:** SSA must follow the demobilization plan approved, in writing (including subsequent amendment concerning three Chevy Suburban vehicles, transfer to USAID/Basrah), by USAID.

3. **CLIN** (ref Modification 4): SSA is authorized to reallocate up to $70,000 between CLINs 3a and 3b. The fixed fee remains unchanged.

4. **FUNDING:** The contract's total obligated amount of $14,318,986 is agreed to be sufficient to fund this contract through June 30, 2004.

All other contract terms remain unchanged.