# In the United States Court of Federal Claims

No. 05-490C
(Filed: December 7, 2005)

****************************************
**SSA MARINE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On December 7, 2005, the court conducted an initial status conference where the court and the parties discussed the subject of discovery and the setting of a discovery schedule. The parties are ORDERED to do the following:

- The parties shall file their proposed discovery schedule by December 19, 2005. The court has set forth a template for the parties (provided below) and has provided tentative dates that were discussed during the status conference. The parties may alter the format of the template and the dates indicated where necessary.

- The parties shall indicate whether they have agreed on the scope of the audit and shall discuss the specifics of their agreement. In this regard, the parties shall also indicate whether they have agreed to any stipulations including whether Plaintiff has agreed to remove its claim of duress.

**Template for Discovery Schedule**

1. Fact and expert discovery shall begin on **December 7, 2005.**

2. Initial disclosures under Rule 26(a)(1) and document exchanges shall be made by **February 15, 2006.**

3. The audit process shall begin on **December 7, 2005**, and shall be completed by **February 28, 2006.**

4. Fact discovery shall close on **July 28, 2006**.

   i. Presumptive discovery limits will apply.

   ii. The parties have not indicated the need for mental examinations of witnesses or physical examinations of subject property.

5. Expert Discovery shall close on **August 11, 2006.**

   i. Defendant shall identify its expert witness(es) by **January 2, 2006.**

   ii. Plaintiff shall identify its expert witness(es) by **January 16, 2006.**

   iii. Defendant shall provide Plaintiff with its expert report(s) by **February 28, 2006**.

   iv. Plaintiff shall provide Defendant with its expert report(s) by **April 28, 2006**.

   v. Defendant's expert(s) shall be available for deposition beginning on **May 1, 2006.**

   vi. Plaintiff's expert(s) shall be available for deposition beginning on **June 1, 2006.**

6. All discovery shall be completed by **August 11, 2006**, and a Joint Status Report shall be filed by **August 25, 2006.**

7. A post-discovery telephonic status conference will be held on **September 8, 2006 at 11:00 a.m.** The parties shall contact Shirley Scott at (202) 357-6483 on the day before the conference with a telephone number where they can be reached at the time of the conference. The conference will be held off the record, unless the parties request otherwise five-days before the scheduled conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge