IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

The parties respectfully request the Court to enter a discovery order, as set forth in Exhibit A of this motion, relating to the disclosure of documents produced in connection with this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s John Butler

JOHN BUTLER
SHER & BLACKWELL
1850 M Street, N.W., Ste. 900
Washington, DC 20036
Tele: (202) 463-2510
Fax: (202) 463-4950

Attorneys for Plaintiff

DATED: December 9, 2005

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

DATED: December 9, 2005

OF COUNSEL:

HEATHER M. SPRING
Sher & Blackwell

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

NOTICE OF FILING

I hereby certify that on December 9, 2005, a copy of the foregoing "JOINT MOTION FOR ENTRY OF DISCOVERY ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus