# In the United States Court of Federal Claims

No. 05-490C
(Filed: December 21, 2005)

******************************************
**SSA MARINE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

Pursuant to the parties' Joint Response to Court Order of December 19, 2005, the following is ORDERED:

1. Document exchanges shall be completed by **February 17, 2006.**

2. The audit process shall be completed by **February 28, 2006.**

3. Fact discovery shall close on **July 28, 2006**.

   i. Presumptive discovery limits will apply.

   ii. The parties have not indicated the need for mental examinations of witnesses or physical examinations of subject property.

4. Expert Discovery shall close on **August 11, 2006.**

   i. Plaintiff shall identify its expert witness(es) by **February 17, 2006.**

   ii. Defendant shall identify its expert witness(es) by **March 3, 2006.** (If Defendant chooses to designate the DCAA auditor as an expert witness, that designation shall be made no later than March 3, 2006).

iii. Should Defendant designate the DCAA auditor as an expert, Plaintiff shall have until **March 24, 2006**, to designate an additional expert.

iv. Plaintiff shall provide Defendant with its expert report(s), which shall include the information required by RCFC 26(a)(2)(B), by **April 21, 2006.**

v. Defendant shall provide Plaintiff with its expert report(s), which shall include the information required by RCFC 26(a)(2)(B), by **May 19, 2006.**

vii. Plaintiff's expert(s) shall be available for deposition beginning on **June 19, 2006.**

viii. Defendant's expert(s) shall be available for deposition beginning on **July 17, 2006.**

5. All discovery shall be completed by **August 11, 2006**, and a Joint Status Report shall be filed by **August 25, 2006.**

6. A post-discovery telephonic status conference will be held on **September 8, 2006 at 11:00 a.m.** The parties shall contact Shirley Scott at (202) 357-6483 on the day before the conference with a telephone number where they can be reached at the time of the conference. The conference will be held off the record, unless the parties request otherwise five-days before the scheduled conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge