**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SSA MARINE, INC., Plaintiff, | ) | Civil Action No. 05-490C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**Motion for Substitution of Counsel**

Plaintiff, SSA Marine, Inc., hereby moves to substitute Anne E. Mickey for John W. Butler as attorney of record in the above captioned case. As indicated by his below signature, Mr. Butler consents to this substitution. In addition, counsel for defendant has been notified of the change and has indicated that defendant has no objection.

In accordance with Rule 83.1(c)(4), an affidavit of appointment is attached.

Respectfully submitted,

Anne E. Mickey
Sher & Blackwell, LLP
1850 M Street, N.W., Ste. 900
Washington, D.C. 20036
(tel) 202-463-2500
(fax) 202-463-4950

Of counsel:
John W. Butler
Heather M. Spring
Sher & Blackwell, LLP
1850 M Street, N.W. Ste. 900
(tel) 202-463-2500
(fax) 202-463-4950

In accordance with Rule 83.1(c)(4), I hereby consent to substitution of counsel as provided for above.

John W. Butler

Dated: February 14, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-490C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Affidavit of Appointment**

Anne E. Mickey, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a Partner of the firm of Sher & Blackwell, LLP. This affidavit is submitted in accordance with Rule 83.1(c)(4), in support of a motion to substitute myself as attorney of record in place and instead of John W. Butler.

2. I have been appointed by plaintiff to be attorney of record in place of Mr. Butler as he will be going on medical leave.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Anne E. Mickey

Anne E. Mickey

Dated: February 14, 2006