IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court enlarge several of the deadlines established in the Court’s December 21, 2005 order. This is defendant's first request for an enlargement of time for this purpose. Plaintiff’s counsel has informed Government counsel that plaintiff does not oppose this motion.

Defendant requests the court to enlarge by 41 days, to and including April 10, 2006, the date by which the audit must be completed. The audit is presently due to be completed by February 28, 2006. The audit is being performed by the Defense Contract Audit Agency (“DCAA”). DCAA first contacted plaintiff to initiate the audit on December 20, 2005, and delivered to plaintiff detailed requests for specific information on January 10, 2006.

Because of the February 28, 2006 deadline for completion of the audit report, DCAA requested that plaintiff provide the requested information by January 12, 2006. DCAA selected this deadline so that, after it received the requested information from plaintiff, it would be able to complete its field work by

January 31, 2006. This would have enabled DCAA to complete the audit and issue its audit report by the February 28, 2006 deadline.

Plaintiff was unable to meet DCAA's requested January 12, 2006, deadline because the individual responsible for providing this information was out on travel January 12-31, 2006. Upon his return, the requested information was provided to DCAA. DCAA received the final batch of information it requested on February 8, 2006. In addition, plaintiff was unable to provide some of the most significant information requested in electronic form, and produced this information in hard copy. Using the hard copy records plaintiff provided will require additional time and effort by DCAA to complete the audit.

DCAA is now estimating that it will complete its field work by March 9, 2006. DCAA will require an additional month past that date to complete the audit, which means that DCAA estimates it will need until April 10, 2006, to complete the audit. The time requested is necessary, therefore, for DCAA to analyze the information provided by SSA, complete the field work related to the audit, prepare the audit report, and perform supervisory review.

Defendant also requests the Court to enlarge by seven days, to and including April 28, 2006, the date by which plaintiff's expert's report is due. Plaintiff's expert's report is presently

due to be completed by April 21, 2006. Plaintiff's counsel has informed us that the additional time requested is necessary for plaintiff's expert to review the audit report and include, in his expert report, any response necessary to the audit report.

Defendant also requests the Court to enlarge by seven days, to and including May 26, 2006, the date by which the Government's expert's report is due. The Government's expert's report is presently due to be completed by May 19, 2006. The additional time requested is necessary to maintain the same amount of time for the Government's expert to review plaintiff's expert's report and include, in his expert report, any response necessary to plaintiff's expert's report.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

February 21, 2006

NOTICE OF FILING

I hereby certify that on February 21, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus