**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SSA MARINE, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | Civil Action No. 05-490C (Chief Judge Damich) |

**Motion for Substitution of Counsel**

Plaintiff, SSA Marine, Inc., hereby moves to substitute John W. Butler for Anne E. Mickey as attorney of record in the above captioned case. As indicated by her below signature, Ms. Mickey consents to this substitution. In addition, counsel for defendant has been notified of the change and has indicated that defendant has no objection.

In accordance with Rule 83.1(c)(4), an affidavit of appointment is attached.

Respectfully submitted,

John W. Butler
Sher & Blackwell, LLP
1850 M Street, N.W., Ste. 900
Washington, D.C. 20036
(tel) 202-463-2500
(fax) 202-463-4950

Of counsel:
Heather M. Spring
Sher & Blackwell, LLP
1850 M Street, N.W. Ste. 900
(tel) 202-463-2500
(fax) 202-463-4950

In accordance with Rule 83.1(c)(4), I hereby consent to substitution of counsel as provided for above.

Anne E. Mickey

Dated: February 24, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-490C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Affidavit of Appointment**

John W. Butler, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a Partner of the firm of Sher & Blackwell, LLP. This affidavit is submitted in accordance with Rule 83.1(c)(4), in support of a motion to substitute myself as attorney of record in place and instead of Anne E. Mickey.

2. I have been appointed by plaintiff to be attorney of record in place of Ms. Mickey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

John W. Butler

Dated: February 24, 2006