IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
AND FOR EXPEDITED CONSIDERATION

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, the parties respectfully request the Court enter a protective order relating to the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the attached proposed protective order.

The parties request expedited consideration because the protective order will allow the Government's expert consultants access to plaintiff's documents that contain confidential information, and it is important for the Government's experts to gain access to this information as soon as possible so that they can perform the analysis for which they were retained.

For the foregoing reasons, the parties respectfully request that the Court grant this motion and issue the proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s John Butler

JOHN BUTLER
SHER & BLACKWELL
1850 M Street, N.W., Ste. 900
Washington, DC 20036
Tele: (202) 463-2510
Fax: (202) 463-4950

Attorneys for Plaintiff

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

DATED: April 3, 2006

DATED: April 3, 2006

OF COUNSEL:

HEATHER M. SPRING
Sher & Blackwell

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

NOTICE OF FILING

I hereby certify that on April 3, 2006, a copy of the foregoing "JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND FOR EXPEDITED CONSIDERATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus