# In the United States Court of Federal Claims

No. 05-490C
(Filed: April 11, 2006)

****************************************
**SSA MARINE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On April 7, 2006, Defendant filed a Motion for a 4-day Enlargement of Time in which to provide Plaintiff with the audit report. The court held a telephonic status conference on April 10, 2006, wherein Plaintiff responded orally to Defendant's motion. Defendant's motion is hereby GRANTED. Defendant shall provide Plaintiff with the audit report on or before April 14, 2006.

As the parties have agreed, it is ORDERED that Defendant will not seek to depose Plaintiff's expert witness until after Defendant provides Plaintiff with its expert witness report. Additionally, the parties shall confer regarding the availability of Defendant's expert witness for a deposition prior to July 17, 2006.

The court expects the parties to comply with all deadlines. Additional extensions will not be granted absent good cause.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge