# UNITED STATES COURT OF FEDERAL CLAIMS
# PROCEEDING CERTIFICATION

Date of Proceeding: 04/10/2006

Presiding Judge: CHIEF DAMICH

Location of Proceeding: Suite 701

Case Number# 05-490

*The undersigned Recorder Operator certifies that the audio recording identified above is the true and correct record of the proceedings.*

Donald Palmer
Digitally signed by Donald Palmer
DN: cn=Donald Palmer, c=UY, o=USCFC,
email=donald_palmer@ao.uscourts.gov
Date: 2006.04.11 08:44:49 -04'00'

Date: 04/10/2006

*This certification must be retained for 20 years.*