IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO AMEND AUDIT REPORT

Defendant respectfully requests the Court to grant leave to amend the audit report issued by the Defense Contract Audit Agency ("DCAA") in this case. The audit report was completed and distributed to plaintiff's counsel on the date it was due, April 14, 2006. On April 20, 2006, Government counsel noticed an error in the audit report, where one column of numbers was repeated in two places in a table on page 19 of the report, when the second column should have included different numbers (the arithmetic difference between the numbers in two other columns in that table). Government counsel reported this apparent error to DCAA and asked it to issue a revised report, if it concluded that Government counsel was correct and that the table contained an error.

In response to Government counsel's request, DCAA issued a revised report on May 2, 2006. The revised report is included in the appendix to this motion. Also included in the appendix is an electronic mail message that describes the changes made in the

report.[1]

The changes in the report are all minor and do not alter the substance of the report. Furthermore, discovery does not close until August 11, 2006, and allowing this motion will not affect the other deadlines in this case or prejudice plaintiff.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for leave to amend the audit report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

[1] Item 4 in DCAA’s electronic mail message addresses the error that Government counsel perceived on April 20, 2006.

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

May 9, 2006

## NOTICE OF FILING

I hereby certify that on May 9, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND AUDIT REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus