IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court enlarge by 14 days, to and including June 9, 2006, the date by which the Government's expert report must be completed. The Government's expert report is presently due to be completed by May 26, 2006. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed Government counsel that plaintiff does not oppose this motion.

As explained in greater detail in the declaration that is included in the appendix to this motion, the requested enlargement is necessary in order for the Government's expert to complete his analysis of the documents and issues in this matter, and prepare his report. As part of this effort, the Government will be taking a deposition pursuant to RCFC 30(b)(6) with regard to certain aspects of plaintiff's claim. The Government's RCFC 30(b)(6) deposition has been tentatively scheduled for May 26, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of

time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

May 12, 2006

NOTICE OF FILING

I hereby certify that on May 12, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus