IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF CHARLES L. WILKINS

1. I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"). FTI was retained by the Department of Justice to provide expert consulting services and testimony in the above-captioned case.

2. I am the person at FTI with overall responsibility for this engagement. I supervise the other professionals at FTI who are working on this engagement and will be the testifying expert in this matter.

3. The contract between the Department of Justice and FTI was executed on February 28, 2006. Since that date, FTI professionals have reviewed SSA Marine's complaint; USAID's answer to the complaint; the Joint Preliminary Status Report (JPSR); the government's weighted average guidelines, the USAID's structured approach to profit determination, and other applicable and relevant regulations; Christopher C. Morton's expert report; approximately 25,000 pages of documents produced by SSA Marine, USAID, and DCAA. We also discussed the contract issues with relevant USAID representatives and DOJ counsel.

4. FTI professionals would like to review specific additional data from SSA Marine which we understand has not been provided to DOJ counsel. I understand that

these additional data may become available through testimony or through written documentation. With this additional information, FTI will determine the methodology used to calculate the alleged damages and other financial analysis related to contract profitability. In addition, a 30(b)(6) deposition of a SSA Marine representative has been tentatively scheduled for May 26, 2006, to further explore those and other issues. Therefore, FTI requires additional time to analyze the data collected and removed, along with the data we hope to receive from SSA Marine to reach a comprehensive conclusion.

5. I understand that my expert report is due on May 26, 2006. In order to complete the report, my team and I must complete our analysis of the substantial documents received and the applicable regulations, and prepare the written report. We do not currently have in our possession all of the information required from plaintiff to complete our analysis, and have requested Government counsel obtain additional information from plaintiff. Government counsel has informed me that, as a result of my request, a deposition pursuant to Rule 30(b)(6) of the Rules of the United States Court of Federal Claims has been tentatively scheduled for May 26, 2006.

6. As a Senior Managing Director at FTI, during the past several months, I have been required to devote substantial amounts of time to other professional responsibilities and engagements, many of which involve matters pending before courts or administrative tribunals, including:

- Began preparation of a $60 million Request for Equitable Adjustment on behalf of a major East Coast shipbuilding contractor to be asserted against the U.S. Navy on June 30, 2006. Since March 1, 2006, I have spent approximately 22 days at the contractor's site, or traveling to/from the contractor's site, performing employee

interviews and analysis;

- Prepared an expert outline of issues, and was deposed as an expert on March 31, 2006, in Ahn dba Korea Supply Co. v. Lockheed Martin Corp., et al. No. BC 209893. Since March 1, 2006, I have spent approximately 8 days reviewing documentation, depositions and other materials, preparing the expert outline and providing deposition testimony;
- Worked on a classified federal program that involves a classified product being provided to the U. S. Government. Since March 1, 2006, I have spent approximately 6 days attending deposition testimony of plaintiff's witnesses. This program is classified secret level III and its name cannot be disclosed;
- Began analysis of alleged damages for an expert report in United States v. Science Applications International Corporation, No. 04-CV-1543, to be completed in June 2006;
- Two of these engagements originate on the West Coast in California and require substantial travel, with no opportunity to work on other work. The classified program shown above has monthly depositions taken in California and requires substantial travel with no opportunity to perform other work;
- Took a one week, long-planned vacation from April 29, 2006 through May 6, 2006;

7. In addition, during the next month I will be required to devote substantial amounts of time to other professional engagements, many of which involve matters pending before courts or administrative tribunals, including:

- Participating in fact-finding and negotiations on a $590 million Request for

Equitable Adjustment on behalf of a major West Coast shipbuilding contractor to be conducted in California on May 23-25, 2006;

- Completing the update to the schedule analysis, and draft the schedule section for the $60 million Request for Equitable Adjustment on behalf of a major East Coast shipbuilding contractor, to complete by June 9, 2006, so the REA can be asserted against the U.S. Navy on June 30, 2006;
- Preparing for, and providing expert testimony in Superior Court of the State of California in Ahn dba Korea Supply Co. v. Lockheed Martin Corp., et al. No. BC 209893, which is expected between May 22 and June 2, 2006, as directed by the Court;
- Complete expert report in Tunica-Biloxi v. United States No. CIV 02-2413 (DDC) in District Court for District of Columbia, which is due by May 12, 2006;
- Conduct a long-standing teaching assignment on May 15-17, 2006 in Greensboro, NC;
- Complete the analysis of alleged damages for an expert report in United States v. Science Applications International Corporation, No. 04-CV-1543, which is due by June 2006;
- Responding to various other client demands;

8. In light of the above, I have concluded that it will be impossible for me to complete my expert report by May 26, 2006, and have asked Government counsel to request an additional two weeks, giving us until June 9, 2006, to complete our report.

9. I declare under penalty of perjury under the laws of the United States of

America that the foregoing statements are true and correct.

Executed on May 10, 2006.

_____________________________

CHARLES L. WILKINS