IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SSA MARINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Action No. 05-490C<br>(Chief Judge Damich) |

PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE REPORT AND TESTIMONY OF THE GOVERNMENT'S EXPERT WITNESS

Plaintiff SSA Marine, Inc. hereby respectfully moves pursuant to Federal Rules of Evidence 104 and 702 to exclude the report and testimony of Charles L. Wilkins, the government's designated expert witness. As explained more fully in the attached memorandum of law, the proffered report and testimony consist almost entirely of legal conclusions. Specifically, Mr. Wilkins proposes to testify as to his interpretation of the type of contract at issue and the statutory and regulatory limits on profit associated with that type of contract. It is well established that expert witnesses may not testify as to the law in this manner. Moreover, to the extent Mr. Wilkins relies on anything other than procurement regulations and statutes, he fails to offer any analysis grounded in specialized knowledge or expertise. For both of these reasons the testimony will not be helpful to the Court and must be excluded.

Respectfully submitted,

/s/ John W. Butler
John W. Butler
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2510 (tel)
(202) 463-4950 (fax)

Of counsel:

Heather M. Spring
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2516 (tel)
(202) 463-4950 (fax)

Dated: August 29, 2006