# DEFENSE CONTRACT AUDIT AGENCY

# REPORT NO. 4261–2006S17900001 (Revised)

April 14, 2006

**PREPARED FOR:** Branch Chief (Mr. Harry K. Pimpong)
U.S. Agency for International Development
Office of Acquisition and Assistance
Contract Audit Management Branch
Cost, Audit and Support Division
M/OAA/CAS, Room 7.08-051
1300 Pennsylvania Avenue, NW
Washington, DC 20523

**PREPARED BY:** DCAA, Seattle Branch Office
14240 Interurban Avenue South, Suite 156
Seattle, WA 98168-4662
Telephone No. (206) 439-4800
FAX No. (206) 439-4870
E-mail Address dcaa-fao4261@dcaa.mil

**SUBJECT:** Report on Agreed-Upon Procedures to Support Civil Action No. 05-490C

**REFERENCES:** USAID Contract No. TRN-C-00-03-00054-00
Civil Action No. 05-490C
Task No. IG-0-06-004
FCID No. 0710
Relevant Dates: See Page 25

**CONTRACTOR:** ***SSA Marine, Inc.***
1131 SW Klickitat Way
Seattle, WA 98134

**REPORT RELEASE RESTRICTIONS:** See Page 26

**CONTENTS:**


| | Page |
|---|---|
| Subject of Application of Agreed-Upon Procedures | 1 |
| Scope of Application of Agreed-Upon Procedures | 1 |
| Results of Application of Agreed-Upon Procedures | 3 |
| Contractor Organization and Systems | 24 |
| DCAA Personnel and Report Authorization | 25 |
| Report Distribution and Restrictions | 26 |

## SUBJECT OF APPLICATION OF AGREED-UPON PROCEDURES

As requested by the United States Agency for International Development (USAID) in a memorandum dated November 15, 2005, reference Task No. IG-0-06-004, FCID No. 0710, and as discussed subsequently with your office, we applied agreed-upon procedures to SSA Marine Inc.'s (SSA) data and records in support of its April 22, 2005 claim for $4.4 million additional profit under USAID Contract No. TRN-C-00-03-00054-00. The contract provided for technical and other assistance to assess and plan implementation of port improvements, and technical and other assistance to directly operate part or all of the port of Umm Qasr, Iraq. In its letter to USAID dated August 12, 2003, SSA claimed that the contract allowed for profit on cargo processed as part of port operations, and proposed $2.20 per metric ton based on a selection of SSA's commercial contracts. In its complaint filed April 22, 2005, SSA claimed that it had processed 2 million metric tons through the port and was therefore entitled to $4.4 million. SSA also claimed that the government had failed to provide startup working capital, which caused SSA to provide its own funds. The purpose of our engagement was to perform the agreed-upon procedures to SSA's support for its claimed tonnage and profit rates and to SSA's cost, billing, and payment records for the contract.

## SCOPE OF APPLICATION OF AGREED-UPON PROCEDURES

We have performed the mutually agreed-upon procedures enumerated below solely to assist you in evaluating SSA's claim under USAID Contract No. TRN-C-00-03-00054-00. This agreed-upon procedures engagement was performed in accordance with generally accepted government auditing standards. The sufficiency of the procedures is solely the responsibility of the requestor. Consequently, DCAA makes no representation regarding the sufficiency of the procedures described below, either for the purpose for which this report has been requested or for any other purpose.

The following agreed-upon procedures were applied:

- We reconciled a sample of SSA's claimed tonnage processed through the Port of Umm Qasr to SSA's books and records and reported our findings;
- We determined the basis of SSA's computation for its claimed profit rate of $2.20 per metric ton;
- We calculated the profit to sales ratio for the entire company using SSA's financial statements;
- We verified SSA's basis and computation of profits on the commercial contracts that SSA used for comparison in the claim;
- We prepared a schedule comparing the commercial contracts proposed by SSA and the USAID contract;
- We calculated profit rates for other SSA cargo handling locations using SSA's accounting records; and
- We prepared a schedule comparing the dates of SSA's public vouchers to dates that costs were recorded on SSA's books, dates payments were made, and dates payments were received from the government;

## RESULTS OF APPLICATION OF AGREED-UPON PROCEDURES

This report pertains only to the performance of agreed-upon procedures as listed and identified in the paragraph above concerning SSA's claim under USAID Contract No. TRN-C-00-03-00054-00. We were not engaged to, and did not perform an examination, the object of which would be the expression of an opinion on the subject matter of this report. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

The application of agreed-upon procedures disclosed:

- Differences between SSA's claimed tonnage quantity and its books and records;
- SSA judgmentally proposed $2.20 per metric ton to be representative of the low end of the profit per metric ton experienced on its selected commercial contracts;
- SSA's profit to sales ratio for the three fiscal years ended January 31, 2002 through 2004 ranged from (2.98) percent to 0.04 percent, and for its parent company Carrix Inc, 1.13 percent to 4.71 percent for the same period;
- SSA judgmentally selected commercial contracts for similarity to the USAID contract, and calculated profit rates as the difference between recorded revenues and recorded direct costs only;
- There are differences between SSA's selected commercial contracts and the USAID contract in scope, circumstances, or contract type;
- SSA's experienced profit rates for its other commercial cargo handling work during its fiscal year ended January 31, 2003 ranged from $0.14 to $8.49 per metric ton for break bulk, and $0.06 to $9.01 per metric ton for containers, and;
- SSA submitted its costs on public vouchers an average of 55 days after the costs were recorded on its books, and the government reimbursed SSA on an average of 31 days from the date vouchers were submitted for payment.

The detailed results of our agreed-upon procedures are provided in the following exhibits:


| | Exhibit | Page |
|---|---|---|
| Results of Agreed-Upon Procedures for Cargo Tonnage Sampled | A | 3 |
| Results of Agreed-Upon Procedures for Claimed Profit Rate | B | 12 |
| Results of Agreed-Upon Procedures for Costs Incurred, Invoiced, and Paid | C | 22 |


We provided and discussed the factual data of this application of agreed-upon procedures with Mr. Bob Watters, Vice President, Managing Director, Mr. John Aldaya, Vice President, Finance and Accounting, and Ms. Denise Gellner, Corporate Accountant on April 7, 2006. We informed SSA that a draft copy of the report would not be provided prior to issuance. SSA will examine the report once issued and provided to SSA attorneys.

**SSA Marine, Inc.**
**Seattle, Washington**

**RESULTS OF AGREED-UPON PROCEDURES**
**FOR CARGO TONNAGE SAMPLED**

| Cargo | Total Tonnage Claimed | % of Total Tonnage | DCAA Sample Tonnage Invoiced | DCAA Sample Tonnage Claimed | Note | Page |
|---|---|---|---|---|---|---|
| RORO | 181,630 | 9.08% | 31,399 | 33,921 | 1 | 3 |
| WFP | 993,646 | 49.68% | 524,719 | 514,027 | 2 | 5 |
| Project Cargo | 51,758 | 2.59% | 40,336 | 43,541 | 3 | 7 |
| Containers | 375,368 | 18.77% | 187,992 | 184,338 | 4 | 8 |
| Dhows | 397,600 | 19.88% | 0 | 397,600 | 5 | 10 |
| Total | 2,000,002 | 100.00% | 784,446 | 1,173,427 | | |

We sampled 58.67 percent of the total tonnage claimed

**Explanatory Notes**

**1. Roll-On Roll-Off (RORO)**

a. Summary of Findings:

Based on our agreed-upon procedures, we found that the claimed cargo tonnage for the RORO portion of total tonnage did not reconcile to SSA's books and records.

b. Basis of Contractor's Submission:

SSA's claimed tonnage for the RORO portion of total tonnage is based on the tonnages taken from the vessel's cargo documents or bills of lading, whenever possible. When this was not possible, SSA based the tonnage on a professional estimate made by the SSA Program Manager at the Port of Umm Qasr. SSA stated that, due to a lack of electricity, there was no operational weighbridge to accurately weigh any of the incoming cargo at the Port of Umm Qasr.

c. Agreed-Upon Procedures:

We judgmentally selected a sample of invoices based on the highest claimed cargo tonnage. For the sample selected, we requested original invoices from SSA and was informed that the original invoices have been left in the custody of the Port Authority for the purposes of collecting on accounts receivable. Therefore, we requested and obtained copies of the invoices and payment receipts from SSA to confirm that the tonnage invoiced is the tonnage paid for by customers.

We observed from the sample selected, the claimed cargo tonnage for the RORO portion of total tonnage is less than the amount invoiced. However, because we could not compare the claimed tonnage to original invoices, we verified the existence of the claimed tonnage by comparing the amounts invoiced to the amounts recorded on wire transfer receipts that support the accounts receivable transactions.

We were not able to reconcile the amounts invoiced to the amounts recorded on the wire transfer receipts. The majority of these invoiced amounts contain differences that are identified as bank wire transfer fees, but several of the invoice payments were below what was invoiced. According to SSA, these were simply regarded as "prepayments." SSA was unable to provide any support showing that the remaining balances have been paid. A summary of our findings is presented as follows:

| Year | Month | Vessel | Voyage No. | Original Invoice Amount | Final Invoice Amount | Invoice Payment | Original Tonnage Invoiced* | Tonnage Claimed* | Final Tonnage Invoiced* |
|---|---|---|---|---|---|---|---|---|---|
| 2003 | July | Jabal Ali 3 | 120 | $41,247 | $26,556 | $20,000 | 922 | 830 | 830 |
| | | Jabal Ali 2 | 119 | 41,153 | 30,192 | 15,977 | 976 | 924 | 924 |
| | August | Jabal Ali 1 | 185 | 22,189 | 18,356 | 9,677 | 403 | 431 | 431 |
| | | Jabal Ali 3 | 127 | 41,737 | 34,987 | 20,144 | 1,050 | 1,050 | 1050 |
| | September | Medif 2 | 7 | 33,979 | 33,979 | 33,960 | 716 | 716 | 716 |
| | | Jabal Ali 2 | 126 | 34,111 | 32,393 | 19,086 | 918 | 912 | 912 |
| | October | Merdif 2 | 8 | 34,909 | 34,909 | 35,330 | 774 | 772 | 774 |
| | | Jabal Ali 2 | 132 | 31,059 | 31,059 | 31,033 | 875 | 875 | 945 |
| | November | Medif 2 | 12 | 33,110 | 33,110 | 33,091 | 906 | 893 | 707 |
| | | Jabal Ali 2 | 135 | 27,300 | 27,300 | 27,275 | 1,005 | 983 | 905 |
| | | Sea Diamond | 1 | 14,987 | 14,987 | 14,964 | 158 | 240 | 758 |
| | December | Novorossivisk | 4 | 19,888 | 19,888 | 19,844 | 162 | 1,298 | 146 |
| | | Jabal Ali 2 | 140 | 24,585 | 24,585 | 24,560 | 1,135 | 1,112 | 987 |
| | | Jabal Ali 2 | 141 | 24,333 | 24,333 | 24,308 | 1,107 | 1,060 | 943 |
| | | Jabal Ali 3 | 144 | 26,316 | 26,316 | 26,291 | 1,249 | 1,192 | 1081 |
| | | Modern Link | 27 | 52,957 | 52,957 | 52,957 | 836 | 624 | 824 |
| 2004 | January | Jabal Ali 2 | 142 | 24,913 | 24,913 | 24,888 | 1,119 | 1,114 | 963 |
| | | Merdif 2 | 19 | 27,486 | 27,486 | 27,467 | 633 | 633 | 633 |
| | | Jabal Ali 2 | 145 | 21,078 | 21,078 | 21,053 | 988 | 988 | 893 |
| | February | FAYE | 6 | 12,513 | 12,513 | 12,493 | 126 | 126 | 126 |
| | | Jabal Ali 4 | 3 | 25,693 | 25,693 | 25,668 | 1,462 | 1,462 | 1462 |
| | | Jabal Ali 4 | 4 | 30,665 | 30,665 | 30,640 | 1,748 | 1,772 | 1772 |
| | March | Jabal Ali 4 | 4005 | 27,038 | 27,038 | 27,013 | 1,602 | 1,590 | 1602 |
| | | Rose V | 3 | 24,426 | 24,426 | 26,383 | 370 | 2,220 | 391 |
| | | Jabal Ali 4 | 4007 | 32,454 | 32,454 | 32,429 | 1,157 | 1,200 | 1270 |
| | | Rose V | 4 | 27,405 | 27,405 | 27,341 | 416 | 1,916 | 2244 |
| | April | Jabal Ali 2 | 156 | 25,061 | 25,061 | 25,036 | 2,965 | 1,148 | 1028 |
| | | Jabal Ali 3 | 162 | 18,561 | 18,561 | 18,538 | 805 | 801 | 739 |
| | May | Merdif 2 | 35 | 12,073 | 12,073 | 12,054 | 501 | 500 | 501 |
| | | Jabal Ali 4 | 12 | 65,990 | 65,990 | 65,964 | 1,268 | 1,474 | 1608 |
| | | Jabal Ali 3 | 165 | 22,720 | 22,720 | 22,695 | 951 | 951 | 767 |
| | June | Jabal Ali 3 | 166 | 16,544 | 16,544 | 16,521 | 645 | 670 | 574 |
| | | Jabal Ali 1 | 221 | 14,539 | 14,539 | 14,516 | 504 | 504 | 440 |
| | | Merdif 2 | 42 | 27,405 | 27,405 | 27,386 | 948 | 942 | 550 |
| | | **Totals** | | **$960,424** | **$922,471** | **$866,582** | **31,399** | **33,921** | **30,497** |

* Contains Rounding Differences

Our sample consisted of 33,921 tons of the claimed 181,630 tons of total RORO cargo (18.68 percent).

## 2. World Food Program (WFP)

a. Summary of Findings:

Based on our agreed-upon procedures, we found that the claimed cargo tonnage for the WFP portion of total tonnage did not reconcile to SSA's books and records.

b. Basis of Contractor's Submission:

SSA's claimed tonnage for the WFP portion of total tonnage is based on the tonnages taken from the vessel's cargo documents or bills of lading, whenever possible. When this was not possible, SSA based the tonnage on a professional estimate made by the SSA Program Manager at the Port of Umm Qasr. SSA stated that, due to a lack of electricity, there was no operational weighbridge to accurately weigh any of the incoming cargo at the Port of Umm Qasr.

c. Agreed-Upon Procedures:

We judgmentally selected a sample of invoices based on the highest claimed cargo tonnage. For the sample selected, we requested original invoices and were informed that the original documents have been left in the custody of the Port Authority for the purposes of collecting on accounts receivable. Therefore, we requested and obtained copies of the invoices and also requested payment receipts from SSA to confirm that the tonnage invoiced was the tonnage paid for by customers.

We observed from the sample selected, the claimed cargo tonnage for the WFP portion of total tonnage is reported at less than that invoiced. However, because we could not compare the claimed tonnage to original invoices, we verified the existence of the claimed tonnage by comparing the invoiced amount to the accounts receivable support in the form of wire transfer receipts.

We compared the original invoice amounts and final invoice amounts for differences, and then compared the final invoice amounts to the wire transfer receipts in order to verify that the tonnage claimed is actually tonnage that was paid for. We observed one transaction that is significant in the lack of payment. On May 15, 2004 the vessel Thor Triumph, Invoice No. UQ1684, with a final invoiced amount of $174,878, paid SSA $23,000. We inquired with SSA about the remaining balance, and SSA was unable to locate any additional support for the difference owed. A summary of our findings is presented as follows:

| Year | Month | Vessel | Original Invoice Amount | Final Invoice Amount | Final Invoice Payment | Original Tonnage Invoiced | Tonnage Claimed | Final Tonnage Invoiced |
|---|---|---|---|---|---|---|---|---|
| 2003 | June | Thor Orchid | $389,300 | $340,760 | $340,760 | 30,000 | 30,000 | 30,000 |
| | | Sirorat Naree | 299,700 | 263,071 | 263,071 | 23,200 | 23,200 | 23,200 |
| | July | Thai Bihn | 134,510 | 155,124 | 155,124 | 13,500 | 13,500 | 13,500 |
| | August | Jaipur | 143,520 | 120,690 | 120,690 | 10,600 | 9,500 | 9,500 |
| | September | Ibn Al Haitham | 182,396 | 163,754 | 163,754 | 13,167 | 13,125 | 13,125 |
| | October | Vega Star | 289,613 | 141,071 | 141,071 | 20,500 | 20,500 | 20,500 |
| | | Sumana Noree | 270,686 | 149,606 | 149,606 | 20,000 | 20,250 | 20,250 |
| | November | Sunrise Ocean | 158,666 | 158,666 | 158,666 | 22,000 | 22,000 | 22,000 |
| | December | APJ Sushma | 157,003 | 157,003 | 157,003 | 21,250 | 23,500 | 21,250 |
| | | Vega Star | 129,672 | 142,328 | 142,328 | 20,500 | 20,500 | 20,500 |
| | | Ocean Hope | 202,357 | 202,357 | 202,357 | 28,000 | 28,000 | 28,000 |
| 2004 | January | Primavera | 137,588 | 145,542 | 137,516 | 17,853 | 17,780 | 17,773 |
| | February | Favorita | 387,516 | 295,272 | 285,500 | 31,260 | 31,260 | 30,955 |
| | | Ocean Star | 124,606 | 124,606 | 124,509 | 21,500 | 16,500 | 16,500 |
| | | Golden Star | 161,223 | 161,223 | 161,148 | 16,500 | 21,500 | 21,500 |
| | March | Seaboss 1 | 205,374 | 205,374 | 205,300 | 27,512 | 27,512 | 27,512 |
| | | African Falcon | 283,542 | 283,542 | 283,495 | 24,962 | 24,000 | 24,000 |
| | | Polar Star | 167,136 | 167,136 | 167,076 | 22,500 | 22,558 | 22,558 |
| | April | Thor Nexus | 126,690 | 123,189 | 123,189 | 18,097 | 18,000 | 17,597 |
| | | Thor Lotus | 261,171 | 272,788 | 295,250 | 31,500 | 20,500 | 31,582 |
| | May | Thor Triumph | 171,315 | 174,878 | 23,000 | 20,500 | 20,500 | 20,553 |
| | | Vinh Phuoc | 84,606 | 84,605 | 84,506 | 10,527 | 10,500 | 10,505 |
| | June | Oskana | 163,308 | 163,308 | 163,308 | 20,100 | 20,100 | 20,100 |
| | | Morning Star | 151,425 | 152,862 | 149,975 | 18,700 | 18,742 | 18,748 |
| | | Sun Bright | 164,620 | 164,620 | 164,585 | 20,491 | 20,500 | 20,500 |
| | | **Totals** | **$4,947,543** | **$4,513,375** | **$4,362,787** | **524,719** | **514,027** | **522,208** |

Our sample consisted of 514,027 of the claimed 993,646 tons of total WFP cargo (51.73 percent).

## 3. Project Cargo

a. Summary of Findings:

Based on our agreed-upon procedures, we found that the claimed cargo tonnage for the Project Cargo portion of total tonnage did not reconcile to SSA’s books and records.

b. Basis of Contractor’s Submission:

SSA’s claimed tonnage for the WFP portion of total tonnage is based on the tonnages taken from the vessel's cargo documents or bills of lading, whenever possible. When this was not possible, SSA based the tonnage on a professional estimate made by SSA Program Manager at the Port of Umm Qasr. SSA stated that, due to a lack of electricity, there was no operational weighbridge to accurately weigh any of the incoming cargo at the Port of Umm Qasr.

c. Agreed-Upon Procedures:

We judgmentally selected a sample of invoices based on the ships with the highest claimed cargo tonnage. For the sample selected, we requested original invoices and was informed that the original documents have been left in the custody of the Port Authority for the purposes of collecting on accounts receivable. Therefore, we requested and obtained copies of the invoices and also requested payment receipts from SSA to confirm that the tonnage invoiced was the tonnage paid for by customers.

We observed from the sample selected, the claimed cargo tonnage for the Project Cargo portion of total tonnage reported is greater than that invoiced. However, because we could not compare the claimed tonnage to original invoices, we verified the existence of the claimed tonnage by comparing the invoiced amount to the accounts receivable support.

We compared the totals on the final invoices with the amounts shown on the wire transfer receipts, and were not able to reconcile the amounts invoiced to the amounts paid. A summary of our findings is presented as follows:

| Year | Month | Vessel | Original Invoice Amount | Final Invoice Amount | Invoice Payment | Tonnage Invoiced | Tonnage Claimed |
|---|---|---|---|---|---|---|---|
| 2003 | October | Regal Star | $ 56,802 | $ 63,356 | $ 63,316 | 3,787 | 3,787 |
| | November | Beluga Inspiration | 134,300 | 134,300 | 134,300 | 3,000 | 3,236 |
| | December | Zhong Yang Men | 106,000 | 106,000 | 105,985 | 4,847 | 4,847 |
| 2004 | January | Industrial Challenge | 70,833 | 70,833 | 75,837 | 1,863 | 4,700 |
| | February | Phenix | 109,787 | 102,416 | 102,336 | 4,787 | 4,587 |
| | | Xenia | 165,584 | 167,340 | 165,097 | 5,254 | 5,254 |
| | March | Amir Kabir | 28,477 | 28,477 | 28,432 | 1,373 | 1,373 |
| | | Feliyeh | 10,754 | 10,754 | 10,694 | 477 | 477 |
| | April | Paraskevi II | 130,068 | 132,110 | 128,555 | 5,195 | 5,518 |
| | | Atlantic Leader | 4,522 | 189,436 | 184,914 | 5,754 | 5,754 |
| | May | Zaid | 89,766 | 89,766 | 89,746 | 4,000 | 4,008 |
| | | **Totals** | **$906,893** | **$1,094,788** | **$1,089,212** | **40,337** | **43,541** |

Our sample consisted of 43,541 tons of the claimed 51,758 tons of total Project Cargo (84.12 percent).

## 4. Containers

a. Summary of Findings:

Based on our agreed-upon procedures, we found that the claimed cargo tonnage for the Containers portion of total tonnage did not reconcile to SSA's books and records.

b. Basis of Contractor's Submission:

SSA's claimed tonnage for the Containers portion of total tonnage is based on the number of containers moved and an estimate of 14 tons per container. The 14 ton estimate was developed by SSA Program Manager at the Port of Umm Qasr. SSA stated that, due to a lack of electricity, there was no operational weighbridge to accurately weigh any of the incoming cargo at the Port of Umm Qasr. For determining the number of containers and claimed tonnage for the containers, SSA needed to determine a process to ensure consistency in the estimates beyond that already established for estimating tonnage. To accomplish this, SSA needed to establish a constant unit for each container, and the solution was the twenty foot equivalent unit (TEU). As all containers entering the Port of Umm Qasr had measurements of either 20 feet or 40 feet in length, the 20 foot containers were given a TEU of one and the 40 foot containers were given a TEU of two.

c. Agreed-Upon Procedures:

We judgmentally selected a sample of invoices based on the highest claimed cargo tonnage. For the sample selected, we requested original invoices and was informed that the original documents have been left in the custody of the Port of Umm Qasr for the purposes of collecting on accounts receivable. We therefore requested and obtained copies of the invoices and also requested and obtained payment receipts from SSA to confirm that the number of containers invoiced was the number paid for by customers.

For the accounting of tonnage for the Containers, SSA needed to determine a process to ensure consistency in the estimates beyond that already established for estimating tonnage. To accomplish this, SSA needed to establish a constant unit for each container, and the solution was the twenty foot equivalent unit (TEU). As all containers entering the Port of Umm Qasr had measurements of either 20 feet or 40 feet in length, the 20 foot containers were given a TEU of one and the 40 foot containers were given a TEU of two. In our procedure we multiplied the number of 40 foot containers by two in order to perform our reconciliation of the number of TEU's being claimed by SSA to the number containers on the invoices.

According to the SSA Program Manager at the Port of Umm Qasr Mr. Moran, and based solely on his professional judgment, each TEU container contained approximately 14 tons of materials or supplies. There is no documentation to support or refute his estimate of 14 tons per TEU container.

We observed that from the sample selected, the claimed cargo tonnage for the Container portion of total tonnage is reported at less than that invoiced. We could not compare the claimed tonnage to original invoices; however, we evaluated the existence of the claimed tonnage by comparing the invoiced TEU amount to the accounts receivable support in the form of wire transfer receipts. We compared the totals on the invoice copies with the amounts shown on the wire transfer receipts and were not able to exactly reconcile the amounts invoiced to the amounts paid. A summary of our findings is presented as follows:

**Report No. 4261-2006S17900001 (Revised)** **EXHIBIT A**

| Month | Vessel | Original Invoice Amount | Final Invoice Amount | Payment Amount | (a) TEUs Invoiced 20' | (b) TEUs Invoiced 40' | I Convert to TEU (b*2) | (d) Total Invoiced (a+b) | (e) Total Invoiced TEU's (a+c) | (f) TEUs Claimed 20' | (g) TEUs Claimed 40' | (h) Convert to TEU (g*2) | (i) Total Counted (f+g) | (j) Total Claimed TEU's (f+h) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul. | Westwind | $ 101,498 | $ 101,498 | $ 101,480 | 340 | 121 | 242 | 461 | 582 | 340 | 121 | 242 | 461 | 582 |
| Aug. | Westwind | 63,819 | 63,819 | 0 | 364 | 87 | 174 | 451 | 538 | 363 | 87 | 174 | 450 | 537 |
| Sep. | Sima Tara | 51,289 | 51,289 | 51,289 | 171 | 142 | 284 | 313 | 455 | 171 | 42 | 84 | 213 | 255 |
| | Sima Kija | 52,760 | 60,500 | 60,479 | 80 | 60 | 120 | 140 | 200 | 121 | 0 | 0 | 121 | 121 |
| Oct. | Sima Tara | 34,422 | 86,088 | 62,658 | 186 | 24 | 48 | 210 | 234 | 186 | 21 | 42 | 207 | 228 |
| Nov. | Explorer | 60,360 | 60,360 | 32,442 | 141 | 63 | 126 | 204 | 267 | 141 | 63 | 126 | 204 | 267 |
| | Explorer | 72,323 | 72,323 | 31,822 | 81 | 101 | 202 | 182 | 283 | 84 | 107 | 214 | 191 | 298 |
| | Manila Bay | 81,513 | 81,513 | 81,488 | 243 | 277 | 554 | 520 | 797 | 243 | 277 | 554 | 520 | 797 |
| Dec. | Sima Tara | 77,031 | 77,031 | 76,691 | 199 | 173 | 346 | 372 | 545 | 199 | 173 | 346 | 372 | 545 |
| Jan. | Ghazze | 25,499 | 29,596 | 21,199 | 11 | 96 | 192 | 107 | 203 | 11 | 96 | 192 | 107 | 203 |
| | Manila Bay | 99,548 | 179,738 | 80,443 | 199 | 278 | 556 | 477 | 755 | 199 | 278 | 556 | 477 | 755 |
| | Sima Tara | 97,724 | 136,711 | 135,634 | 365 | 146 | 292 | 511 | 657 | 365 | 147 | 294 | 512 | 659 |
| Feb. | Sima Tara | 120,536 | 120,536 | 120,536 | 518 | 136 | 272 | 654 | 790 | 518 | 136 | 272 | 654 | 790 |
| | Sima Tara | 84,978 | 84,978 | 84,858 | 270 | 130 | 260 | 400 | 530 | 270 | 130 | 260 | 400 | 530 |
| Mar. | Manila Bay | 106,023 | 188,879 | 85,343 | 234 | 283 | 566 | 517 | 800 | 234 | 283 | 566 | 517 | 800 |
| | Sima Tara | 53,509 | 79,803 | 80,008 | 181 | 54 | 108 | 235 | 289 | 185 | 54 | 108 | 239 | 293 |
| | Xpress Alexander | 58,692 | 95,418 | 39,594 | 183 | 112 | 224 | 295 | 407 | 183 | 112 | 224 | 295 | 407 |
| Apr. | Sima Tara | 69,504 | 69,504 | 69,504 | 191 | 138 | 276 | 329 | 467 | 191 | 139 | 278 | 330 | 469 |
| | Xpress Alexander | 62,247 | 108,057 | 36,973 | 210 | 109 | 218 | 319 | 428 | 210 | 109 | 218 | 319 | 428 |
| | Sima Tara | 59,439 | 59,439 | 59,439 | 174 | 110 | 220 | 284 | 394 | 174 | 110 | 220 | 284 | 394 |
| | Xpress Alexander | 58,402 | 99,264 | 35,010 | 173 | 118 | 236 | 291 | 409 | 173 | 118 | 236 | 291 | 409 |
| May | Sima Tara | 58,791 | 58,791 | 58,791 | 159 | 118 | 236 | 277 | 395 | 159 | 119 | 238 | 278 | 397 |
| | Xpress Alexander | 57,257 | 95,653 | 34,262 | 190 | 100 | 200 | 290 | 390 | 190 | 100 | 200 | 290 | 390 |
| | Sima Tara | 61,677 | 61,677 | 61,677 | 179 | 113 | 226 | 292 | 405 | 179 | 113 | 226 | 292 | 405 |
| | Xpress Alexander | 60,687 | 86,157 | 36,124 | 204 | 106 | 212 | 310 | 416 | 204 | 106 | 212 | 310 | 416 |
| Jun. | Sima Tara | 84,293 | 84,293 | 84,293 | 212 | 193 | 386 | 405 | 598 | 212 | 193 | 386 | 405 | 598 |
| | Manila Bay | 104,538 | 124,538 | 95,083 | 513 | 70 | 140 | 583 | 653 | 513 | 70 | 140 | 583 | 653 |
| | Sima Tara | 76,250 | 76,250 | 76,250 | 169 | 186 | 372 | 355 | 541 | 169 | 186 | 372 | 355 | 541 |
| | **Totals** | **$1,994,609** | **$2,493,703** | **$1,793,370** | | | | | **13,428** | | | | | **13,167** |



**FOR OFFICIAL USE ONLY**

**Tonnage Calculation**

| | | | |
|---|---|---|---|
| 13,428 | TEU's Invoiced | 13,167 | TEU's Claimed |
| x 14 | Tons per TEU | x 14 | Tons per TEU |
| 187,992 | Tons Invoiced | 184,338 | Tons Claimed |

Our sample consisted of 184,338 tons of the claimed 375,368 tons of total Container cargo (49.11 percent).

**5. <u>Dhows</u>**

a. Summary of Findings:

Based on our agreed-upon procedures applied to the dhow tonnage, the claimed tonnage did not reconcile to SSA's books and records or invoices.

b. Basis of Contractor's Submission:

SSA based the Dhow tonnage on a professional estimate made by Mr. Moran at 500 tons per vessel call. SSA stated that, due to a lack of electricity, there was no operational weighbridge to accurately weigh any of the incoming cargo at the Port of Umm Qasr.

c. Agreed-Upon Procedures:

We requested original invoices relating to the tonnage claimed for the Dhows, which are small, wooden, privately owned country boats operated throughout the Iraqi ports. We were informed that the accounting for the Dhows was not consistent with the rest of the invoiced tonnage, as these were small country boats with limited cargo and, according to the SSA Program Manager at the Port of Umm Qasr, only capable of carrying a certain amount of weight.

During our initial discussion regarding the dhows, the SSA Program Manager of the Port of Umm Qasr informed us that due to the size of the dhows, it was easiest to simply estimate each shipment coming in on the dhows as 500 tons per shipment. The dhows' owner/operator was charged $1 per ton, for a total of $500 per shipment. As stated by the Program Manager, these shipments were recorded in dual carbon copy receipt books, with one copy going to the owner/operator of the dhow, and the other copy recorded as cash received in the receipt book. We verified the cash receipts included in all of the books to the summary report of cash receipts; however, according to the information provided for on these receipts, the payment received was for a daily docking fee and port charges. It does not show anywhere on these receipts that there was any agreement to the tonnage handled.

We attempted to confirm that the method used to estimate this tonnage was correct in an e-mail sent to the SSA Program Manager of the Port of Umm Qasr. The reply we received from the SSA Program Manager was different than what was originally stated in that the $1 per ton is purely coincidental. SSA estimated that each vessel contained 500 tons of cargo, while the Director General of the Iraq Port Authority (IPA) ordered the charge of $500 per vessel.

Initially, this charge was $250 per vessel per day, and was increased with the order of the Director General of IPA to $500 per vessel. We requested this change of order from SSA, but SSA does not have any written record of this change order being made.

In order to verify the receipt of cash for the dhows, we requested the cash receipts report from SSA to trace the payments for the dhows through SSA's accounting system. We also obtained a bank summary showing the deposits and withdrawals for the dhows, and were able to trace the cash received from the dhows entering SSA’s U.S. account. However, based on our agreed-upon procedures applied to the claimed dhow tonnage, we were unable to reconcile any of the claimed tonnage to SSA's books and records or invoices.

**SSA Marine, Inc.**
**Seattle, Washington**

## RESULTS OF AGREED-UPON PROCEDURES FOR CLAIMED PROFIT RATE

### 1. Summary of Findings:

We determined that SSA's operating profit percentages from its operations ranged from .04 percent to negative 2.98 percent of revenue. and that its parent company's operating profit percentages ranged from approximately 1 to 5 percent during contractor fiscal years (CFYs) ended January 25, 2002, January 31, 2003, and January 30, 2004.

SSA judgmentally proposed $2.20 per metric ton to be representative of the low end of the profit per metric ton experienced on its selected commercial contracts.

We prepared a schedule comparing the commercial contracts proposed by SSA to the USAID contract and determined there are differences.

We calculated profit rates for other SSA cargo handling locations based on SSA accounting records. The procedures performed disclosed that SSA's container profits per metric ton for other commercial contracts SSA did not use in the comparison ranged from $0.06 to $9.01, and break-bulk profits ranged from $0.14 to $8.49.

### 2. Basis of Contractor's Submission:

SSA cited several of its existing commercial contracts as examples of its commercial profit expectations. SSA chose the comparison contracts as being most like the USAID contract. SSA judgmentally arrived at $2.20 per metric ton to be representative of the low end of the profit per ton experienced on the comparison contracts.

### 3. Agreed-Upon Procedures:

#### a. Company Profitability

We obtained financial statements for CFYs 2002 through 2004 and computed operating profits for SSA and for its parent company, Carrix Inc., as follows:

| | CFYE 1/2002 | CFYE 1/2003 | CFYE 1/2004 |
|---|---|---|---|
| **SSA Marine**: | | | |
| Revenues | $646,109,593 | $697,114,898 | $ 796,171,526 |
| Operating Income | $ 290,621 | $(20,792,546) | $ 5,191 |
| Operating Profit Percentage | 0.04% | (2.98)% | 0.00% |

**<u>Carrix</u>:**

| | | | |
|---|---|---|---|
| Revenues | $780,348,882 | $837,111,346 | $1,038,081,620 |
| Operating Income | $ 31,939,153 | $ 9,491,867 | $ 48,921,010 |
| Operating Profit Percentage | 4.09% | 1.13% | 4.71% |

The operating profit percentage (Revenues minus Cost of Revenues minus G&A Expenses=Operating Income)/Revenues) reveals the return from standard operations, excluding the impact of extraordinary transactions and other comprehensive income. It shows the extent to which a company is earning a profit from standard operations, as opposed to resorting to asset sales or unique transactions to post an "artificial" profit. Because the figure excludes miscellaneous income and tax expenses, both of which are the result of a company's financing decisions, the operating profit percentage produces an accurate picture of the profitability of the primary business based solely on its operating characteristics.

SSA stated that its income statements show a very low or negative operating profit because they include G&A expenses that are incurred for foreign operations of its parent company, Carrix. SSA provided the Carrix financial statements as an additional point of reference for the operating profit percentage.

### b. Comparison Contracts

We obtained detailed data regarding SSA's proposed commercial comparison contracts and prepared the following comparison chart:

| | | **SSA's Proposed Comparison Contracts: Container** | | |
|---|---|---|---|---|
| Customer | **USAID** | **Mexico** | **Panama** | **YTI** |
| Location | Iraq | Mexico | Panama | California |
| Cargo type (Note (1)) | Container & Break Bulk | Container | Container | Container |
| Container Moves | | 258,310 | 558,088 | 632,206 |
| Profit/move (Note (2)) | | 131.87 | 92.21 | 16.97 |
| Est. Ton/Move (Note (3)) | | 13 | 13 | 13 |
| Profit/ton | | **10.14** | **7.09** | **1.31** |
| <u>Contract Attributes:</u> | | | | |
| 1. Contract type | Cost | Fixed Rate | Fixed Rate | Fixed Rate |
| 1.a Single/multiple shippers | multiple | multiple | multiple | single |
| 1.b Rate type | | per container | per container | per container |
| 2. Infrastructure investment | no | yes | yes | no |
| 3. Breakbulk / Container | 25% / 75% | 0-5% / 95-100% | 0-5% / 95-100% | 0% / 100% |
| 4. Port Assessment | Yes (CLIN 001) | no | no | no |
| 5. Plan / Implement Port Improvements | Yes (CLIN 002) | yes | yes | no |
| 6. Plan / Directly Operate Port | Yes (CLIN 003) | no | no | no |
| 7. Full range of services | Yes (CLIN 003) | some | some | some |
| 8. Specified personnel | Yes (Sec C VII) | some | some | some |
| 9. Comms., vehicles/GPS, support | Yes (Sec C VII) | most similar | most similar | no |
| 10. Nominate local professionals | Yes (Sec C VII) | no | no | no |
| 11. Work scope, sole provider of these services at that port | Assess, improve, maintain, Operate Umm Qasr port; sole provider | Note (4) Not sole provider | Note (5) Not sole provider | Note (6) Not sole provider |

| | SSA's Proposed Comparison Contracts: Breakbulk | | | | |
|---|---|---|---|---|---|
| Customer | **Eastern Car Liner** | **SK Shipping** | **New Zealand Lumber** | **Toko Kaiun Kaisha** | **Steelscape** |
| Location | Tacoma | Term 37 (Seattle) | Terminal 2 | Terminal 2 | Longview |
| Cargo type (Note(1)) | Break bulk | Steel | Lumber | Steel | Steel + Misc |
| Tons | 22,447 | 4,381 | 107,476 | 135,939 | 305,916 |
| Profit/ton (Note (3)) | **4.47** | **2.99** | **4.74** | **7.71** | **2.14** |
| | | | | | |
| 1. Contract type | Fixed Rate | Fixed Rate | Fixed Rate | Fixed Rate | Fixed Rate |
| 1.a Single/multiple shippers | single | single | single | single | single |
| 1.b Rate type | per ton | per ton | per ton | per ton | per ton |
| 2. $ Infrastructure investment | no | no | no | no | no |
| 3. Breakbulk / Container | 100% / 0% | 100% / 0% | 100% / 0% | 100% / 0% | 100% / 0% |
| 4. Port Assessment | no | no | no | no | no |
| 5. Plan / Implement Port Improvements | no | no | no | no | no |
| 6. Plan / Directly Operate Port | no | no | no | no | no |
| 7. Full range of services | no | no | no | no | no |
| 8. Specified personnel | no | no | no | no | no |
| 9. Comms., vehicles/GPS, support | no | no | no | no | no |
| 10. Nominate local professionals | no | no | no | no | no |
| 11. Work scope, sole provider of these services at that port | Note (7) Not sole provider | Note (8) Not sole provider | Note (9) Not sole provider | Note (10) Not sole provider | Note (11) Not sole provider |

(1) Types of cargo for the USAID contract, as described in SSA's June 30, 2004 press release (http://www.ssamarine.com/news/pr/063004.html):

> "Over 280 vessels, 1.2 million metric tons of cargo and more than 8000 people have called the port. The main cargoes handled included containers, break-bulk, RoRo, construction, bulk grain, bagged rice and sugar."

(2) SSA judgmentally estimated that, on average, the containers contained 13 metric tons cargo each. We note that SSA used 14 metric tons per container in determining how much container tonnage to include in the claim.

(3) SSA computed profit as the difference between revenues and direct costs. G&A costs were not included in the calculation, and so the profit includes an element of G&A.

(4) SSA provided the following work scope description for Mexico:

- Documentation and reports of actual import and export shipments
- Tracking customs and customer clearance for container release
- Container processing and handling for receiving and delivery of containers to/from the terminal
- Berthing plans
- Container load/discharge planning
- Loading/discharging containers to/from vessels
- Discharging containers from truck in receiving process
- Loading containers to truck in delivery process
- Gate interchange documentation
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers
- Security
- Facilities and equipment procurement and maintenance

(5) SSA Marine provided the following work scope description for Panama:

- Documentation and reports of actual import and export shipments
- Tracking customs and customer clearance for container release
- Container processing and handling for receiving and delivery of containers to/from the terminal
- Berthing plans
- Container load/discharge planning
- Loading/discharging containers to/from vessels
- Discharging containers from truck in receiving process
- Loading containers to truck in delivery process
- Gate interchange documentation
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers
- Security
- Facilities and equipment procurement and maintenance

(6) SSA Marine provided the following work scope description for YTI:

- Documentation and reports of actual import and export shipments
- Tracking customs and customer clearance for container release
- Container processing and handling for receiving and delivery of containers to/from the terminal
- Berthing plans
- Container load/discharge planning
- Loading/discharging containers to/from vessels
- Discharging containers from truck in receiving process
- Loading containers to truck in delivery process
- Gate interchange documentation
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers
- Security
- Facilities and equipment maintenance

(7) SSA Marine provided the following work scope description for Eastern Car Liner:

- Documentation and reports of actual import and export shipment
- Cargo load and discharge planning
- Loading/discharging cargo to/from vessels
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers

(8) SSA Marine provided the following work scope description for SK Shipping:

- Documentation and reports of actual import and export shipment
- Cargo load and discharge planning
- Loading/discharging cargo to/from vessels
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers

(9) SSA Marine provided the following work scope description for New Zealand Lumber:

- Documentation and reports of actual import and export shipment
- Cargo load and discharge planning
- Loading/discharging cargo to/from vessels
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers

(10) SSA Marine provided the following work scope description for Toko Kaiun Kaisha:

- Documentation and reports of actual import and export shipment
- Cargo load and discharge planning
- Loading/discharging cargo to/from vessels
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers

(11) SSA Marine provided the following work scope description for Steelscape:

- Documentation and reports of actual import and export shipment
- Cargo load and discharge planning
- Loading/discharging cargo to/from vessels
- Communications with customers' ship crew on stowage plans and with documentation staff on cargo clearances for release
- Invoicing customers

**c. <u>Other Commercial Work and USAID Contract Profit</u>**

We obtained accounting data on cargo volume, revenue, costs, and profits on SSA's other commercial work for CFY ended January 31, 2003. This is the same CFY that SSA Marine used for its proposed comparison contracts. SSA provided this data by location and customer. For ease of use we extracted and compiled summary data by location, and segregated the data for locations by container work and by break bulk work. SSA defined break bulk as cargo that is not containerized. For this purpose, we included such items as steel, lumber, bagged goods, and other bulk items similar to the cargo described for the USAID contract, and similar to the cargo handled in SSA's comparison contracts above.

**Report No. 4261-2006S17900001 (Revised)** **EXHIBIT B**

**Break Bulk (Note (2))**

| Location | Cargo Type | Metric Tons | Revenue | Direct Cost | Profit/ Loss before G&A | G&A @ 36.8% | Total Cost | Profit/ Loss after G&A | Profit/Loss per Metric Ton Before G&A | Profit/Loss per Metric Ton After G&A |
|---|---|---|---|---|---|---|---|---|---|---|
| Note (1) | Note (2) | | | Note (3) | | Note (4) | | | | |
| Port of Stktn | break bulk | 474,915 | $ 4,908,172 | $ 3,603,916 | $ 1,304,256 | $ 1,326,241 | $ 4,930,157 | $ (21,985) | $2.75 | $(0.05) |
| Tacoma | break bulk | 360,582 | 972,863 | 764,708 | 208,155 | 281,413 | 1,046,121 | (73,258) | $0.58 | $(0.20) |
| Terminal 2 | break bulk | 264,656 | 4,981,335 | 3,087,019 | 1,894,316 | 1,136,023 | 4,223,042 | 758,293 | $7.16 | $ 2.87 |
| Longview | break bulk | 1,494,470 | 5,565,562 | 4,354,798 | 1,210,764 | 1,602,566 | 5,957,364 | (391,802) | $0.81 | $(0.26) |
| Coos Bay | break bulk | 1,239,864 | 865,628 | 696,287 | 169,341 | 256,234 | 952,521 | (86,893) | $0.14 | $(0.07) |
| Berth 204/207 | break bulk | 362,808 | 9,609,603 | 7,570,664 | 2,038,939 | 2,786,004 | 10,356,668 | (747,065) | $5.62 | $(2.06) |
| Port Hueneme | break bulk | 69,388 | 314,123 | 235,118 | 79,005 | 86,523 | 321,641 | (7,518) | $1.14 | $(0.11) |
| San Diego | break bulk | 469,748 | 1,285,959 | 915,955 | 370,004 | 337,071 | 1,253,026 | 32,933 | $0.79 | $ 0.07 |
| Gulfport R-W | break bulk | 626,501 | 2,966,532 | 1,993,204 | 973,328 | 733,499 | 2,726,703 | 239,829 | $1.55 | $ 0.38 |
| Panama City R-W | break bulk | 385,038 | 1,688,508 | 1,021,273 | 667,235 | 375,828 | 1,397,101 | 291,407 | $1.73 | $ 0.76 |
| New Orleans-RW | break bulk | 5,026,910 | 9,788,427 | 5,774,851 | 4,013,576 | 2,125,145 | 7,899,996 | 1,888,431 | $0.80 | $ 0.38 |
| Little Rock-LSI | break bulk | 272,611 | 1,160,786 | 401,569 | 759,217 | 147,777 | 549,346 | 611,440 | $2.78 | $ 2.24 |
| Leetsdale-GN-LSI | break bulk | 30,258 | 292,254 | 35,226 | 257,028 | 12,963 | 48,189 | 244,065 | $8.49 | $ 8.07 |
| Port Arthur | break bulk | 305,274 | 1,172,151 | 918,239 | 253,912 | 337,912 | 1,256,151 | (84,000) | $0.83 | $(0.28) |
| Charleston Steve | break bulk | 164,916 | 2,301,184 | 1,609,381 | 691,803 | 592,252 | 2,201,633 | 99,551 | $4.19 | $ 0.60 |
| Savannah Steve | break bulk | 550,351 | 7,543,551 | 5,365,338 | 2,178,213 | 1,974,444 | 7,339,782 | 203,769 | $3.96 | $ 0.37 |
| Georgetown Steve | break bulk | 937,702 | 2,918,640 | 1,825,576 | 1,093,064 | 671,812 | 2,497,388 | 421,252 | $1.17 | $ 0.45 |
| Jacksonville | break bulk | 253,433 | 2,345,081 | 1,876,280 | 468,801 | 690,471 | 2,566,751 | (221,670) | $1.85 | $(0.87) |
| Wilmington Steve | break bulk | 1,149,422 | 7,753,685 | 5,388,882 | 2,364,803 | 1,983,109 | 7,371,991 | 381,694 | $2.06 | $ 0.33 |
| Morehead City | break bulk | 90,277 | 2,127,225 | 1,423,104 | 704,121 | 523,702 | 1,946,806 | 180,419 | $7.80 | $ 2.00 |
| Total | | 14,529,124 | $70,561,269 | $48,861,388 | $21,699,881 | $17,980,989 | $66,842,377 | $3,718,892 | | |
| Weighted Avg. | | | | | | | | | $1.49 | $ 0.26 |
| Maximum | | | | | | | | | $8.49 | $ 8.07 |
| Minimum | | | | | | | | | $0.14 | $(2.06) |

**Report No. 4261-2006S17900001 (Revised)** **EXHIBIT B**

**Containers**

| **Location** | **No. of Containers** | **Revenue** | **Direct Cost** | **Profit/ Loss before G&A** | **G&A @ 36.8%** | **Total Cost** | **Profit/ Loss after G&A** | **Profit/Loss per Metric Ton (Note (5)) Before G&A** | **Profit/Loss per Metric Ton (Note (5)) After G&A** |
|---|---|---|---|---|---|---|---|---|---|
| Note (1) | | | Note (3) | | Note (4) | | | | |
| Berth 54/55-LA | 12 | $ 7,459 | $ 6,053 | $ 1,406 | $ 2,228 | $ 8,281 | $ (822) | $9.01 | $(5.27) |
| No. American Term | 10,667 | 1,295,820 | 1,221,786 | 74,034 | 449,617 | 1,671,403 | (375,583) | $0.53 | $(2.71) |
| Gulfport R-W | 26,150 | 781,105 | 760,168 | 20,937 | 279,742 | 1,039,910 | (258,805) | $0.06 | $(0.76) |
| New Orleans-RW | 100 | 5,780 | 4,566 | 1,214 | 1,680 | 6,246 | (466) | $0.93 | $(0.36) |
| Port Manatee | 515 | 63,549 | 42,717 | 20,832 | 15,720 | 58,437 | 5,112 | $3.11 | $ 0.76 |
| Pac Mar Svc | 472,995 | 70,496,306 | 37,749,019 | 32,747,287 | 13,891,639 | 51,640,658 | 18,855,648 | $5.33 | $ 3.07 |
| Charleston Steve | 328,204 | 34,132,675 | 29,975,362 | 4,157,313 | 11,030,933 | 41,006,295 | (6,873,620) | $0.97 | $(1.61) |
| Savannah Steve | 223,345 | 24,884,732 | 23,022,253 | 1,862,479 | 8,472,189 | 31,494,442 | (6,609,710) | $0.64 | $(2.28) |
| Jacksonville | 52,065 | 9,853,490 | 9,081,470 | 772,020 | 3,341,981 | 12,423,451 | (2,569,961) | $1.14 | $(3.80) |
| Wilmington Steve | 22,911 | 2,616,020 | 2,147,459 | 468,561 | 790,265 | 2,937,724 | (321,704) | $1.57 | $(1.08) |
| Total | 1,136,964 | $144,136,936 | $104,010,853 | $40,126,083 | $38,275,994 | $142,286,847 | $ 1,850,089 | | |
| Weighted Average | | | | | | | | $2.71 | $ 0.13 |
| Maximum | | | | | | | | $9.01 | $ 3.07 |
| Minimum | | | | | | | | $0.06 | $(5.27) |



**FOR OFFICIAL USE ONLY**

(1) Each location includes multiple customers that shipped cargo in and out of the location. In response to our request, SSA provided a hard copy printout of this data, amounting to several hundred pages, and it was not practical to compile all of it by customer, so we extracted summary data by location. In comparison, the USAID contract at Umm Qasr port also involved multiple carriers shipping cargo in and out of the port.

(2) For break bulk, we included volume data listed in SSA Marine's accounting data for various non-containerized cargo types such as steel, lumber, grain, etc.

(3) Direct costs are listed in SSA's accounting data as "labor" and "other." SSA stated that these costs are considered direct costs.

(4) For this analysis we estimated SSA's G&A rate at 36.8 percent. We used SSA's financial statements for CFY ended January 31, 2003, G&A Expenses of $193 million as the expense pool and Cost of Revenues of $524.9 million as the allocation base. The 36.8 percent G&A rate is a company-wide rate.

(5) We used 13 tons per container, consistent with SSA's judgmental estimate. We are unable to directly verify the accuracy of SSA's estimate. We note that SSA used a 14 metric tons per container estimate to prepare its claimed tonnage amount of 2,000,002 million tons.

**d. USAID Contract Claimed Profit**

In addition, we also computed profit rates for the cargo items specifically associated with the Port of Umm Qasr for comparison purposes.

Our findings are as follows:

| | **DCAA Sample** | | | (d) | (e) |
|---|---|---|---|---|---|
| **Cargo** | (a) **Invoiced Amount** | (b) **Tonnage Invoiced** | (c) **Dollars per Ton** (a/b) | **Claimed Profit per Ton** | **Computed Profit Rate** (d/c) |
| RORO | $ 922,471 | 30,497 | $ 30.25 | $2.20 | 7.27% |
| WFP | $4,513,375 | 522,208 | $ 8.64 | $2.20 | 25.45% |
| Project Cargo | $1,094,788 | 67,019 | $ 16.34 | $2.20 | 13.47% |
| Containers | $2,493,703 | 187,992 | $ 13.26 | $2.20 | 16.59% |
| Dhows * | $ 556,669 | 397,600 | $ 1.40 | $2.20 | 157.13% |

* Because the dhows did not have invoices, we used the total cash collected and the total tonnage claimed.

We computed an average dollar per ton for each cargo classification by dividing the total dollars paid for the operating and stevedoring charges (exclusive of vessel charges) by the invoiced tonnage.

Based on the table above, our findings disclose that the dollars per ton, depending on the type of cargo handled, is in the range of $1.40 per ton to $30.25 per ton. Using SSA's expected profit of $2.20 per ton, we can observe that SSA is claiming a profit rate of 7.27 percent for RORO up to 157.13 percent for Dhows.

**SSA Marine, Inc.**
**Seattle, Washington**

**RESULTS OF AGREED-UPON PROCEDURES**
**FOR COSTS INCURRED, INVOICED, AND PAID**

## 1. Summary of Findings:

We prepared a summary schedule of the voucher amounts, dates vouchers were submitted, dates SSA received the payments from USAID, payment amounts and the dates SSA paid and recorded the costs. We found that on average, SSA was paid by the government 31 days after submitting its public vouchers on the contract. We found that on average, SSA submitted its expenses on public vouchers 55 days after posting those expenses on its books of account, and posted its expenses 18 days after paying the expenses.

## 2. Basis of Contractor's Submission:

In its complaint filed on April 22, 2005, SSA asserted that the government did not provide startup working capital, thus forcing SSA to fund startup operations with its own money.

## 3. Agreed-Upon Procedures:

We obtained accounting data from SSA on expenses, payments, and dates and prepared the following comparison schedule for the vouchers, USAID payments, and SSA's expenses:

| | | | | | | Weighted Average | | |
|---|---|---|---|---|---|---|---|---|
| **Voucher No.** | **Voucher Amount** | **Date Submitted** | **Date Funds Rec'd From USAID** | **Days to Pmt.** | **Payment Amount** | **Days from SSA Pmt to SSA Posting** | **Days from SSA Posting to SSA Voucher** | **Days from SSA Voucher to Govt Pmt.** |
| | | | | | | (Note a) | (Note b) | (Note c) |
| 001 | $ 841,271 | 6/26/2003 | 7/23/2003 | 27 | $ 841,271 | | -157 | |
| 002 | | | 9/9/2003 | 28 | 149,082 | | | |
| 002 | | | 12/9/2003 | 119 | 564,908 | | | |
| 002 | | | 1/6/2004 | 147 | 3,861 | | | |
| 002 | 717,881 | 8/12/2003 | | | | | 58 | |
| 003 | 2,463,410 | 10/27/2003 | 11/25/2003 | 29 | 2,463,410 | | 79 | |
| 004 | 830,579 | 12/5/2003 | 12/23/2003 | 18 | 830,579 | | 65 | |
| 005 | 875,129 | 12/19/2003 | 1/13/2004 | 25 | 875,129 | | 48 | |
| 006 | 1,056,456 | 1/28/2004 | 2/24/2004 | 27 | 1,056,456 | | 58 | |
| 007 | 1,582,068 | 2/27/2004 | 3/23/2004 | 25 | 1,582,068 | | 57 | |
| 008 | 2,499,575 | 4/27/2004 | 5/21/2004 | 24 | 2,499,575 | | 71 | |
| 009 | 1,157,883 | 7/1/2004 | 7/16/2004 | 15 | 1,157,883 | | 78 | |
| 010 | 1,039,080 | 8/4/2004 | 9/28/2004 | 55 | 1,039,080 | | 64 | |
| 011 | 168,410 | 9/2/2004 | 9/28/2004 | 26 | 168,410 | | 63 | |
| 012 | 35,750 | 9/27/2004 | 11/4/2004 | 38 | 35,750 | | 69 | |
| 013 | 1,466 | 4/28/2005 | 5/26/2005 | 28 | 1,466 | | 164 | |
| 014 | 29,655 | 12/16/2005 | | | | | 157 | |
| **Total** | **$13,298,613** | | | | **$13,268,928** | **18** | **55** | **31** |



**FOR OFFICIAL USE ONLY**

a. We determined that on average SSA paid its expenses 18 days prior to posting the expenses to it's generally ledger. We computed the weighted average days from SSA paying its expenses to posting expenses on its books of account using detailed data obtained from SSA. SSA provided a listing of expenses by month posted, spread out by months in which the expenses were paid by SSA. Our detailed calculations are available on request. However, we did note that the weighted average days by month between payment of expenses and posting of expenses varied from -52 (meaning that on average, SSA posted the expenses in the month 52 days prior to payment) to 126 days during the months of March 2003 through August 2005.

b. We computed the weighted average days from SSA posting expenses to SSA submitting the expenses on a public voucher using detailed data obtained from SSA. SSA provided a listing of expenses by voucher, spread out by months in which the expenses were posted to SSA's books of account. The negative days for voucher 1 are caused by a large posting in July, 2004, relating to reclassifying certain June, 2003 expenses as a result of a previous DCAA audit. If the effect of this large posting were left out of the calculation, the weighted average days for Voucher 1 would be 36, and the total would be 66.

Our detailed calculations are available on request. The following is an example of the calculation for Voucher No. 3:

| **Posted to ledger** | | **Submitted on Voucher 3** | | **Weight** |
|---|---|---|---|---|
| **Month** | **Amount** | **Date** | **Days** | **(Amount x Days)** |
| 4/2003 | $ 14,733 | 10/27/2003 | 209 | $ 3,079,197 |
| 5/2003 | 14,516 | 10/27/2003 | 179 | 2,598,364 |
| 6/2003 | 17,198 | 10/27/2003 | 148 | 2,545,304 |
| 7/2003 | 186,696 | 10/27/2003 | 118 | 22,030,128 |
| 8/2003 | 979,451 | 10/27/2003 | 87 | 85,212,237 |
| 9/2003 | 875,308 | 10/27/2003 | 56 | 49,017,248 |
| Total | $2,087,902 | | | $164,482,478 |
| **Weighted average days** | | | **79** | |
| (total Weight / total Amount) | | | | |

c. We computed the weighted average days from SSA submitting vouchers to the Government paying the vouchers by multiplying the voucher payment amounts by the number of days to pay each voucher, and dividing the total by the total of the payment amounts.

## CONTRACTOR ORGANIZATION AND SYSTEMS

### 1. Organization

SSA Marine, Inc. (SSA), formerly known as Stevedoring Services of America, is a privately owned and operated company, headquartered in Seattle, Washington. SSA was formed in 1949 as the Bellingham Stevedoring Company, which was the beginning of cargo handling operations for what would become SSA. Sales for the fiscal years ended January 31, 2003, January 30, 2004, and January 28, 2005, were approximately $697 million, $796 million, and $861 million, respectively. The percentages of these sales from government contracts were approximately 2.23 percent, 4.16 percent, and 2.23 percent for each respective year. SSA is the largest privately held container terminal operator and cargo handling company in the world, operating in 150 locations worldwide. It provides a full spectrum of transportation services, including marine terminal and rail operations, equipment procurement, professional management, personnel training, trucking and warehousing, information system management, feasibility studies, and marketing support. SSA currently employs more than 10,000 employees.

### 2. Accounting System

We have not formally examined SSA's accounting system. USAID has previously reviewed SSA's accounting system.

The following schedule describes the indirect cost pools and related allocation bases that SSA intends to use for allocating overhead costs and G&A to the USAID Contract.

| Indirect Cost Pool | Allocation Base |
|---|---|
| G&A | Total costs excluding salaries and wages of Longshoremen and related fringe benefits |
| Overhead* | Direct labor dollars plus fringe benefits |

* Under the provisions of the USAID contract, the G&A and overhead rates are limited to 10 percent.

However, as determined under DCAA audit, Audit Report No. 04261-2004S17900007, dated December 21, 2004, SSA's normal business practice is to record all indirect labor and indirect expenses to its G&A expense account series (series 6000). Therefore, SSA only has one indirect allocation pool in which to allocate all indirect expenses (G&A).

## DCAA PERSONNEL

| | Telephone No. |
|---|---|
| Primary contacts regarding this agreed-upon procedures report: | |
| Robert L. Skaggs, Auditor | (206) 439-4825 |
| Sterling S. Munro, Technical Specialist | (206) 439-4862 |
| Keith B. Mullen, Supervisory Auditor | (206) 439-4856 |
| Other contact regarding this agreed-upon procedures report: | |
| Debora A. Yee, Branch Manager | (206) 439-4800 |

| | FAX No. |
|---|---|
| Seattle Branch Office | (206) 439-4870 |

| | E-mail Address |
|---|---|
| Seattle Branch Office | dcaa-fao4261@dcaa.mil |

General information on audit matters is available at http://www.dcaa.mil/.

## RELEVANT DATES

Request for Agreed-Upon Procedures Engagement – Dated November 15, 2005; Received November 16, 2005
Initial Confirmation of Agreed-Upon Procedures to be Performed – Dated December 1, 2005; Received December 8, 2005
Final Confirmation of Agreed-Upon Procedures to be Performed – Dated and Received December 15, 2005

**REPORT AUTHORIZED BY:**

*/Signed/*
DEBORA A. YEE
Branch Manager
DCAA, Seattle Branch Office

## REPORT DISTRIBUTION AND RESTRICTIONS

| DISTRIBUTION | E-mail Address |
|---|---|
| Branch Chief (Mr. Harry K. Pimpong)<br>U.S. Agency for International Development<br>Office of Acquisition and Assistance<br>Contract Audit Management Branch<br>Cost, Audit and Support Division<br>M/OAA/CAS. Room 7.08-051<br>1300 Pennsylvania Avenue, NW<br>Washington, DC 20523<br>***Task No. IG-0-06-004*** | *singleaudit@usaid.gov* |
| U.S. Agency for International Development<br>Office of Inspector General<br>ATTN: Mr. Andrew Katsaros<br>Director, Financial Audits Division<br>OIG/A/FA, Room 8.10-001<br>1300 Pennsylvania Avenue, NW<br>Washington, DC 20523 | *faudit@usaid.gov* |
| U.S. Department of Justice<br>ATTN: Mr. Thomas Dinackus<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | *thomas.dinackus@usdoj.gov* |
| Defense Contract Audit Agency<br>ATTN: OAL – Sr. Non-DOD FLA<br>8725 John J. Kingman Road, Suite 2135<br>Fort Belvoir, VA 22060-6219 | *dcaa-srfla-nondod@dcaa.mil* |

RESTRICTIONS

1. Information contained in this report may be proprietary. It is not practical to identify during the conduct of the evaluation those elements of the data which are proprietary. Make proprietary determinations in the event of an external request for access. Consider the restrictions of 18 U.S.C. 1905 before releasing this information to the public.

2. Under the provisions of Title 32, Code of Federal Regulations, Part 290.7(b), DCAA will refer any Freedom of Information Act requests for reports received to the cognizant contracting agency for determination as to releasability and a direct response to the requestor.

3. The Defense Contract Audit Agency does not object to release of this report, at the discretion of the contracting agency, to authorized representatives of SSA Marine, Inc.

4. This report was prepared using procedures agreed-upon by the identified requestor. The reported findings do not include an audit opinion. The information contained in this report is intended solely for the use of the identified recipients, and should not be used by them or by others for any purpose other than that for which the procedures were established.