# In the United States Court of Federal Claims

No. 05-490C
(Filed: September 8, 2006)

****************************************
SSA MARINE, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************

**ORDER**

As discussed at the post-discovery telephonic status conference held on September 8, 2006, it being the intention of the Court and the parties to resolve whether the contract at issue is a cost-plus-fixed-fee contract, the Court hereby ORDERS that:

1. On or before **October 13, 2006**, Defendant shall file a motion for summary judgment regarding the issue of whether the contract is a cost-plus-fixed-fee contract.

2. On or before **November 9, 2006**, Plaintiff shall file its response to Defendant's motion for summary judgment.

3. Defendant's response to Plaintiff's motion in limine, filed on August 29, 2006, is STAYED pending a resolution of Defendant's motion for summary judgment.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge