APPENDIX

# APPENDIX


| Description | Page |
| --- | --- |
| Declaration of Anne Quinlan (Oct. 13, 2006) . . . . . . . . . | 1 |
| Exhibit A - Excerpt of Contract TRN-C-00-03-00054-00 . | 2 |
| Declaration of William MacLaren (Oct. 13, 2006) . . . . . . . | 21 |
| Declaration of Alvera Reichert (Oct. 12, 2006). . . . . . . . | 24 |
| Excerpt of Letter from John Butler to Tad Findeison (July 26, 2004) (SSA's Claim). . . . . . | 26 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| Plaintiff, | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF ANNE QUINLAN

I, Anne Quinlan, make the following declaration in accordance with 28 U.S.C. § 1746:

1. I am currently a warranted contracting officer employed by the United States Agency for International Development ("USAID"). I am assigned to the Global Health Division within the Office of Acquisition and Assistance. I was the contracting officer who executed Contract TRN-C-00-03-00054-00 ("the Umm Qasr contract") upon behalf of the United States. This declaration is based on personal knowledge.

2. Annexed hereto as Exhibit A is a true and correct copy of a document maintained in the records of this office. Exhibit A is an excerpt of the Umm Qasr contract.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2006.

Anne Quinlan

Anne Quinlan

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: TRN-C-00-03-00054-00

3. EFFECTIVE DATE: 3/24/03

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: See G.6

5. ISSUED BY — CODE
Agency for International Development
1300 Pennsylvania,Ave., N.W.,Rm. 7-09-073
Attn: M/OP/EER
Washington, D.C. 20523

6. ADMINISTERED BY (If other than Item 5) — CODE

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
Stevedoring Services of America
1131 SW Klickitat Way
Seattle, WA 98134

CODE | FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: Net 30 Days

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN — ITEM: Block 12

11. SHIP TO/MARK FOR — CODE

12. PAYMENT WILL BE MADE BY — CODE
See G.5

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA: See Clause G.6

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE PAGE 2 | | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $

## 16. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


***CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE***

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

18. ☐ AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
Bob Watters
Vice President

20A. NAME OF CONTRACTING OFFICER
Anne Quinlan

USAID 00324

19B. NAME OF CONTRACTOR
BY [signature]
(Signature of person authorized to sign)

19C. DATE SIGNED: 4/8/03

20B. UNITED STATES OF AMERICA
BY Anne Quinlan [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED: 4/8/03

EXHIBIT C

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

B.1 PURPOSE

Umm Qasr port is a critical link in the on-going life-sustaining assistance being provided to the people of Iraq from a variety of sources. The fundamental objective of this statement of work is to quickly, effectively and safely complete those tasks essential to assess, improve, maintain, and - if necessary - operate Umm Qasr port in support of humanitarian and reconstruction assistance to the people of Iraq. The contractor shall provide seaport assessments and operation management expertise to ensure that materials & supplies flow efficiently and safely through seaports in Iraq assigned by the Government.

B.2 CONTRACT TYPE AND CONTRACT SERVICES

This is a Cost Reimbursement (CPFF) Level of Effort term contract. For the consideration set forth below, the Contractor shall provide the services, deliverables or outputs described in Section C [Contract Line Items (CLINs) 001, 002 and 003] and F in accordance with the performance standards specified in Section F.

B.3 ESTIMATED COST, FIXED FEE, AND OBLIGATED AMOUNT

(a) CLIN 001 Port Assessment - The estimated cost for the performance of the work required hereunder, exclusive of fixed fee is $583,970. The fixed fee is $58,400. The estimated cost plus fixed fee is $642,370.00.

(b) CLIN 002 Port Improvement Implementation Plan - The estimated cost for the performance of the work required hereunder, exclusive of fixed fee is $255,487. The fixed fee is $25,500. The estimated cost plus fixed fee is $280,987.00.

(c) CLIN 003 Port Operations - The estimated cost for the performance of the work required hereunder, exclusive of fixed fee is $3,541,480. The fixed fee is $354,148. The estimated cost plus fixed fee is $3,895,628.00

(d) Within the estimated cost plus fixed fee specified in paragraphs above, the amount currently obligated and available for reimbursement of allowable costs incurred by the Contractor (and payment of fee) for performance hereunder is:

| | |
|---|---|
| CLIN 001 | $ 642,370 |
| CLIN 002 | $ 280,987 |
| CLIN 003 | $1,976,643 |

The Contractor shall not exceed the aforesaid obligated amount in each CLIN, including any authorized pre-contract award expenses. There is a limitation of funds totaling $2,900,000 under this contract. See the clause entitled Limitation of Funds.

TRN-C-00-03-00054-00

Limitation of Funds - This contract is subject to the FAR clause:

52.232-22 LIMITATION OF FUNDS APR 1984

B.5 INDIRECT COSTS (DEC 1997)

Pending establishment of revised provisional or final indirect cost rates, allowable indirect costs shall be reimbursed on the basis of the following negotiated provisional or predetermined rates and the appropriate bases:

| Description | Rate | Base | Type | Period |
|---|---|---|---|---|
| SSA Fringe Benefits | Negotiated Individually | | | |
| SSA Overhead | 10% | 1/ | 1/ | 1/ |

1/Base of Application: Base Hourly Rate plus Fringe Benefits
Type of Rate: Predetermined and Ceiling
Period: March 2003 through March 2006

The government will not be obligated to pay any additional amount should the final indirect cost rates exceed the negotiated ceiling rates, and in the event the final indirect cost rates are less than the negotiated ceiling rates, the negotiated rates will be reduced to conform with the lower rates.

B.6 COST REIMBURSABLE

The U.S. dollar costs allowable shall be limited to reasonable, allocable and necessary costs determined in accordance with FAR 52.216-7, Allowable Cost and Payment, FAR 52.216-8, Fixed Fee, if applicable, and AIDAR 752.7003, Documentation for Payment. In addition, the Contractor's accounting system shall be reviewed by the government to determine if the contractor's accounting system can accurately differentiate, accumulate, separate and report various cost elements and various contracts in accordance with federal procurement regulation requirements.

## SECTION C - DESCRIPTION / SPECIFICATIONS / STATEMENT OF WORK

### I. Objective and Summary

The objective of this activity is to provide port operation management technical expertise capabilities to ensure that USAID -provided materials and supplies, and other cargoes including urgent food assistance and materials for reconstruction and rehabilitation, flow smoothly through seaports designated by USAID, specifically the Umm Qasr port in Iraq. Umm Qasr port is a critical link in the on-going life-providing assistance being provided to the people of Iraq from a variety of sources. The fundamental objective of this statement of work is to quickly, effectively and safely complete those tasks essential to assess, improve, maintain, and - if necessary - operate Umm Qasr port in support of humanitarian and reconstruction assistance to the people of Iraq. The activity supports USAID and other relief programs and will be carried out through a cost reimbursement (CPFF), level of effort contract of up to twelve months duration with an option for two extensions of up to one year each.

### II. Background

Annually, thousands of tons of USAID-funded (and other) relief and development supplies and materials, including large quantities of food aid, are shipped throughout the world. The logistics of transportation are complex, and many factors determine the extent to which such supplies and materials reach destinations in a timely manner. The costs of inadequacies and constraints in the sea transport system are many, and include increased costs due to delay and deterioration of materials and supplies.

Frequently, destination ports operate inadequately, slowing the flow of goods as transport vessels wait to enter and discharge their loads. Often, more delays occur due to poor logistical management, inadequate equipment and equipment maintenance, poor stevedore management, slow customs clearance, and poor coordination with land transport. Additional constraints may arise, such as poorly marked and maintained harbors, inadequate storage, inadequate fuel bunkering and supply capacities, and poor security. Port management may be the responsibility of the national government, of a local government, of a civil authority, or of the military.

Overall, many of the destination ports for USAID-funded goods operate at levels far below the standards of the International Maritime Organization. Inadequacies of operation may be due to a legacy of neglected maintenance, poor site planning and development, lack of trained management, inadequate supporting infrastructure, such as electricity, or inappropriate and overly-restrictive local regulations and procedures. In instances of local or regional conflict, port operations may be greatly constricted or simply halt, greatly impeding the flow of incoming materials and supplies.

The purpose of this activity is to provide USAID with a capability to improve port management and operations so that the flow of USAID-funded and other goods is adequate and as unimpeded as feasible at the Umm Qasr, Iraq port. This capability requires assessment of the port, development of plans to overcome port-imposed constraints, and the provision of technical and other assistance needed to ensure that the port can manage an adequate flow of through shipment. A USAID infrastructure reconstruction contractor will undertake port dredging and other major repairs to make the port operational. Since in the instance of local or regional

conflict, the Umm Qasr port may fail to be operational, the capability to be provided under this statement of work includes the direct provision of personnel to manage all aspects of the specified port. As the Umm Qasr port has a number of wrecks, the Contractor will need to coordinate with the U.S. Navy and other parts of the U.S. Government, as necessary, as well as with appropriate local pilots in locating and identifying such wrecks with suitable maritime buoys and marker. The overall activity will be undertaken in support of and in cooperation with national or local authorities. Where operations have been directly under the management of the Contractor, the activity will include plans and assistance for a transition from Contractor management back to national or local management.

Implementation in Iraq will not take place until a permissive environment is available and USAID has instructed the contractor to proceed. Currently there are several statutory restrictions on assistance to Iraq. No assistance under this contract shall be provided to Iraq until USAID has determined that it is consistent with US foreign policy and permitted by law. Until such determination, the contractor may only perform work in preparation for the tasks described hereunder. In addition, the contractor is subject to the requirements of the Office of Foreign Assets Control (OFAC) and is responsible for compliance with all applicable UN sanctions against Iraq.

## III. Statement of Work

The Contractor shall provide assistance in the following areas:

A. Technical and other assistance to assess and plan implementation of port improvements, including site improvements, harbor marking and management, cargo unloading and storage, labor management, transport improvement, customs clearance, security, and many other aspects of port operations.

B. Technical and other assistance to directly operate part or all of the Umm Qasr, Iraq port, at least to the minimal extent required to ensure the adequate throughput of USAID-funded and other cargoes and emergency supplies and developmental materials.

The assistance to be provided is further described in the tasks below.

<u>**Special Security Conditions**</u>: **U.S. Citizenship is required of KEY persons selected to perform under classified portions of this Contract**. At a minimum an "Interim Secret" personnel security clearance issued by the Department of Defense will be required before the issuance of a USAID/RRB Badge or permission to proceed to Post is granted. USAID/SEC will be responsible for validating security clearances of all proposed/selected contractors and will work with the Facility Security Officer of the selected company to transmit security clearance data to U.S. Officials abroad where access to restricted sites and/or facilities is necessary to accomplish the task(s) outlined in this SOW. No classified information will be provided to the contractor for the purpose of review, work, or storage at the contractor's facility. All access will occur at the Government's facility either within the U.S. or overseas.
No duplication or retransmission of Classification National Security Information is permitted by the contractor without written authorization from the CTO. Any public release of information

regarding this award must be approved in advance of release by the CTO (refer to Section H.10 of this contract for specific security guidance).

Implementation in Iraq shall not take place until a permissive environment exists and USAID instructs the contractor to proceed. Currently there are several statutory restrictions on assistance to Iraq. No assistance under this contract shall be provided to Iraq until USAID has determined that it is consistent with U.S. foreign policy and permitted by law. In particular, the contractor shall not proceed with any payments to local consultants until instructed by USAID. In addition, the contractor is subject to the requirements of the Office of Foreign Assets Control (OFAC), certain other U.S. Government rules and regulations, as well as compliance with all applicable UN sanctions against Iraq.

**Tasks and Activities**

**1. CLIN 001 Preparation of Port Management Assessment:** It is expected that the contractor will perform port assessments quickly, with a focus on prioritizing those issues and recommendations most directly required to meet the needs of the transport of USAID-funded and other relief and rehabilitation materials and supplies. Desirable but not priority port operational improvements shall be included only when they have the potential to impact negatively on the adequate flow of USAID-funded and other critical materials and supplies. Initial port assessment should include an executive summary, a concise background of existing status and conditions, a concise description of constraints (particularly those that may impede the adequate flow of USAID-funded materials and supplies), and a concise set of recommended solutions to priority constraints. Areas needing further inquiry should be identified provided they have a reasonably direct bearing on improving specific port management to meet USAID needs. Initial port assessment should include an illustrative but reasonably accurate budget for priority improvements and, as feasible, present expenditure options related to increased levels of port improvement. Initial port assessment should also include a brief work plan, with identification of personnel and material resources required, to undertake priority improvements and operations in the most expeditious manner feasible.

It is expected that the assessment of Umm Qasr port shall be carried out, including preparation of a draft assessment report, within a maximum of two weeks by a team of qualified personnel together with support staff. The Contractor will provide the draft port assessment to the CTO. USAID will provide verbal and written comments to the Contractor within five working days of receipt of the draft port assessment. USAID comments and the additional contractor responses shall be included in the Contractor's final report.

The following systems shall be evaluated, as feasible and necessary, with respect to current and possible future performance of the port. The contractor may add to this list as necessary:

Current status
Maximum Draft, Load Lines, Zones and Dates
Current Security Situation
Location and Entrances
General Overview

Maximum vessel length and draft
Channel Descriptions, markers, anchorage locations lengths, widths and depths
Anchorage, Locations, Depths, Number of vessels accommodated
Tidal Range and Flow
Charts, Buoys, beacons and landmarks
Restrictions and dangers to vessels
Berths/Piers Descriptions - Type, Length, Depth, Handling Facilities and Equipment, Storage, Condition of the Berths and Piers
Types of Cargo Handled
Repair and Docking Facilities
History of recent port developments and improvements
Weather
Tugs
Bunker Facilities
Communications
Pilots
Security
Fire and Rescue
Fresh Water
Medical Facilities
Transport Systems and Intermodal Access
Cargo clearance systems and officials
Analysis of port geometry for operations and vessels services
Vessel services capability
Buildings, Structures, sheds, warehouse, refrigeration
Power supplies, distribution and electrical systems
Communications - Equipment and condition. Effectiveness
Other utilities - water, wastewater, HVAC, storm drainage, and ancillary utilities, systems and equipment, Vehicles, Compressed air and hydraulic systems.
Military and civil port controls, communications and command systems
Site, approach and operations security
Personnel requirements and costs for current and potential operations - efficiency and effectiveness. Compliance with safety standards.
Port and vessels maintenance equipment and facilities, record keeping, costs for current and potential operations
Emergency response (fire, rescue) capability and plan
Fuel bunker storage, supply handling and conditions
Cargo storage and handling
Office space, equipment and security
Port operations and administration issues
Port site plan and approach information
Access Roads and Rail. Airports
Fire protection
Hazardous Materials, Dangerous Goods handling record keeping and storage
Classified Storage
Weather operation capability and meteorological systems

Waste, refuse and hazardous materials handling and disposal
Current Environmental conditions and surface cleanup requirements.
Cargo storage and handling
Local trucking, handling capabilities, capacity and logistics
Personnel housing and food services
Evaluation of external conditions and systems that may have an impact on the port and its operations
Evaluation of expenditure options proposed - Recommended priorities

**2. CLIN 002 Planning Implementation of Port Management Improvements**:
Concurrent with the completion, and approval by USAID, of an initial port assessment for Umm Qasr, the Contractor will proceed to plan the implementation of USAID-approved port improvements. The Contractor shall prepare an adequately detailed work plan, together with the details, personnel requirements, material needs and specifications, implementation method, training needs, and budget for the work to be undertaken. This plan shall be submitted to USAID for review, comment, and approval within one week of completion of the port assessment.

*The Contractor shall include in the plan a calculation of estimated monthly fuel requirements for up to one year of program implementation.* The fuel estimate shall be submitted with the work-plan.

Work plans for port improvement must give priority to the most immediate improvements required to facilitate the adequate flow of USAID-funded and other relief materials, supplies, and commodities. The Contractor will work closely with the USAID Contractor undertaking infrastructure repairs and construction (i.e. dredge). The quantity and quality of proposed improvements should be linked to the quantity and type of USAID-funded and other relief materials, supplies and commodities likely to be shipped through the port. The work plan should, as feasible and needed, provide options with respect to the amounts and types of improvements to be made as they relate to the amounts and types of materials, supplies, and commodities that could be shipped through the port. Desirable improvements of secondary priority may be set out in the plan, but these should be restricted to those most directly linked to facilitating the flow of USAID-funded and other materials through the port. As required, work plans should identify steps to be taken, along with material and training needs to strengthen national or local management of port improvements in a sustainable manner.

No actual port improvement work shall be undertaken without written USAID approval of the work plan.

**3. CLIN 003 Direct Operation of the Port**
From time to time, and especially in the instance of local or regional conflict, it may be in the interest of the US Government that part or all of the Umm Qasr port be managed directly by the Contractor. The contractor shall be prepared to accept this task within four weeks of contract inception. As required, USAID will facilitate transfer of authority over the port from national or local agencies to the Contractor. It is expected that direct operations of the port will occur only on an emergency basis and that direct operations will continue for an unspecified period of time

until a transition of authority returns control to national or local agencies. In such instances, the Contractor may be required to carry out CLINs 001 and 002 above, along with this CLIN, as quick-response emergency tasks that may need to be coordinated with military authorities.

**Preparedness Planning**

The Contractor shall produce a prototype plan for the immediate assumption of port management and operations and assume that the Contractor will be required to provide most, if not all, management elements of port operation. The plan should focus on those elements of port improvement and management required to meet USAID needs, especially those related to expeditiously opening a port to shipping, docking and offloading shipped materials, storage, and transfer to land transport. The plan should identify the personnel, equipment, and material requirements needed to operate the port and the local personnel and resources available to operate the port. It should identify and schedule any elements of additional assessment of port status that may need to be undertaken. It should include several scenarios for several different levels of intervention (e.g., part of the port, all of the port, a potential need to clear channels and repair or replace equipment, mobilize different types of personnel, install control systems, etc.) and forecast the length of time required under each scenario to achieve minimal shipping capability and a gradual increase in capacity to reach maximum shipping throughput. The Contractor should assume that the port and port area will be reasonably secure, particularly within a certain defined perimeter, and that there will be a need to coordinate activities with military security and military logistics staff. The plan shall identify key Contractor personnel required and immediately available to undertake implementation of emergency port operational management, and forecast the schedule on which all necessary personnel could be deployed.

Port operations that must be included in the plan include the following broad functions for handling cargoes and loading and unloading vessels:

Documentation and reports of expected and actual import and export shipments - conveyance and cargo arrivals - into and out of the port.
Tracing of inward carriage. Customs and export clearance.
Railcar and truck loading and unloading.
Cargo processing and handling for ocean shipment.
Sorting, consolidation, storage and inspection of cargoes.
Berthing plans and assembly of cargo for loading vessel.
Documentation handling - transfer of possession to carrier.
Handling cargo to ship's side and/or lifting cargo over vessel rail.
Harbor Master duties
Tracing of vessel arrivals and cargo. Berthing plans
Plans and resources for receiving and sorting cargo from vessels
Documentation handling - transfer of possession from carrier
Checking and inspecting inbound cargo
Sorting cargo or reassemble for storage or distribution
Loading out railcars and trucks
Customs, inspection and other inbound clearance procedures
Provide operational orders and sailing orders to port managers, carriers, masters, stevedores and port agents

Plan all cargo handling and stowage
Planning and supervision of stevedoring
Individual, crew, cargo and vessel security
Providing Pilot manager and Master information
Ship bunkering and supply operations
Facilities and equipment procurement and maintenance
Documentation and handling of crews (stevedoring and vessel)
Hazardous Materials and perishable cargo handling

*The Contractor shall develop the plan within three weeks of the start date of this contract. The Contractor shall calculate and submit to USAID estimated monthly fuel requirements for up to one year with the implementation plan.*

**CLIN 003 Direct Port Operation and Management**
When directed to assume management of port operations, it is expected that the Contractor would be prepared to begin implementing the Preparedness Plan described above. It is recognized that the Contractor may be required to carry out certain elements of CLIN 001 and CLIN 002 above in order to implement the preparedness plan and begin to operate the port at a minimal level. The Contractor shall make every feasible effort to shorten the period for preparing an initial assessment and work plan for improvement, with a goal of identifying all needed materials, personnel, budget needs, and implementation plan within 10 working days of contract inception. The assessment of port status (CLIN 001) and work plan for implementing port improvements (CLIN 002) shall be linked to the most critical priorities for achieving the maximum needed port operation capacities as rapidly as feasible.

It is probable that the Contractor will need to operate, and perhaps to provide, some or many of the aspects of port management described in the list at CLIN 001 and 002 above.

Financing Port Operations: In the event that USAID directs the contractor to manage and operate the port, start up funds and working capital to begin implementation of the operation plan shall be provided by USAID. Start up capital shall be provided to cover initial facility and equipment replacement and repair as proposed by the contractor and approved by USAID from the port assessment, improvement plan and operational plan. Start up working capital shall be provided to cover initial operation of the port. After port operations begin, working capital for labor, facilities and equipment operation and maintenance, port overhead and contractor profits shall be obtained from fees and charges to carriers and cargo owners. USAID shall approve the fee and charge schedule and the level of contractor profit from operations. The contractor shall present USAID with monthly financial statements outlining the costs, revenues and profits from operations. The contractor shall maintain separate bank account(s) and records regarding port costs and revenues under this contract. To the extent that revenues exceed costs and negotiated maximum profit margin or level, USAID shall determine the use of any remaining funds in the port operation accounts.

**A Full Range of Vessel Access and Departure Services:** clear channels for vessels carrying wet and dry cargoes; buoys, markings, lights, pilot service, and other aids as required for at least minimally safe and adequate navigation, anchoring, and passage to docks; and other facilities

and services required to enable vessels to access and depart the port in a reasonably smooth and orderly manner.

**A Full Range of Cargo Handling Services:** manifest, cargo, and other needed inspection services; docking facilities; unloading and loading equipment and labor for wet and dry cargoes; document preparation, handling, and retention for incoming and outgoing shipments; transport of cargo to land transport or storage facilities. This function may include customs-like services.

**A Full Range of Storage Facilities and Facilities for Onward Transport:** facilities for storage of fuel for vessels and vehicles, including vehicles used in land transport; facilities for storage of other wet materials; storage for dry materials; storage for hazardous materials, and storage for containerized, non-containerized, and other materials. It is not expected that storage facilities in general will hold shipments for lengthy periods of time. The storage and onward shipment of goods should be planned to be on the basis of a reasonably rapid throughput, and should permit adequate transfer to onward truck, rail, and air transport systems.

**Coordination with Military and Civil Authorities:** the Contractor will be responsible for coordinating port operation with appropriate national, local, and US military and civilian authorities and contractors. USAID will facilitate this function.

**Security:** the Contractor will be responsible for providing security for all aspects of port operation within the port perimeter. This function is likely to be provided in liaison with and coordination with appropriate national, local, and US military and police functions.

**Transition:** The Contractor will be responsible for planning the transition of return of port control to national or local agencies, civil or military, and for implementing the transition plan. To carry out this function, the Contractor is expected to identify training, equipment, and other needs to enable the return of adequate national or local agencies, and to carry out such activities, including providing a continuing program of technical assistance as required and agreed by USAID.

Other port operations and management functions as may be directed by USAID.

The Contractor shall undertake the direct operation of ports only as directed by USAID.

**IV. Deliverables**

Port Assessments: a port assessment will be required, as described in CLIN 001.

Detailed Work Plans for Port Operation and Improvement: a minimum of two such plans will be required, as described in CLIN 002.

Preparedness Plan: one plan, as described in CLIN 003.

Direct Port Operations and Management Monthly Reports: as directed by USAID.

## V. Evaluation of Project Status

USAID will conduct an internal assessment of project results and annual status prior to the end of each six month period of project implementation, and provide the results of that assessment in writing to the Contractor.

## VI. Reporting Requirements

The Contractor will submit a monthly report to USAID specifying progress achieved according to the work plan, highlighting monthly achievements, and noting activities planned for the next month. Port operation costs, revenues and profits shall be provided with broad category detail provided. Contractor accrued expenses shall be reported for the month. Unless otherwise agreed to by USAID, the report shall be submitted to USAID within 5 working days after the end of each month.

## VII. Personnel

It is anticipated that to carry out the tasks described herein, the Contractor will engage and retain appropriate professional and support personnel as described in the following functional labor categories. It is anticipated that significant amounts of international travel will be required.

The contractor shall designate a Senior Project Manager and support staff for all contract activity. USAID approval of proposed staff and staffing pattern is required. For CLIN 003 - Port Operations - the government estimates the following key position manager requirements for direct port operations. The contractor may propose a different mix of managers for CLIN 003 port operations. They shall perform the above tasks, under the control of USAID and the contractor's Senior Project Manager (KEY):

Operations Director (KEY)
Terminal Manager(s) - Overall port management and relations with vessel masters.
Receiving Manager - Working with cargo title owners and carriers to get cargo into the port for loading vessels. Inspect, count and measure cargoes. Dock receipts.
Delivery Manager - Working with cargo title owners and their carriers, transferring cargo from the port area. Inspect, count and measure cargoes - Delivery receipts.
Stevedore Manager - Vessel loading and unloading operations.
Facilities and Equipment Manager
Safety / Environmental Manager - Safety and security of individuals, cargo and vessels -Public Health.
Warehouse Manager - Transit sheds, warehouses and cargo control at the port
Executive Manager - Administration, Records, Timekeeper, Clerical, Financial, Documentation, Labor relations and Procurement.
Harbor and Vessel Manager - Harbor ship movements, vessel services, fuel, barges, fresh water, inspections.
Dry dock Manager - If appropriate.

Deployment will not occur until a secure environment is available. The Contractor will be responsible for providing communications equipment compatible with USG frequencies, vehicles for staff equipped with GPS transmitters, and full support for in-country staff. It should

be noted that USAID will be providing direct compensation to locally-hired consultants, defined as professionals who had been nominally the employees of the former regime, but who are now unemployed as a result of conflict, through a separate contract. This support is intended to ensure that essential services that were undertaken by the former regime are maintained. The contractor shall nominate individual professionals that will assist with port operations and be compensated through the separate contract.

produced or submitted. The CTO listed in Section G has been delegated authority to inspect and accept all services, reports and required deliverables or outputs.

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER<br>DATE | TITLE | |
|---|---|---|
| | FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1) | |
| 52.242-16 | STOP-WORK ORDER--FACILITIES | AUG 1989 |
| 52.242-16 | STOP-WORK ORDER - with Alternate 1 | AUG 1989 |

### F.2 LEVEL OF EFFORT

(a) The contractor shall devote the below person-hours level of effort of direct employee, consultant, or subcontractor labor for the period specified in the clause, Period of Performance. This total level of effort is organized by labor category below.

(b) The number of person-hours for any labor category may be used in any other labor category, subject to the prior written approval or direction of the CTO. Once the level of effort has been fully expended, this contract is complete.

(c) The level of effort by labor category for the base period is:

CLIN 001- For all labor categories 2,880 hours.

CLIN 002 - For all labor categories 1,260 hours.

CLIN 003 -

| | |
|---|---|
| Senior Project Manager | 2080 hours |
| Operations Director | 2080 hours |
| Harbor and Terminal Director | 2080 hours |
| 3 Ship Superintendent | 6240 hours |
| Receiving Manager | 2080 hours |
| Delivery Manager | 2080 hours |
| Facilities and Equipment Director | 2080 hours |
| Administration Manager | 2080 hours |

| | |
|---|---|
| Safety and Environmental Director | 2080 hours |
| Operations Communications Expert | 2080 hours |
| Total | 24,960 hours |

(d) The level of effort by labor category for the first option period is:

CLIN 003 -

| | |
|---|---|
| Senior Project Manager | 2080 hours |
| Operations Director | 2080 hours |
| Harbor and Terminal Director | 2080 hours |
| 3 Ship Superintendent | 6240 hours |
| Receiving Manager | 2080 hours |
| Delivery Manager | 2080 hours |
| Facilities and Equipment Director | 2080 hours |
| Administration Manager | 2080 hours |
| Safety and Environmental Director | 2080 hours |
| Operations Communications Expert | 2080 hours |
| Total | 24,960 hours |

(e) The level of effort by labor category for the second option period is:

CLIN 003 -

| | |
|---|---|
| Senior Project Manager | 2080 hours |
| Operations Director | 2080 hours |
| Harbor and Terminal Director | 2080 hours |
| 3 Ship Superintendent | 6240 hours |
| Receiving Manager | 2080 hours |
| Delivery Manager | 2080 hours |
| Facilities and Equipment Director | 2080 hours |
| Administration Manager | 2080 hours |
| Safety and Environmental Director | 2080 hours |
| Operations Communications Expert | 2080 hours |
| Total | 24,960 hours |

## F.3 PERIOD OF PERFORMANCE

The period of performance for this contract is up to twelve months beginning March 22, 2003 and continuing through March 21, 2004. The period of performance for option periods, if any, is:

| | |
|---|---|
| OPTION PERIOD 1 | March 22, 2004 to March 21, 2005 |
| OPTION PERIOD 2 | March 22, 2005 to March 21, 2006 |

Special security conditions and responsibilities apply to all persons working on classified portions of this contract.

B. The personnel specified above are considered to be essential to the work being performed hereunder. Prior to replacing any of the specified individuals, the Contractor shall immediately notify both the Contracting Officer and USAID Cognizant Technical Officer reasonably in advance and shall submit written justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program. No replacement of personnel shall be made by the Contractor without the written consent of the Contracting Officer.

### F.7 SUBMISSION OF DEVELOPMENT EXPERIENCE DOCUMENTATION TO PPC/CDIE/DI

USAID contractors must submit one electronic and/or one hard copy of development experience documentation (electronic copies are preferred) to the Development Experience Clearinghouse at the following address.

Development Experience Clearinghouse
1611 N. Kent Street, Suite 200
Arlington, VA 22209-2111

Telephone Number 703-351-4006, ext. 100
Fax Number 703-351-4039
E-mail: docsubmit@dec.cdie.org
http://www.dec.org

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1 AIDAR 752.7003 DOCUMENTATION FOR PAYMENT (NOV 1998)

(a) Claims for reimbursement or payment under this contract must be submitted to the Paying Office indicated in the schedule of this contract. The cognizant technical officer (CTO) is the authorized representative of the Government to approve vouchers under this contract. The Contractor must submit either paper or fax versions of the SF-1034--Public Voucher for Purchases and Services Other Than Personal. Each voucher shall be identified by the appropriate USAID contract number, in the amount of dollar expenditures made during the period covered.

(1) The SF 1034 provides space to report by line item for products or services provided. The form provides for the information to be reported with the following elements:

Total Expenditures

[Document Number: XXX-X-XX-XXXX-XX]

| Line Item No. | Description | Amt. Vouchered. to date | Amt. vouchered this period |
|---|---|---|---|
| 001 | Product/Service Desc. for Line Item 001 | $XXXX.XX | $ XXXX.XX |
| 002 | Product/Service Desc. for Line Item 002 | XXXX.XX | XXXX.XX |
| Total | | XXXX.XX | XXXX.XX |

(2) The fiscal report shall include the following certification signed by an authorized representative of the Contractor:

The undersigned hereby certifies to the best of my knowledge and belief that the fiscal report and any attachments have been prepared from the books and records of the Contractor in accordance with the terms of this contract and are correct: the sum claimed under this contract is proper and due, and all the costs of contract performance (except as herewith reported in writing) have been USAID, or to the extent allowed under the applicable payment clause, will be USAID currently by the Contractor when due in the ordinary course of business; the work reflected by these costs has been performed, and the quantities and amounts involved are consistent with the requirements of this Contract; all required Contracting Officer approvals have been obtained; and appropriate refund to USAID will be made promptly upon request in the event of disallowance of costs not reimbursable under the terms of this contract.

BY: ______________________________

TITLE: ______________________________

DATE: ______________________________

(b) Local currency payment. The Contractor is fully responsible for the proper expenditure and control of local currency, if any, provided under this contract. Local currency will be provided to the Contractor in accordance with written instructions provided by the Mission Director. The written instructions will also include accounting, vouchering, and reporting procedures. A copy of the instructions shall be provided to the Contractor's Chief of Party and to the Contracting Officer. The costs of bonding personnel responsible for local currency are reimbursable under this contract.

(c) Upon compliance by the Contractor with all the provisions of this contract, acceptance by the Government of the work and final report, and a satisfactory accounting by the Contractor of all Government-owned property for which the Contractor had custodial responsibility, the Government shall promptly pay to the Contractor any moneys (dollars or local currency) due under the completion voucher. The Government will make suitable reduction for any

(g) The USAID Office of Security will issue RRB facility passes to individual contractor representatives/employees upon receipt and verification of the security data contained in the "Visit Authorization Request". The contractor must ensure that any passes issued are returned upon termination of employment or completion of the contract, whichever occurs first."

## PART II - CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

### I.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE<br>FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1) | DATE |
|---|---|---|
| 52.202-1 | DEFINITIONS | DEC 2001 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JUN 1997 |
| 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER | AUG 2000 |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | JUL 1995 |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION ALTERNATE I (OCT 1995) | Jan 1997 |
| 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT | OCT 1997 |
| 52.216-7 | ALLOWABLE COST AND PAYMENT | FEB 2002 |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES | FEB 1997 |
| 52.222-3 | CONVICT LABOR | AUG 1996 |
| 52.222-19 | CHILD LABOR - COOPERATION WITH AUTHORITIES AND REMEDIES | SEP 2002 |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | FEB 1999 |
| 52.222-38 | COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS | DEC 2001 |

| | | |
|---|---|---|
| 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW | APR 1996 |
| 52.223-10 | WASTE REDUCTION PROGRAM | AUG 2000 |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | JUL 2000 |
| 52.228-7 | INSURANCE--LIABILITY TO THIRD PERSONS | MAR 1996 |
| 52.232-17 | INTEREST | JUN 1996 |
| 52.232-20 | LIMITATION OF COST | APR 1984 |
| 52.232-22 | LIMITATION OF FUNDS | APR 1984 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.233-1 | DISPUTES<br>ALTERNATE I (DEC 1991) | 7/02 |
| 52.233-3 | PROTEST AFTER AWARD<br>ALTERNATE I (JUN 1985) | AUG 1996 |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION | APR 1984 |
| 52.237-8 | RESTRICTION ON SEVERANCE PAYMENTS TO FOREIGN NATIONALS | OCT 1995 |
| 52.237-9 | WAIVER OF LIMITATION ON SEVERANCE PAYMENTS TO FOREIGN NATIONALS | OCT 1995 |
| 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS | APR 1984 |
| 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS | MAY 2001 |
| 52.242-4 | CERT. OF FINAL INDIRECT COSTS | JAN 1997 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-2 | CHANGES--COST-REIMBURSEMENT<br>ALTERNATE IV (APR 1984) | AUG 1987 |
| 52.244-2 | SUBCONTRACTS<br>ALTERNATE II (AUG 1998) | AUG 1998 |
| 52.244-5 | COMPETITION IN SUBCONTRACTING | DEC 1996 |
| 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS | MAY 2002 |
| 52.248-1 | VALUE ENGINEERING | FEB 2000 |
| 52.249-6 | TERMINATION (COST-REIMBURSEMENT) | SEP 1996 |
| 52.253-1 | COMPUTER GENERATED FORMS | JAN 1991 |
| 752.202-1 | DEFINITIONS | |
| 752.211-70 | LANGUAGE AND MEASUREMENT | JUN 1992 |
| 752.225-70 | Source, Origin, and Nationality Requirements | FEB 1997 |
| 752.225-71 | Local Procurement | FEB 1997 |
| 752.226-2 | SUBCONTRACTING WITH DISADVANTAGED ENTERPRISE | APR 1997 |
| 752.226-3 | LIMITATIONS ON SUBCONTRACTING | JUN 1993 |
| 752.228-7 | INSURANCE-LIABILITY TO THIRD PERSONS | |
| 752.228-70 | MEDICAL EVACUATION (MEDVAC) SERVICES | MAR 1993 |
| 752.242-70 | PERIODIC PROGRESS REPORTS | JUL 1998 |
| 752.7001 | BIOGRAPHICAL DATA | JUL 1997 |
| 752.7002 | TRAVEL AND TRANSPORTATION | JAN 1990 |
| 752.7006 | NOTICES | APR 1984 |
| 752.7007 | PERSONNEL COMPENSATION | JUL 1996 |
| 752.7008 | USE OF GOVERNMENT FACILITIES OR PERSONNEL | APR 1984 |
| 752.7010 | CONVERSION OF U.S. DOLLARS TO LOCAL CURRENCY | APR 1984 |
| 752.7011 | ORIENTATION AND LANGUAGE TRAINING | APR 1984 |
| 752.7013 | CONTRACTOR-MISSION RELATIONSHIPS | OCT 1989 |
| 752.7014 | NOTICE OF CHANGES IN TRAVEL REGULATIONS | JAN 1990 |
| 752.7015 | USE OF POUCH FACILITIES | JUL 1997 |
| 752.7025 | APPROVALS | APR 1984 |
| 752.7028 | DIFFERENTIALS AND ALLOWANCES | JUL 1996 |
| 752.7029 | POST PRIVILEGES | JUL 1993 |
| 752.7033 | PHYSICAL FITNESS | JUL 1997 |