# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING: N/A | PAGE OF PAGES: 1

2. CONTRACT NUMBER:
3. SOLICITATION NUMBER: USAID TRN-03-009
4. TYPE OF SOLICITATION: [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)
5. DATE ISSUED: February 12, 2003
6. REQUISITION/PURCHASE NUMBER:

7. ISSUED BY CODE
US Agency for International Development
Office of Procurement, Room 7.09.40
1300 Pennsylvania Ave., N.W. Room 7.09.40
Washington, D.C. 20523
Attn.

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 3 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Room 7.09.40 Ronald Reagan Building. See Address in Blk. 7 until 1600 (Hour) local time 02/19/03 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All Offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME | B. TELEPHONE (NO COLLECT CALLS) AREA CODE 202 NUMBER 712- EXT. | C. E-MAIL ADDRESS @USAID.GOV Fax: 202 216-

11. TABLE OF CONTENTS See Attached Table of Contents

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTR., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NUMBER — AREA CODE | NUMBER | EXT.

[ ] 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED
20. AMOUNT
21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(a) ( ) [X] 41 U.S.C. 253(c) (2 )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE
Office of Financial Management
US Agency for International Development
1300 Pennsylvania Ave., N.W. 7th Floor
Washington, D.C. 20523
Attn. Payment Branch

26. NAME OF CONTRACTING OFFICER (Type or print)
Division Chief, M/OP/EER

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

STANDARD FORM 33 (REV. 9-97)

intention to serve in the stated position and their present availability to serve for the term of the proposed contract.

## L.8 INSTRUCTIONS FOR THE PREPARATION OF THE COST PROPOSAL

**COST PROPOSAL INFORMATION**

The offeror shall submit an **Original and three copies of a Cost/Business Management Proposal consisting of the following:**

*(Offerors shall organize their Cost/Business Management Proposals in the following manner.)*

**Part 1** **Standard Form (SF) 33**

**Part 2** **Labor Cost and level of effort** for each of the individuals proposed for performance on this contract.

**Part 3** **Fringe Benefit Information** (prime/subcontractors)

**Part 4** **Indirect Cost Information (i.e., NICRA or Auditied Financial Statements)** (prime/subcontractors)

(i) The offeror and each proposed major subcontractor shall submit a complete copy of its most current Negotiated Indirect Cost Rate Agreement or other documentation from its cognizant Government Audit Agency, if any, stating the most recent final indirect cost rates. The proposal shall also include the name and address of the Government Audit Agency and the name and telephone number of the auditor.

(ii) If the offeror or any major subcontractor does not have a cognizant Government Audit Agency , audited balance sheets and profit/loss statements for the last two complete fiscal years and the current year-to-date statements (or lesser period of time if the offeror is a newly-formed organization) must be included in the ;proposal. The profit and loss statements should include detail of the total cost of goods and services sold, including a listing of the various indirect administrative costs and be supplemented by information on the prime contractor's customary indirect cost allocation method, together with supporting computation of the basis for the indirect cost rate(s) proposed.

(iii) Unless the offeror's and each major subcontractor's NICRA contains a fringe benefit rate(s), the rate(s) proposed shall be supported by a detailed breakdown comprising each item of

fringe benefits (i.e. unemployment insurance, retirement, worker compensation, etc.) and the costs of each expressed in dollars and as a percentage of salaries.

**Part 5** **Other Direct Costs -** (prime/subcontractors) – The offeror and each major subcontractor shall include any per diem costs, housing allowance, travel costs, supplies, etc. for performance of this contract.

**Part 6** **Profit** (prime/subcontractors) – The offeror and each major subcontractor shall include the profit / fee proposed for this effort.

**Part 7** **Operations Financing Plan** (prime) – The offeror shall submit include a statement of your agreement with the CLIN 003 operations financing plan -- USAID will provide start up financing, working capital and operating working capital, overhead and profit for the contractor covering initial start-up costs, and the contractor shall generate future port working capital, overhead and profit from port fees and charges.

**Part 8** **Established Policies and Procedures Information (including Concerning Work-Day, Work-Week, and Paid Absences)** (prime/subcontractors) – The offeror and each major subcontractor shall submit a copy of its personnel policies, especially regarding salary and wage scales, fringe benefits, merit increases, promotions, leave, differentials, travel, and perdiem regulations, etc. This information is not required if the offeror has prior Federal government contracting experience.

**Part 9** **Representation, Certifications, and Other Statements of Offerors (See Section K)** (prime/subcontractors) - The offeror and each major subcontractor shall complete Section K, Representations, Certifications, and Other Statements of Offeror" and sign and date on the last page in the space provided.

**Part 10** **Evidence of Responsibility** (prime/subcontractors)

The offeror shall submit evidence of responsibility for the Contracting Officer to make an affirmative determination of responsibility pursuant to the requirements of FAR 9.104-1. In the absence of sufficient evidence for the Contracting Officer to

PL. APP. 42



# SSA

# USAID
# Port Solicitation TRN-03-009
# Cost Proposal

February 24, 2003

Part 1

Part 2

Part 3

Part 4

**PART 2 LABOR COST AND LEVEL OF EFFORT**

**CLIN 003**

| TITLE | PERSON ASSIGNED | DIRECT HOURLY WAGE | POST DIFFERENTIAL 20% | DANGER PAY 25% | HOURLY STANDARD FRINGE BENEFITS | INDIRECT COSTS (OVERHEAD) | TOTAL HOURLY COST | (LEVEL OF EFFORT) ESTIMATED HOURS | TOTAL ESTIMATED HOURLY COST |
|---|---|---|---|---|---|---|---|---|---|
| Sr. Project Manager | Kevin Leonard | $64.00 | $12.80 | $16.00 | $0.00 | $6.40 | $99.20 | 2080 | $206,336.00 |
| Operations Director | Fergus Moran | $64.00 | $12.80 | $16.00 | $20.24 | $8.42 | $121.46 | 2080 | $252,645.12 |
| Harbor & Terminal Director | unassigned at this time | $64.00 | $12.80 | $16.00 | $20.03 | $8.40 | $121.23 | 2080 | $252,164.64 |
| Ship Superintendent | unassigned at this time | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2080 | $167,665.68 |
| Ship Superintendent | unassigned at this time | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2080 | $167,665.68 |
| Ship Superintendent | unassigned at this time | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2080 | $167,665.68 |
| Receiving Manager | unassigned at this time | $33.65 | $6.73 | $8.41 | $11.20 | $3.37 | $63.36 | 2080 | $131,783.60 |
| Delivery Manager | unassigned at this time | $33.65 | $6.73 | $8.41 | $11.20 | $3.37 | $63.36 | 2080 | $131,783.60 |
| Facilities & Equipment Director | unassigned at this time | $51.44 | $10.29 | $12.86 | $14.49 | $5.14 | $94.22 | 2080 | $195,981.76 |
| Administration Manager | unassigned at this time | $50.76 | $10.15 | $12.69 | $13.51 | $5.08 | $92.19 | 2080 | $191,751.04 |
| Safety/Environmental Director | unassigned at this time | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2080 | $167,665.68 |
| Operations Comm. Expert | unassigned at this time | $68.72 | $13.74 | $17.18 | $19.74 | $6.87 | $126.25 | 2080 | $262,610.30 |

**PART 3 FRINGE BENEFITS**

**CLIN 003**

| TITLE | PERSON ASSIGNED | HOURLY STANDARD FRINGE BENEFITS |
|---|---|---|
| Sr. Project Manager | Kevin Leonard | $0.00 |
| Operations Director | Fergus Moran | $20.24 |
| Harbor & Terminal Director | unassigned at this time | $20.03 |
| Ship Superintendent | unassigned at this time | $14.47 |
| Ship Superintendent | unassigned at this time | $14.47 |
| Ship Superintendent | unassigned at this time | $14.47 |
| Receiving Manager | unassigned at this time | $11.20 |
| Delivery Manager | unassigned at this time | $11.20 |
| Facilities & Equipment Director | unassigned at this time | $14.49 |
| Administration Manager | unassigned at this time | $13.51 |
| Safety/Environmental Director | unassigned at this time | $14.47 |
| Operations Comm. Expert | unassigned at this time | $19.74 |

| | | |
|---|---|---|
| Underwater Camera: | $55/day X 14 days= | $ 770 |
| Air Tanks: | $40/day X 14 days= | $ 560 |
| Ultrasonic: | $55/day X 14 days= | $ 770 |
| Expendables: | $10/day X 21 days= | $ 210 |
| Mailings: | $50/package X 15 packages= | $ 750 |
| Hotel Laundry: | $50/person/week X 3 weeks X 15 persons | $ 2,250 |
| Bottle Water | 3 bottles/person/day X $1.50/bottle= | $ 1,552 |
| Hotel Faxes | | $ 1,000 |
| Report Preparation | | $15,000 |
| Hotel Phone Calls: | $1,000/week X 3 week= | $ 3,000 |
| Diver Premium: | $75/day X 3 divers X 14 days= | $ 3,150 |
| Film Costs: | $22/roll X 20 rolls= | $ 440 |
| SUB TOTAL | | $150,127 |
| CONTENGENCY (10%) | | $ 15,012 |
| ADMINISTRATION (10%) | | $ 15,012 |
| **TOTAL** | | **$180,152** |

## CLIN 001 & 002 MISCELLENIOUS

$50.00/man/day **$50/person/day**

## CLIN 001 & 002 OTHER OVERHEAD

Legal review, contract maintenance, negotiations for work beyond the scope of the contract, headquarters support of transitional operations logistics, training materials, compliance invoicing, senior management support for employee families while employees stationed in dangerous area, sourcing additional insurance coverage. **$35,000**

## CLIN 003 PER MAN MONTHLY ALLOWENCES (MONTHLY RATHER THAN PER DIEM)

## MODULAR HOUSING & OFFICE

11 (8x40) modules + aircon + generators + sun protection **$3,500/person/month**

## FOOD

Importing food **$ 630/person/month**

## GAS

$90/car/week X 3 cars = $270 X 4 weeks/month = $1,080/12 men = **$ 90/person/month**

## AD&D

$3,500/man/year/12 months = **$ 292/person/month**

## TOTAL MONTHLY

| | |
|---|---|
| Modular Housing & Office | $3,500 |
| Food | $ 630 |
| Gas | $ 90 |
| AD&D | $ 292 |
| SUB TOTAL | $4,512 |
| CONTINGENCY (10%) | $ 451 |
| ADMINISTRATION (10%) | $ 451 |
| TOTAL | **$5,414/person/month** |

## CLIN 003 OTHER OVERHEAD

**Legal review, contract maintenance, negotiations for work beyond the scope of the contract, headquarters support of transitional operations logistics, training materials, compliance invoicing, modular housing design inspection and maintenance, senior management support for employee families while employees stationed in dangerous area, sourcing additional insurance coverage.** **$165,000**

## CLIN 003 OTHER COSTS

| | | |
|---|---|---|
| Purchase 3 SUV's at $30,000 each = $90,000 | | $90,000 |
| Home Leave: | 1 R/T Coach/yr X $2,500/trip X 12 = | $30,000 |
| Regional R&R: | | |
| Airfare: | 3 R/T Coach/yr X$1,800/trip X 12 = | $64,000 |
| Hotel: | $250/night X 6 nights = $1,500/week X 3/man/yr X 12 men = | $54,000 |
| Food: | $60/day X 6 days = $360 X 3/man/yr = $1,080 X 12 men = | $12,960 |
| SUB TOTAL | | $250,960 |
| CONTENGENCY (10%) | | $ 25,096 |
| ADMINISTRATION (10%) | | $ 25,096 |
| **TOTAL** | | **$301,152** |

All additional "Monthly Costs" and "Other Costs" will be included in the CLIN 002 Implementation Plan.

## PART 6 PROFIT

### CLIN 001

SSA's profit for CLIN 001 is $57,236.80

### CLIN 002

SSA's profit for CLIN 002 is $26,823.72

### CLIN 003

SSA's profit for CLIN 003 is $354,148

SSA is willing to accept this 10% of total project cost profit figure for CLIN 003 provided SSA and USAID can come to a mutual agreement on:

1. SSA being able to generate profit from CLIN 003 operations, and
2. the form and or amount of profit SSA can make on operations associated with CLIN 003.(e.g. the form to be either on a per ton handled basis, flat fee or other mutually agreed to form)

## PART 7 OPERATIONS FINANCING PLAN

"Financing Port Operations: In the event that USAID directs the contractor to manage and operate the port, startup funds and working capital to begin implementation of the operational plan shall be provided by USAID. Start up capital shall be provided to cover initial facility and equipment replacement and repair as proposed by the contractor and approved by USAID from the port assessment, improvement plan and operational plan. Start up working capital shall be provided to cover initial operations of the port. After port operations begin, working capital for labor, facilities and equipment operation and maintenance, port overhead and contractor profits shall be obtained from fees and charges to carriers and cargo owners. USAID shall approve the fee and charge schedule and the level of contractor profit from operations. The contractor shall present USAID with monthly financial statements outlining the costs, revenues and profits from operations. The contractor shall maintain separate bank account(s) and records regarding port costs and revenues under this contract. To the extent that revenues exceed costs and negotiated maximum profit margin or level, USAID shall determine the use of any remaining funds in the port accounts."

SSA agrees with this concept based on the following:

- USAID continues to pay for SSA staff costs
- USAID and SSA mutually agree to a business plan outlining forecasted volumes, revenues and costs to agree on the tariffs and profits.
- If there is a 10% or greater drop off in cargo vs. the mutually agreed to forecasts, then USAID and SSA will renegotiate tariff rates to bring the actual P/L more in line with the originally agreed to business plan numbers.
- SSA is not responsible for capex purchases of any equipment nor will the purchase of any equipment, financed and paid for out of working capital, be required to go against SSA's balance sheet.

-----Original Message-----
**From:** Wheelock, Thomas [mailto:TWheelock@usaid.gov]
**Sent:** Sun 10/08/2003 9:29 AM
**To:** 'CHautamaki@aol.com'; Fergus Moran; John Walsh; Dan Flynn
**Cc:** Simms, Deborah
**Subject:** Notes of MOTC meeting, Aug 9

Today I met with Dave Nelson, John Gaughan, and Peter Lennon of MOTC to discuss Umm Qasr Port issues.

1. Support to MOTC: John and Peter will spend significant time at Basra and Umm Qasr dealing with Iraqi Port Authority (IPA) issues. They ask whether USAID may be able to support them with lodging and meals. I will investigate and let them know.

2. Labor at Umm Qasr: We discussed the problem of labor not showing up at the port. John and Mr. Razzak have discussed the issue, and MOTC wants to institute a policy of not paying workers who do not report for work. Mr. Razzak reportedly said that 100 administrative workers are ready to return to work with their computers that they took home to safeguard during the conflict.

3. Role of IPA: Mr. Razzak has told MOTC that he is unsure of his and IPA's status at the port because of the USAID contract and the presence of SSA as port operator. I explained that the contract was originally written when we had no idea of what to expect when SSA arrived at the port.

Now that we know that there is a legally constituted entity owning the port, USAID and SSA are there to support both IPA and MOTC. USAID and MOTC need to work together on tariff, working capital, and capital budget issues. Also MOTC and USAID must evaluate how best to train an Iraqi management team and transition port operations to it.

In order for USAID/SSA to work in close coordination with MOTC and IPA, I suggested that John Gaughan use Craig Hautamaki, USAID Ports Specialist, as his primary point of contact for all issues involving port operations and SSA. Craig and SSA would cooperate fully with MOTC/IPA policy and guidance as long as there was no conflict with provisions of SSA's contract or need for expenditures not approved by the USAID Contract Officer. By MOTC working with the USAID Port



ClaimTable

Specialist, USAID will have confidence that its technical direction of SSA remains in place. Likewise, MOTC will have confidence that its policy and guidance are being executed and that SSA performance in support of that policy is being monitored. MOTC agreed to this process. (see separate email re this topic)

4. Tariff: We discussed the need for MOTC/IPA and USAID/SSA to review and approve the proposed tariff of SSA. This should take place soon because the interim approval period of 90 days will expire in September.

5. Oil loading operations: MOTC has taken a firm stand with the Ministry of Oil against using Umm Qasr for loading/unloading petroleum products. IPA and the Oil Ministry are discussing use of 2-3 berths at Khor az Zubayr as an alternative.

6. Revenues and Fee for SSA: I mentioned that SSA is collecting revenues from port operations and holding them in a special account pending USAID approval of how to spend the funds. As part of any approval process, USAID wants agreement with MOTC/IPA about joint oversight and how to use these funds for port operations and capital improvements. USAID and MOTC/IPA also need to agree on an incentive fee structure for the Port Operator. I reported that SSA intends to propose a fee structure, and we are waiting for that proposal.

7. Infrastructure at the Port: IPA is concerned about having a voice in the infrastructure work by Bechtel at the port. I said that IPA should be part of the acceptance process and that I would instruct USACE accordingly.

Tom Wheelock
USAID InfrastructureTeam
Coalition Provisional Authority
Cell + 1 914 360-6141

# Umm Qasr Port Implementation

USAID CLIN 002

TRN-03-009



## Draft Report

Submitted to
**United States Agency for International Development**

Submitted by
**SSA**
**BERGER/ABAM Engineers Inc.**

**April 2003**

## Port of Umm Qasr - Iraq

### Assessment Report - Estimated Cost of Recommendations

| Item | Report Reference | Description | Estimated Cost US$ | Section Costs US$ | Priority 1 or 2 |
|---|---|---|---|---|---|
| | Dredging | Dredging and Wreck Removal | | | |
| | | River Channel 120 m wide to -11.5 m | 27,000,000 | | 1 |
| | | Face of Berths 1 and 2 to - 12.5 m, Turning Basin and Face of Berths 20 and 21 to -12.5 m, and Face of Berth 10 to - 13.5 m | 27,000,000 | | 1 |
| | | River Channel 120 m wide to -12.5 m | 46,800,000 | | 2 |
| | | TOTAL DREDGING AND WRECK REMOVAL | | 100,800,000 | |
| | Bulk Operation | Berth 10 Grain Elevator | | | |
| | | Grain Elevator Generators | 1,500,000 | | 1 |
| | | Essential Safety Repairs and Training | 100,000 | | 1 |
| | | Grain Elevator Refurbishment | 7,000,000 | | 2 |
| | | Repair Truck Scales | 100,000 | | 1 |
| | | Grain Elevator Spares | 500,000 | | 1 |
| | | Wharf Repairs | 5,250,000 | | 2 |
| | | Dolphin Repairs | 150,000 | | 2 |
| | | Berth 10 Fender Repairs | 950,000 | | 2 |
| | | TOTAL GRAIN ELEVATOR - BERTH 10 | | 15,550,000 | |
| | | Berth 1 & 2 Roncuzzi | | | |
| | | Repair Hoses and Fuel Tank etc | 75,000 | | 1 |
| | | Upgrade Office, Washroom etc | 40,000 | | 2 |
| | | Repair two truck scales | 100,000 | | 1 |
| | | Spare Parts | 400,000 | | 1 |
| | | Trucks, Conveyor, FE Loader | 1,100,000 | | 1 |
| | | Temporary Power | 120,000 | | 1 |
| | | Sanitation & Bird Proofing | 40,000 | | 1 |
| | | Berths 1 and 2 Fender Repairs | 900,000 | | 2 |
| | | TOTAL BERTH 1 & 2 RONCUZZI | | 2,775,000 | |
| | | TOTAL SECTION BULK OPERATION | | 18,325,000 | |
| | Breakbulk Operation | Soft Gear (Slings, Shackles, Nets, etc.) | 150,000 | | 1 |
| | | Fork Lift Trucks 3-5T SWL x 18 Units | 630,000 | | 1 |
| | | Fork Lift Trucks 3-5T SWL x 18 Units | 630,000 | | 2 |
| | | Fork Lift Trucks 7-10T SWL x 4 Units | 300,000 | | 2 |
| | | Fork Lift Trucks 12-15T SWL x 3 Units | 270,000 | | 1 |
| | | Fork Lift Trucks 12-15T SWL x 3 Units | 270,000 | | 2 |
| | | Mobile Harbor Cranes x 2 Units | 5,200,000 | | 2 |
| | | Berth 6,7, and 8 Fender Repairs | 1,250,000 | | 2 |
| | | TOTAL BREAKBULK | | 8,700,000 | |
| | Container Operation | QC Specialist Engineers | 80,000 | | 1 |
| | | QC Generators for Elec Power (2 Units) | 800,000 | | 1 |
| | | Telescopic Spreader - Spare | 125,000 | | 1 |
| | | Consumable Spare Parts - Crane | 750,000 | | 1 |
| | | QC Engineering Documentation | 40,000 | | 1 |
| | | Commissioning Belotti Straddle Carriers | 80,000 | | 2 |
| | | Spare Parts - Strads | 300,000 | | 2 |
| | | Engineering Documentation - Strads | 20,000 | | 2 |
| | | Spare Parts - Tractors, Chassis, Top Picks | 150,000 | | 1 |
| | | Yard Tractors & Chassis - New | 1,000,000 | | 2 |
| | | Berth 5 Fender Repairs | 500,000 | | 2 |
| | | TOTAL CONTAINER OPERATION | | 3,845,000 | |
| | Other Operational Factors | Vehicle Support for Gear Locker | 55,000 | | 2 |
| | | Transload Gear | 60,000 | | 2 |
| | | Portable Light Standards with generator - 8 | 40,000 | | 1 |
| | | Haz Mat Handling Equipment | 85,000 | | 2 |
| | | Medical Clinic Transportation | 100,000 | | 2 |
| | | Busses for Employee Transportation 50% | 140,000 | | 1 |
| | | Busses for Employee Transportation 50% | 140,000 | | 2 |
| | | Ops Vehicles - Pick-Ups x 12 x 50% | 120,000 | | 1 |
| | | Ops Vehicles - Pick-Ups x 12 x 50% | 120,000 | | 2 |
| | | Cafeteria for port employees x 50% | 200,000 | | 1 |
| | | Cafeteria for port employees x 50% | 200,000 | | 2 |
| | | TOTAL OTHER OPS FACTORS | | 1,260,000 | |
| | Warehouses | Weatherproofing x 13 Structures | 65,000 | | 1 |
| | | Weatherproofing x 19 Structures | 95,000 | | 2 |
| | | TOTAL WAREHOUSES | | 160,000 | |
| | Maintenance | Berth 1 & 2 Grain Vacuator Workshop | 40,000 | | 1 |
| | | New Port - Repair of Centralized Workshop | 100,000 | | 1 |
| | | New Port - Workshop Equipment | | | |
| | | Welding Equipment | 20,000 | | 1 |
| | | Vehicle Elevators | 40,000 | | 1 |
| | | Oxy Acetylene Gear | 3,000 | | 1 |
| | | Small Bench Tools | 10,000 | | 1 |
| | | Tire Bay Equipment | 40,000 | | 1 |
| | | Lubrication Dispensing Equipment | 50,000 | | 1 |
| | | Air Compressors | 20,000 | | 1 |
| | | Hand Tools | 100,000 | | 1 |
| | | Electronic Test Equip | 15,000 | | 1 |
| | | HV Test Equipment | 15,000 | | 1 |
| | | Saws | 10,000 | | 1 |
| | | Safety Marine Equipment | 15,000 | | 1 |
| | | Air Conditioning Equip | 15,000 | | 1 |
| | | Pressure Washing Equipment | 10,000 | | 2 |
| | | Ice Maker | 10,000 | | 1 |
| | | Portable Lighting | 10,000 | | 1 |
| | | Hydraulic Jacks | 20,000 | | 1 |
| | | Hydraulic Press 200T | 70,000 | | 2 |
| | | Pneumatic Tools | 8,000 | | 1 |
| | | Lifting and Lashing Gear | 10,000 | | 1 |
| | | Wire Rope Changeout Gear | 10,000 | | 1 |
| | | TOTAL WORKSHOP EQUIPMENT | | 501,000 | |

| Item | Report Reference | Description | Estimated Cost US$ | Section Costs US$ | Priority 1 or 2 |
|---|---|---|---|---|---|
| | | Transport Vehicles | | | |
| | | Mobile Service Vehicle | 16,000 | | 1 |
| | | Tire Service Vehicle | 16,000 | | 1 |
| | | Man Lift Platform | 150,000 | | 1 |
| | | Service Pick-Up Mech x 4 | 64,000 | | 1 |
| | | Service Pick-Up Elec x 4 | 64,000 | | 1 |
| | | Stores Panel Van | 16,000 | | 1 |
| | | Stores Pick-Up Truck | 16,000 | | 1 |
| | | Garbage Collection Vehicle | 0 | | |
| | | Fire Truck | 0 | | |
| | | Fuel Truck | 0 | | |
| | | Sweeper Truck x 2 | 300,000 | | 1 |
| | | Water Bowser | 75,000 | | 1 |
| | | Mobile Crane 45T | 0 | | |
| | | TOTAL TRANSPORT VEHICLES | | 717,000 | |
| | | Standby Generator for Workshop 150kVA | 70,000 | | 1 |
| | | TOTAL MAINTENANCE | | 1,428,000 | |
| | Administration | Refurb and outfitting of Office Accommodation | 750,000 | | 1 |
| | | TOTAL ADMINISTRATION | | 750,000 | |
| | Stores | Berth 1& 2 Spares Stores | 200,000 | | 1 |
| | | Centralized Spare Parts Stores | 3,000,000 | | 1 |
| | | TOTAL STORES | | 3,200,000 | |
| | Transportation | New Port Roadway Repairs and Gate Barriers | 150,000 | | 2 |
| | | Old Port Roadway Repairs and Gate Barriers | 225,000 | | 2 |
| | | Grain Elevator Roadway Repairs | 25,000 | | 2 |
| | | New Port Rail Facilities Repair | 600,000 | | 2 |
| | | Old Port Rail Facilities Repair | 800,000 | | 2 |
| | | Rail Facility Repair at Grain Elevator | 350,000 | | 2 |
| | | TOTAL TRANSPORTATION | | 2,150,000 | |
| | Utilities | New Port HV/Facilities/Site Lighting/Telephone | 6,925,000 | | 1 |
| | | Old Port HV/Facilities/Site Lighting/Telephone | 7,100,000 | | 1 |
| | | Grain Elevator HV/Facilities/Site Lighting/Telephone | 4,420,000 | | 1 |
| | | New Port Potable Water System | 350,000 | | 1 |
| | | New Port Fire Suppression System | 400,000 | | 1 |
| | | New Port Temporary Potable Water System | 150,000 | | 1 |
| | | Old Port Potable Water System | 200,000 | | 1 |
| | | Old Port Fire Suppression System | 500,000 | | 1 |
| | | Old Port Temporary Potable Water System | 100,000 | | 1 |
| | | Grain Elevator Potable Water System | 50,000 | | 1 |
| | | Grain Elevator Temporary Potable Water System | 30,000 | | 1 |
| | | Grain Elevator Fire Suppression System | 150,000 | | 1 |
| | | Sewer System Repairs | 200,000 | | 2 |
| | | Storm Drain System Repairs | 50,000 | | 2 |
| | | TOTAL UTILITIES | | 20,625,000 | |
| | Safety, Security, & Environmental | | | | |
| | Physical Security | Perimeter Walls | 100,000 | | 1 |
| | | Temporary Barriers | 25,000 | | 1 |
| | | Clear Zones | 50,000 | | 1 |
| | | Locking Systems | 250,000 | | 1 |
| | | Safes and Vaults | 12,000 | | 1 |
| | | Protective Lighting | 350,000 | | 1 |
| | Detection and Alarm Systems | Detection and Alarm Systems | 30,000 | | 1 |
| | | Detection and Alarm Systems | 20,000 | | 2 |
| | Monitoring Systems | CCTV, Controllers and Recorders | 150,000 | | 1 |
| | | CCTV, Controllers and Recorders | 50,000 | | 2 |
| | Identification Systems | Identification Systems | 25,000 | | 1 |
| | Access Control Systems | Access Control Systems | 150,000 | | 1 |
| | | Access Control Systems | 25,000 | | 2 |
| | Information Security | Information Security | 8,000 | | 1 |
| | | Information Security | 2,000 | | 2 |
| | Classified Storage | Classified Storage | 15,000 | | 1 |
| | Communications Security | Communications Security | 5,000 | | 1 |
| | | Communications Security | 5,000 | | 2 |
| | Tenant Customer/Contractor | Tenant Customer/Contractor | 15,000 | | 1 |
| | Cargo Security | Cargo Security | 12,000 | | 1 |
| | Personnel Security | Personnel Security | 5,000 | | 1 |
| | | Work Uniforms / Protective Equip (PPE) | 120,000 | | 1 |
| | Personal Reliability Program | Personnel Reliability Program | 25,000 | | 1 |
| | Guard Forces | Guard Forces (Note 1) | 1,200,000 | | 1 |
| | Canine (K-9) Program | Canine (K-9) Program (Note 2) | 60,000 | | 1 |
| | | Canine (K-9) Program (Note 2) | 60,000 | | 2 |
| | Harbor Surveillance/Security | Harbor Surveillance/Security | 300,000 | | 1 |
| | HAZMAT/DG Handling | HAZMAT/DG Handling | 10,000 | | 1 |
| | HAZMAT/DG Disposal | HAZMAT/DG Disposal | 10,000 | | 1 |
| | Emergency Response | Fire / HAZMAT/ Pollution | 200,000 | | 1 |
| | | Fire / HAZMAT/ Pollution | 100,000 | | 2 |
| | | Medical | 25,000 | | 1 |
| | | Civil Conflict (Unrest) / WMD | 20,000 | | 1 |
| | | Civil Conflict (Unrest) / WMD | 30,000 | | 2 |
| | | Emergency Operations Center (EOC) | 65,000 | | 1 |
| | Training | Training | 60,000 | | 1 |
| | | TOTAL SECURITY | | 3,589,000 | |
| GRAND TOTAL - ASSESSMENT COSTS - UMM QASR PORT | | | $164,832,000 | | $164,832,000 |

| | |
|---|---|
| Total Cost - Priority 1 Items | $90,565,000 |
| Total Cost - Priority 2 Items | $74,267,000 |

Print Date 4/29/2003

| Report Reference | Priority 1 Estimated Cost $US | Priority 2 Estimated Cost $US |
|---|---|---|
| Dredging and Wreck Removal | $54,000,000 | $46,800,000 |
| Bulk Operation | 4,035,000 | 14,290,000 |
| Break/Bulk Operation | 1,050,000 | 7,650,000 |
| Container Operation | 1,945,000 | 1,900,000 |
| Other Operational Factors | 500,000 | 760,000 |
| Warehouses | 65,000 | 95,000 |
| Support Facilities | 5,298,000 | 80,000 |
| Transportation | 0 | 2,150,000 |
| Utilities | 20,375,000 | 250,000 |
| Safety, Security, & Environmental | 3,297,000 | 292,000 |
| ESTIMATED PROGRAM COSTS | $90,565,000 | $74,267,000 |