SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax

August 12, 2003

Tom Wheelock
USAID
1300 Pennsylvania Ave. NW
Washington, D.C. 20523

Dear Tom,

In our meeting of August 1, 2003, I undertook to provide further information to you regarding two subjects: (a) profit, and (b) the need for additional personnel. I address those two issues immediately below.

1. Profit

The "Financing Port Operations" clause of the contract provides, among other things, that the contractor is entitled to an operating profit to be set in conjunction with USAID. As discussed at our meeting, SSA believes that its profit should be set at $2.20 per metric ton. In recognition of the political sensitivity associated with the U.S. occupation of Iraq, we have proposed a level of profit that is frankly well below the level of return that we would ordinarily seek from a project that presents the physical security and commercial/logistical difficulties inherent in operating a neglected port in a post-war environment. As such, please be clear that we do not offer our proposed figure with the intention of opening a negotiation. Instead, we have provided to you the minimum number that allows us to justify the risks inherent in this project.

By way of providing an objective benchmark against which USAID can judge the reasonableness of our proposed profit level, we have provided our profit levels for representative container and breakbulk operations below:

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax

| Operation *FY2002 Profit Figure* | $Profit | Moves | $Profit/ Move | Est. Ton/Move | $Profit/ Ton |
|---|---|---|---|---|---|
| Mexico | $38,870,375 | 258,310 | $150.48 | 13T/box | $11.58 |
| Panama | $51,189,803 | 558,088 | $91.72 | 13T/box | $7.06 |
| YTI | $13,830,000 | 632,206 | $21.88 | 13T/box | $1.68 |

| Breakbulk Operations *YTD January 31, 2003* | | $Profit | Tons | Profit/Ton |
|---|---|---|---|---|
| Eastern Car Liner | Tacoma | $100,239 | 22,446 | $4.47 |
| SK Shipping | Seattle | $31,531 | 4,381 | $7.20 |
| New Zealand Lumber | Portland | $499,726 | 107,474 | $4.65 |
| Toko Kaiun Kaisha | Portland | $1,048,490 | 135,939 | $7.71 |
| Steelscape | Kalama | $655,680 | 305,915 | $2.14 |

It is important to recognize that the profit levels in our examples are for ports where we operate on a commercial basis, without any distortion from government subsidies. In the Middle East region, in contrast, most ports are either operated by the government or receive substantial subsidies. References to fees or profits in those ports, therefore, do not provide a meaningful benchmark.

2. Additional Personnel

As discussed, the expansion of commercial cargo volumes at the port requires that we add members to the SSA team in order to maintain appropriate operational levels. The original level of effort specifications were designed to manage an operation geared almost exclusively to humanitarian aid cargo. Clearly the redevelopment of Iraq will require the importation of a broad range of governmental, commercial, and project cargoes. Although the government has not provided SSA with any projections for future cargo volumes, information from agents and commercial sources, as well as experience in the port, indicates that commercial volumes will increase substantially in the coming weeks and months. If the port is to be prepared to deal with these anticipated volumes (and thereby facilitate rather than hinder rebuilding efforts), then these additional personnel must be approved and funded immediately.

We propose to add ten total personnel (6 SSA and 4 Iraqis) to fill the following positions. The job descriptions provided below include an explanation of the need

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax

for the additional people.

A. Commercial Manager: This person's primary duties will be to oversee business arrangements for commercial cargo. This will include preparing quotes for customers, negotiating project cargo charges, securing proper documentation and ensuring proper payment of charges. This position is critical at this early stage of reorganization, to insure the port remains uncorrupt in its practices. If this position isn't controlled by USAID through the SSA contract, then it will fall to the old regime, as the job must be manned, and the old regime members will revert back to their past practices.

B. Assistant commercial manager: This person, in addition to supporting the commercial manager, would be responsible for tariff management, preparation of contracts with vessels and cargo interests, coordination of proposals from Iraqi and other interests for leases, etc.

C. Administrative and Compliance Contract Officer: The primary duties of this person would be ensure that all port accounts are properly maintained so as to allow for documentation of all costs, revenues, profits, capital costs, etc. This support is required to facilitate USAID contract administration.

D. Commercial Accounting Manager: This person will be responsible for maintaining commercial accounting policies and controls and work closely with commercial operations personnel to insure they are adhered to. The Commercial Accounting Manager will maintain all in country commercial accounting records and bank activity and be responsible for working with Seattle (head office accounting staff) to issue accurate and timely reports as required by SSA and the USAID contract.

E. Three additional SSA personnel would be required to provide staffing as operating superintendents for second shifts, days off, etc. As port operations expand, operations will fall within hours and days per week that cannot be accommodated by a "one-shift" workforce.

F. Finally, we propose to employ four Iraqi nationals to assist with each of the functions described above and two local Iraqi accountants to assist with the increased invoicing, cost accounting, etc. generated by the commercial cargo. In addition to providing local knowledge and relationships to assist with current operations, having

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

these personnel in place will act as on-the-job training that will support a smooth transition to Iraqi control when that transition occurs. These individuals need to be non-current port employees as they must work directly for USAID/SSA and not leak information to IPA.

The salary and related expense figures for the additional personnel described above are as follows:

| Position | Direct Hourly Wage | Post Diff. 20% | Danger Pay 25% | Hourly Standard Fringe Benefits | Indirect Costs (O/H) | Total Hourly Costs | (Lvl of Efft.) Estimated Hours | Total Estimated Annual Cost |
|---|---|---|---|---|---|---|---|---|
| Commercial Manager | $50.76 | $10.15 | $12.69 | $13.51 | $5.08 | $92.19 | 2,080.00 | $191,759.36 |
| Commercial Accounting Manager | $50.76 | $10.15 | $12.69 | $13.51 | $5.08 | $92.19 | 2,080.00 | $191,759.36 |
| Assistant Commercial Manager | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2,080.00 | $167,671.92 |
| Admin + Compliance Contract Officer | $51.44 | $10.29 | $12.86 | $14.47 | $5.14 | $94.20 | 2,080.00 | $195,931.84 |
| Ship Supt. | $42.67 | $8.53 | $10.67 | $14.47 | $4.27 | $80.61 | 2,080.00 | $167,665.68 |
| Local Iraqis | $1.73 | $0.00 | $0.00 | $0.00 | $0.17 | $1.90 | 2,080.00 | $3,952.00 |

**TOTAL = $1,273,831**

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax

There will be three (3) Ship Superintendents and six (6) Local Iraqis required. The amount shown is for one individual in each category. We look forward to your prompt reply on these issues and to building on our very positive meeting of August 1.

Sincerely,

Dan Flynn
Sr. Vice-President
SSA Marine

Cc: D. Simms

C. Hautamaki

R. MacLeod

Iraq Team

USAID
U.S. AGENCY FOR
INTERNATIONAL
Development

August 22, 2003

Mr. Daniel J. Flynn
Senior Vice President
Stevedoring Services of America
1131 SW Klickitat Way
Seattle, Washington 98134

Contract No. TRN-C-00-03-00054-00
Security Issue at Port of Umm Qasr

Dear Mr. Flynn:

We have reviewed your August 20, 2003 letter concerning security at the Port of Umm Qasr.

In order to address immediately the security concerns expressed in your letter, the Coalition Provisional Authority ("CPA") has arranged for British military forces to provide additional security at the New Section of the Umm Qasr Port until September 15, 2003. This enhanced security should enable SSA to continue its work at the Port and to obtain by September 15 the additional security services it needs through subcontracting procedures mandated by U.S. Federal Government procurement regulations.

Contrary to your assertions, USAID did not deny SSA's August 12 request for additional guard services at the Umm Qasr Port. Rather, we asked that, consistent with the terms and conditions of its contract, SSA attempt to obtain these additional services utilizing a competitive subcontracting process as required by FAR 52.244-5. We now expect that SSA will solicit bids from potential security subcontractors or submit documentation justifying a non-competitive award. In any event, given that its contract with USAID requires that SSA provide security for areas within the Umm Qasr Port perimeter, we expect SSA to obtain any additional security services it needs without threats to abandon its responsibilities to operate the Port.

EXHIBIT

USAID 01517

Letter: Security
August 22, 2003
Page 2

Please note that until Modification No. 1 is signed, SSA will not be reimbursed for any costs incurred under CLIN 004 – Port Operation Expenses, or CLIN 005 – Capital Projects. Given that SSA does not presently have funds in its contract to subcontract for additional security guard services, the execution of the modification will be necessary to provide such funds.

Finally, USAID has informed SSA on several occasions that it cannot unilaterally use revenues generated from the Umm Qasr Port. Any decision on the use Port revenues must be made jointly between the U.S. government and the Iraqi Port of Authority. Therefore, SSA cannot use port revenues to pay for additional security.

If you have any questions, please contact the undersigned at (914) 360-7961 or by email at dsimms@usaid.gov and dsimmsbrown@yahoo.com.

Sincerely,

Deborah Simms
Contracting Officer
USAID/Iraq

cc: Robert Macleod, USAID CTO
Thomas Wheelock, USAID Project Manager

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

August 28, 2003

Mr. Neil Price
USAID
Baghdad, Iraq

Ms. Deborah Simms
USAID
Baghdad, Iraq

Mr. Robert MacLeod
USAID
Baghdad, Iraq

Dear Ms. Simms:

In our letter dated August 20, 2003, regarding emergency security requirements, I indicated that SSA would contact you separately with respect to outstanding budget and funding issues that threaten the mission at Umm Qasr. In your August 22, 2003, response to our August 20 letter, you make specific reference to the current lack of any funds to pay for security, operations, or capital expenses. In light of the obvious connection between security and funding and in light of your candid assessment of the lack of funding for operations and equipment at the port, I am writing now to address both security and funding.

**A. SECURITY.**

We appreciate the efforts undertaken last week to provide interim security in the form of British troops, and we understand from you and from Mr. Wheelock that USAID supports our request for approval of a subcontract for a private security force. I will not therefore repeat the description of conditions at the port that I provided in my letter of August 20, except to say that, with the exception of the temporary British force, the situation certainly has not improved. Moreover, we have been informally advised by British officers that they expect not to be stationed at the port (and therefore able to provide security) beyond September 15, 2003.

As we advised in our letter of August 20, 2003, the mobilization time for the Gurkha force is between three and four weeks. If what we are told by the British military is accurate, the delays that we

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

have already experienced in obtaining approval of our request for a private security contingent are likely to create a gap of one to two weeks in mid to late September during which security is inadequate. Every day that we wait makes that potential gap greater. If we are able to execute a contract and make an immediate payment for mobilization costs, we can get the process moving and with luck reduce or eliminate the security gap that is otherwise likely to occur within the next three weeks. The tenuous personal safety situation at the port coupled with the need for immediate action provides more than adequate justification for USAID to approve a sole source procurement for the Gurkha force under the "unusual and compelling urgency" standard of FAR 6.302-2 and to provide funding for the necessary mobilization expenses. We therefore ask that you exercise that authority immediately.

In addition to the need to move on this subcontract immediately as discussed above, sole source procurement using the existing security subcontractor is required because of the need for coordination of security services and continuity of command. Our existing contractor, Olive Security, has, within the constraints imposed by their limited number of men on site, been quite effective in coordinating security at the port. They have a systematic approach to the security problem that is already in place and that can be built upon using additional guards under their direction. If we obtain a Gurkha force from another security firm, that force will include supervisors who would duplicate and overlap with the functions provided by Olive personnel. It is highly undesirable from a security standpoint to create a situation in which the chain of command is split between two contractors. Such a structure invites miscommunication and possible disagreement as to what orders are to be given to and followed by the guards. Such miscommunication could render the force ineffective in a crisis situation in which it is most needed. Accordingly, we believe that this procurement may also be authorized for sole source under FAR 6.302-1 generally and under FAR 6.302-1(a)(2)(ii) specifically inasmuch as the services requested are an integrated follow-on to the services already being provided by Olive Security.

Finally, in the unlikely event that sole source procurement is not approved under FAR 6.302-1 or FAR 6.302-2, we note that approval is also appropriate under FAR 6.302-6 (national security) and FAR 6.302-7 (public interest). As we noted in our letter of August 20, we believe that Public Law 85-804 (50 U.S.C. § 1431 et seq.) provides an additional statutory vehicle for immediate approval and funding of the requested subcontract should you decide that additional authority is required. In short, there is ample authority to move this necessary subcontract to provide essential security to the port and to SSA personnel. What we need is immediate use of that authority. Otherwise we will find ourselves again where we were last week, a result that neither SSA nor the government desires.

Finally, although we hope that an immediate correction of the lack of funding for the contract will make it unnecessary to revisit this issue, we must note our disagreement with certain of the statements included in your letter dated August 22. In the last paragraph on the first page of your August 22 letter, your state that "given that its contract with USAID requires that SSA provide security for areas within the Umm Qasr Port perimeter, we expect SSA to obtain any additional security services it needs without threats to

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

abandon its responsibilities to operate the Port." In the very next paragraph, however, you go on to state as follows:

> Please note that until Modification 1 is signed, SSA will not be reimbursed for any costs incurred under CLIN 004 – Port Operation Expenses, or CLIN 005 – Capital Projects. Given that SSA does not presently have funds in its contract to subcontract for additional security guard services, the execution of the modification will be necessary to provide such funds.

These statements are remarkable on several levels, but the inherent inconsistency is that Modification 1, even if it was otherwise consistent with funding mechanism and compensation contemplated under the contract (which it is not), would not have provided sufficient obligated funds to cover the additional security guard services required to secure the port. The problem, as is discussed in detail below, is simply that USAID has failed in the past and continues to fail to provide the funding required under the "Financing Port Operations" clause of our contract and under FAR 52.232-22. In addition, as you reiterate in your August 22 letter, USAID continues to seek to prevent SSA from using port revenues to finance operations, a funding mechanism that the contract specifically establishes. Neither the instruction by USAID to SSA to proceed in the absence of funding nor the prohibition on the use of port revenues is proper or legal. More to the point, however, the port will very shortly simply cease to operate in any adequate fashion unless the U.S. government decides to provide the necessary level of funding. We address immediately below the urgent need to fund this contract if the government wants a working port in Umm Qasr.

**B. FUNDING.**

Given the notice provided in your August 22 letter that there is not enough money to pay either past invoices (for services and supplies obtained by SSA at the direction of USAID) or future operational and capital expense costs, it is plain that this contract is not currently funded. Your most recent letter amplifies and updates Mr. Wheelock's message to SSA dated May 19, 2003, in which he makes explicit reference to the fact that operational funds (CLIN 004) had not then been allocated to the contract. That, of course, was three months ago, and nothing has changed in the interim except that the CLIN 003 funds that were available in May apparently are no longer available or adequate to cover future operating expenses.

In light of the fact that USAID has now acknowledged what apparently has been the case for some time – i.e., that there is not enough money obligated to this contract to do the job – SSA has no choice but to hereby place USAID on official notice under FAR 52.232-22 that currently approved and allocated funds for our contract are insufficient to support continued operations of the port at Umm Qasr. Mr. MacLeod's

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

message of August 21, 2003, states that USAID intends to resolve the issues of port management and security by September 15, 2003. Given the urgency of the situation and the importance of the mission, and given that none of the "management and security" issues can be addressed without also addressing funding, we agree with USAID that September 15, 2003, is the latest date by which the funding issues for the foreseeable future must be resolved. Accordingly, please be advised that unless adequate capital expense and working capital funds are approved and established as is required by our contract by that date, SSA reserves the right thereafter, and without further notice, to ask USAID to terminate our contract under the provisions of the FAR clause referenced above. We also note that we have had pending for two weeks a request for approval of SSA's operating profit level as is required by the contract as well as a proposal for additional management personnel at the port. We ask that your response on the broader funding issues also address these two outstanding issues.[1]

Please allow me to emphasize that SSA does not in any way wish to be forced to request termination of this contract. The complete lack of approved funding for future operations, however, leaves us no choice but to formally advise you of that lack of funds and also to formally advise you of our inability to continue performance if the funding situation is not adequately addressed by the September 15 date set by Mr. MacLeod.

In order to assist you in allocating sufficient funds for the next funding increment of the contract, we have enclosed a revised operating budget covering actual operating expenses for May, June and July, estimated operating expenses for August and September, and preliminary estimated operating expenses for October, November and December. We must emphasis that we are operating in a very dynamic environment with an operating business and have been given virtually no guidance with respect projected volumes that will drive expenses, so it is not possible for us to anticipate, with certainty, exactly what the operating expenses will be. This is the reality in any operating business, but it is exacerbated in an environment as uncertain and volatile as the environment we face in Iraq. The enclosed operating budget represents our professional judgment of projected operating expenses based on our experience to date at the port and what we believe to be reasonable projections for cargo volumes. Should you be able to provide us with the cargo volume and type estimates that we have requested, we should be able to refine these numbers. Inasmuch as there is no indication that such information is forthcoming from USAID, however, we have relied on our best professional judgment and such marketplace information as we have been able to gather.

In addition to the enclosed operating budget, we have enclosed three alternate capital expense budgets that have been prepared to address our projected costs to achieve varied levels of functionality

---

[1] The profit item is reflected as line item 27 (SSA management fee) in the attached operating budget. The profit proposal that we have made is based on a per ton figure, so the monthly amount shown on the budget is obviously an estimate that will vary depending on actual throughput at the port.

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

1800/422-3505 tel
206/623-0179 fax

depending on the level of capacity and service USAID desires for the port. These capital expense budgets are different from past budgets provided to USAID for two principal reasons. First, as we continue to manage the operations of the port our knowledge base of its needs is expanding. Secondly, particularly with respect to humanitarian cargo, the earlier information provided by USAID and others had projected that most of the cargo would come in bulk or in bagged form, while our experience and discussions with shippers indicates that far more of the cargo will be received in containers. We also now understand that there will be more demand for ro ro capacity, in large part due to military requirements. That change in the character of the cargo and terminal configuration changes the capital expense requirements.

The capital expense budget identified as Option 3 is intended to put the port in a position to handle cargo with a level of productivity typical for third world ports. We consider this to be the absolute minimum necessary to ensure an operational port with very modest capacity. Options 1 and 2 are intended to allow the port to operate at a more productive level by upgrading the container handling capacities of the port. Under Option 2 we would implement necessary repairs and refurbishment of the port's existing Nelcon container cranes. Under Option 1 we would replace the existing Nelcon container cranes with newly purchased container cranes. In our other terminal operations around the world and with a long term view to maximizing the effectiveness of capital expenditures we would generally elect to purchase new, fully functional cranes and would therefore recommend Option 1. However, we recognize that USAID's objectives may be different under the circumstances and they may dictate a different choice. Obviously the capital expense budget will be driven by the objectives sought to be achieved, and we must look to USAID to better define those objectives. SSA is willing to engage in a substantive dialogue at any time to assist USAID in developing its objectives with respect to the level of operating capacity it desires for the port.

Each of the capital budgets we have prepare reflects a substantial level of capital expense commitment in September, 2003. The simple reality is that most of the capital items required to operate the port cannot simply be purchased "off the shelf." There is significant lead time required to purchase these items and we simply must start the process immediately. We have grave concerns about the capacity of the port to maintain its operations at its current level, much less at any higher level that may be expected by applicable authorities as the reconstruction of Iraq continues, without sufficient handling equipment, spare parts and the other capital items included in our budgets.

You have made reference in each of your last two letters to the need to execute proposed modification 1 to the contract. We note, as we have explained on numerous occasions in the past, that modification 1 as currently drafted bears no relationship to the funding mechanism set forth in our existing contract. Under the contract as it stands today, the "Financing Port Operations" clause under CLIN 003 of the contract states as follows:

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

Start up capital shall be provided to cover initial facility and equipment replacement and repair as proposed by the contractor and approved by USAID from the port assessment, improvement plan and operational plan. Start up working capital shall be provided to cover initial operation of the port. After port operations begin, working capital for labor, facilities and equipment operation and maintenance, port overhead and contractor profits shall be obtained from fees and charges to carriers and cargo owners. USAID shall approve the fee and charge schedule and the level of contractor profit from operations. The contractor shall present USAID with monthly financial statements outlining the costs, revenues and profits from operations. The contractor shall maintain separate bank account(s) and records regarding port costs and revenues under this contract. To the extent that revenues exceed costs and negotiated maximum profit margin or level, USAID shall determine the use of any remaining funds in the port operation accounts. (emphasis added)

If, as appears to be the case, the government wishes to restructure the existing funding mechanism in the contract, SSA is entirely open to discussing any proposal that the government might have. That said, executing a modification that has no relationship to the actual capital and operational expenses that any reasonable level of operations at the port will involve will not solve the funding issues that we have here identified. Accordingly, it appears to us that the problem is not the contract; it is a lack of money. The contract is very clear on this point. If there is no money, the government cannot order the contractor to work. Indeed, to do so is both improper and illegal. *See* FAR 32.704, FAR 52.232-22, and 31 U.S.C. §§ 1341 and 1350. Looking beyond the contract, it is also obvious but necessary to note that if there is no money there will not be a functional port at Umm Qasr.

SSA has the expertise, the resources, the experience, and the will to address the operational, infrastructure, security, and personnel challenges that threaten the port today. What SSA cannot and will not do is to finance the obligations that the United States government has taken on at Umm Qasr. Accordingly, unless an appropriate and appropriately funded contract modification is in place at the latest by September 15, 2003, SSA will reluctantly have to conclude that the government does not intend to fund this contract. At that time SSA would anticipate having no choice but to request termination and full payment for services rendered as provided for in FAR 52.232-22. Until such time as either funds are provided or SSA determines that a termination request may become necessary, please be advised that SSA will continue to perform to the best of its ability. Such performance may require use of port revenues as provided for in the contract.

SSA expressly reserves all of its rights to make a claim for all amounts due under the contract, including without limitation full reimbursement for costs incurred, operating profit, termination for convenience payments, and any and all such other relief as may be available.

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134

800/422-3505 tel
206/623-0179 fax

We look forward to your immediate and positive reply so that we can focus all of our energies on creating the transportation capacity at Umm Qasr that is essential to rebuilding Iraq. Let us use the next two weeks productively to provide the necessary financial basis for a successful revitalization of the port.

Sincerely,

s/s

Daniel J. Flynn

Senior Vice President

Copies:

The Honorable Andrew Natsios, USAID
Ambassador Wendy Chamberlin, USAID
Ross Wherry, USAID
Anne Quinlan, USAID
John Abood, USAID
Thomas Wheelock, USAID
Craig Hautamaki, USAID
Lew Lucke, USAID
Darrell Trent, CPA
John Gaughan, CPA
Tom Korlogas, CPA
Abdul Razzaq K. Hasan, Iraqi Port Authority
Representative, MOTC

**UMM QASR - CAPX BUDGET**
**OPTION 1**
11/30/2005 15:28

| All a/c #5029 | May-03 | Jun-03 | Jul-03 | Aug-03 | Estimates Sep-03 | Estimates Oct-03 | Nov-03 | Dec-03 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | | | | |
| Locker Vehicles | 0 | 0 | 0 | 0 | 55,000 | 0 | 0 | 0 | 55,000 |
| Mechanics Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Electricians Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Service Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Tire Service Truck | 0 | 0 | 0 | 0 | 26,000 | 0 | 0 | 0 | 26,000 |
| Utility Van | 0 | 0 | 0 | 0 | 32,000 | 0 | 0 | 0 | 32,000 |
| Welding Equipment | 0 | 0 | 0 | 0 | 25,000 | 0 | 0 | 0 | 25,000 |
| Tire Bay Equipment | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 40,000 |
| Lubrication Dispensing Equipment | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| Air Compressors | 0 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 | 20,000 |
| Crane Parts - ZPMC | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 0 | 1,000,000 |
| Crane Parts - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Repair - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminal Equipment Parts | 0 | 0 | 0 | 0 | 750,000 | 0 | 0 | 0 | 750,000 |
| Maintenance Parts Warehouse - Old Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Maintenance Parts Warehouse - New Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Modular Offices - Old Port | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| New Gate - New Port | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 200,000 |
| Gottwald Cranes | 0 | 0 | 0 | 0 | 5,500,000 | 0 | 0 | 0 | 5,500,000 |
| Container Cranes & Parts | 0 | 0 | 0 | 0 | 13,000,000 | 0 | 0 | 0 | 13,000,000 |
| Pallets | 0 | 0 | 0 | 44,383 | 0 | 0 | 0 | 0 | 44,383 |
| Soft Gear | 0 | 0 | 0 | 31,625 | 0 | 0 | 0 | 0 | 31,625 |
| Other Equipment | 451 | 22,791 | 18,586 | 0 | 0 | 0 | 0 | 0 | 41,827 |
| **Total** | 451 | 22,791 | 18,586 | 76,008 | 20,996,000 | 0 | 0 | 0 | 21,113,836 |
| **RO-RO** | | | | | | | | | |
| Tugmaster Repairs | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 15,000 |
| New Tugmaster Trucks | 0 | 0 | 0 | 0 | 260,000 | 0 | 0 | 0 | 260,000 |
| 15 Ton Forklifts | 0 | 0 | 0 | 0 | 270,000 | 0 | 0 | 0 | 270,000 |
| 8' Forklift Blades with 4" heels | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 |
| Berth Modifications | 0 | 0 | 0 | 0 | 1,500,000 | 0 | 0 | 0 | 1,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 2,048,000 | 0 | 0 | 0 | 2,048,000 |
| **CONTAINER** | | | | | | | | | |
| Yard hustler trucks | 0 | 0 | 0 | 0 | 1,120,000 | 0 | 0 | 0 | 1,120,000 |
| 53' 50 Ton trailers / Bomb Carts | 0 | 0 | 0 | 0 | 415,000 | 0 | 0 | 0 | 415,000 |
| Top picks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Move | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 600,000 | 600,000 |
| **Total** | 0 | 0 | 0 | 0 | 1,535,000 | 0 | 0 | 600,000 | 2,135,000 |
| **CRANE RAIL CONSTRUCTION** | | | | | | | | | |
| Rail Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 1,000,000 |
| Demolition of Warehouses - Container Term. | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 500,000 |
| Wharf & Crane Rail Rebuild | 0 | 0 | 0 | 0 | 12,500,000 | 0 | 0 | 0 | 12,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 12,500,000 | 500,000 | 0 | 1,000,000 | 14,000,000 |
| **BREAK-BULK** | | | | | | | | | |
| 3-5 Ton Fork Lifts | 0 | 0 | 0 | 0 | 210,000 | 0 | 0 | 0 | 210,000 |
| Steel Dock Plates | 0 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 2,000 |
| Railcar Plates | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 4,000 |
| **Total** | 0 | 0 | 0 | 0 | 216,000 | 0 | 0 | 0 | 216,000 |
| **VEHICLES** | | | | | | | | | |
| Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security/Safety | 0 | 0 | 0 | 0 | 146,000 | 0 | 0 | 0 | 146,000 |
| Security Busses | 0 | 0 | 0 | 0 | 84,000 | 0 | 0 | 0 | 84,000 |
| Vessel Operations | 0 | 0 | 0 | 0 | 115,000 | 0 | 0 | 0 | 115,000 |
| Terminal Operations | 0 | 0 | 0 | 0 | 620,000 | 150,000 | 0 | 0 | 770,000 |
| **Total** | 0 | 0 | 0 | 0 | 965,000 | 150,000 | 0 | 0 | 1,115,000 |
| **TRANSPORTATION** | | | | | | | | | |
| Labor Transportation/Busses | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 0 | 500,000 |
| **SAFETY & SECURITY** | | | | | | | | | |
| Safety & Security Equipment | 2,070 | 3,308 | 283,568 | 0 | 0 | 0 | 0 | 0 | 288,947 |
| Fire Fighting Equipment Repairs | 0 | 0 | 0 | 0 | 0 | 30,000 | 0 | 0 | 30,000 |
| **ADMINISTRATION** | | | | | | | | | |
| Office Furniture | 0 | 10,000 | 10,174 | 0 | 10,000 | 10,000 | 0 | 0 | 40,174 |
| Computer Hardware & Software | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Equipment | 0 | 0 | 0 | 0 | 0 | 140,000 | 140,000 | 0 | 280,000 |
| **Combined Total** | 2,521 | 36,100 | 312,328 | 76,008 | 38,770,000 | 830,000 | 140,000 | 1,600,000 | 41,766,957 |

**Notes:** All estimated expenditures will consist of obtaining bids and receiving formal approval.

**PL. APP. 69** **SSA 02199**

**UMM QASR - CAPX BUDGET**
**OPTION 2**
11/30/2005 15:28

All a/c #5029

| | May-03 | Jun-03 | Jul-03 | Aug-03 | Estimates Sep-03 | Estimates Oct-03 | Nov-03 | Dec-03 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | | | | |
| Locker Vehicles | 0 | 0 | 0 | 0 | 55,000 | 0 | 0 | 0 | 55,000 |
| Mechanics Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Electricians Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Service Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Tire Service Truck | 0 | 0 | 0 | 0 | 26,000 | 0 | 0 | 0 | 26,000 |
| Utility Van | 0 | 0 | 0 | 0 | 32,000 | 0 | 0 | 0 | 32,000 |
| Welding Equipment | 0 | 0 | 0 | 0 | 25,000 | 0 | 0 | 0 | 25,000 |
| Tire Bay Equipment | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 40,000 |
| Lubrication Dispensing Equipment | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| Air Compressors | 0 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 | 20,000 |
| Crane Parts - ZPMC | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 0 | 1,000,000 |
| Crane Parts - Nelcon | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 1,000,000 |
| Crane Repair - Nelcon | 0 | 0 | 0 | 0 | 3,000,000 | 0 | 0 | 0 | 3,000,000 |
| Terminal Equipment Parts | 0 | 0 | 0 | 0 | 750,000 | 0 | 0 | 0 | 750,000 |
| Maintenance Parts Warehouse - Old Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Maintenance Parts Warehouse - New Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Modular Offices - Old Port | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| New Gate - New Port | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 200,000 |
| Gottwald Cranes | 0 | 0 | 0 | 0 | 5,500,000 | 0 | 0 | 0 | 5,500,000 |
| Pallets | 0 | 0 | 0 | 44,383 | 0 | 0 | 0 | 0 | 44,383 |
| Soft Gear | 0 | 0 | 0 | 31,625 | 0 | 0 | 0 | 0 | 31,625 |
| Other Equipment | 451 | 22,791 | 18,586 | 0 | 0 | 0 | 0 | 0 | 41,827 |
| **Total** | 451 | 22,791 | 18,586 | 76,008 | 10,996,000 | 1,000,000 | 0 | 0 | 12,113,836 |
| **RO-RO** | | | | | | | | | |
| Tugmaster Repairs | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 15,000 |
| New Tugmaster Trucks | 0 | 0 | 0 | 0 | 260,000 | 0 | 0 | 0 | 260,000 |
| 15 Ton Forklifts | 0 | 0 | 0 | 0 | 270,000 | 0 | 0 | 0 | 270,000 |
| 8' Forklift Blades with 4" heels | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 |
| Berth Modifications | 0 | 0 | 0 | 0 | 1,500,000 | 0 | 0 | 0 | 1,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 2,048,000 | 0 | 0 | 0 | 2,048,000 |
| **CONTAINER** | | | | | | | | | |
| Yard hustler trucks | 0 | 0 | 0 | 0 | 1,120,000 | 0 | 0 | 0 | 1,120,000 |
| 53' 50 Ton trailers / Bomb Carts | 0 | 0 | 0 | 0 | 415,000 | 0 | 0 | 0 | 415,000 |
| Top picks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Move | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 600,000 | 600,000 |
| **Total** | 0 | 0 | 0 | 0 | 1,535,000 | 0 | 0 | 600,000 | 2,135,000 |
| **CRANE RAIL CONSTRUCTION** | | | | | | | | | |
| Rail Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 1,000,000 |
| Demolition of Warehouses - Container Term. | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 500,000 |
| Wharf & Crane Rail Rebuild | 0 | 0 | 0 | 0 | 12,500,000 | 0 | 0 | 0 | 12,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 12,500,000 | 500,000 | 0 | 1,000,000 | 14,000,000 |
| **BREAK-BULK** | | | | | | | | | |
| 3-5 Ton Fork Lifts | 0 | 0 | 0 | 0 | 210,000 | 0 | 0 | 0 | 210,000 |
| Steel Dock Plates | 0 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 2,000 |
| Railcar Plates | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 4,000 |
| **Total** | 0 | 0 | 0 | 0 | 216,000 | 0 | 0 | 0 | 216,000 |
| **VEHICLES** | | | | | | | | | |
| Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security/Safety | 0 | 0 | 0 | 0 | 146,000 | 0 | 0 | 0 | 146,000 |
| Security Busses | 0 | 0 | 0 | 0 | 84,000 | 0 | 0 | 0 | 84,000 |
| Vessel Operations | 0 | 0 | 0 | 0 | 115,000 | 0 | 0 | 0 | 115,000 |
| Terminal Operations | 0 | 0 | 0 | 0 | 620,000 | 150,000 | 0 | 0 | 770,000 |
| **Total** | 0 | 0 | 0 | 0 | 965,000 | 150,000 | 0 | 0 | 1,115,000 |
| **TRANSPORTATION** | | | | | | | | | |
| Labor Transportation/Busses | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 0 | 500,000 |
| **SAFETY & SECURITY** | | | | | | | | | |
| Safety & Security Equipment | 2,070 | 3,308 | 283,568 | 0 | 0 | 0 | 0 | 0 | 288,947 |
| Fire Fighting Equipment Repairs | 0 | 0 | 0 | 0 | 0 | 30,000 | 0 | 0 | 30,000 |
| **ADMINISTRATION** | | | | | | | | | |
| Office Furniture | 0 | 10,000 | 10,174 | 0 | 10,000 | 10,000 | 0 | 0 | 40,174 |
| Computer Hardware & Software | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Equipment | 0 | 0 | 0 | 0 | 0 | 140,000 | 140,000 | 0 | 280,000 |
| **Combined Total** | 2,521 | 36,100 | 312,328 | 76,008 | 28,770,000 | 1,830,000 | 140,000 | 1,600,000 | 32,766,957 |

**Notes:** All estimated expenditures will consist of obtaining bids and receiving formal approval.

**UMM QASR - CAPX BUDGET**
**OPTION 3**
11/30/2005 15:28

All a/c #5029

| | May-03 | Jun-03 | Jul-03 | Aug-03 | Estimates Sep-03 | Estimates Oct-03 | Nov-03 | Dec-03 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | | | | |
| Locker Vehicles | 0 | 0 | 0 | 0 | 55,000 | 0 | 0 | 0 | 55,000 |
| Mechanics Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Electricians Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Service Truck | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 16,000 |
| Tire Service Truck | 0 | 0 | 0 | 0 | 26,000 | 0 | 0 | 0 | 26,000 |
| Utility Van | 0 | 0 | 0 | 0 | 32,000 | 0 | 0 | 0 | 32,000 |
| Welding Equipment | 0 | 0 | 0 | 0 | 25,000 | 0 | 0 | 0 | 25,000 |
| Tire Bay Equipment | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 40,000 |
| Lubrication Dispensing Equipment | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| Air Compressors | 0 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 | 20,000 |
| Crane Parts - ZPMC | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 0 | 1,000,000 |
| Crane Parts - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Repair - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminal Equipment Parts | 0 | 0 | 0 | 0 | 750,000 | 0 | 0 | 0 | 750,000 |
| Maintenance Parts Warehouse - Old Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Maintenance Parts Warehouse - New Port | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 100,000 |
| Modular Offices - Old Port | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 50,000 |
| New Gate - New Port | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 200,000 |
| Gottwald Cranes | 0 | 0 | 0 | 0 | 5,500,000 | 0 | 0 | 0 | 5,500,000 |
| Pallets | 0 | 0 | 0 | 44,383 | 0 | 0 | 0 | 0 | 44,383 |
| Soft Gear | 0 | 0 | 0 | 31,625 | 0 | 0 | 0 | 0 | 31,625 |
| Other Equipment | 451 | 22,791 | 18,586 | 0 | 0 | 0 | 0 | 0 | 41,827 |
| **Total** | 451 | 22,791 | 18,586 | 76,008 | 7,996,000 | 0 | 0 | 0 | 8,113,836 |
| **RO-RO** | | | | | | | | | |
| Tugmaster Repairs | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 15,000 |
| New Tugmaster Trucks | 0 | 0 | 0 | 0 | 260,000 | 0 | 0 | 0 | 260,000 |
| 15 Ton Forklifts | 0 | 0 | 0 | 0 | 270,000 | 0 | 0 | 0 | 270,000 |
| 8' Forklift Blades with 4" heels | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 |
| Berth Modifications | 0 | 0 | 0 | 0 | 1,500,000 | 0 | 0 | 0 | 1,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 2,048,000 | 0 | 0 | 0 | 2,048,000 |
| **CONTAINER** | | | | | | | | | |
| Yard hustler trucks | 0 | 0 | 0 | 0 | 1,120,000 | 0 | 0 | 0 | 1,120,000 |
| 53' 50 Ton trailers / Bomb Carts | 0 | 0 | 0 | 0 | 415,000 | 0 | 0 | 0 | 415,000 |
| Top picks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Move | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 600,000 | 600,000 |
| **Total** | 0 | 0 | 0 | 0 | 1,535,000 | 0 | 0 | 600,000 | 2,135,000 |
| **CRANE RAIL CONSTRUCTION** | | | | | | | | | |
| Rail Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Demolition of Warehouses - Container Term. | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 500,000 |
| Wharf & Crane Rail Rebuild | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 500,000 |
| **BREAK-BULK** | | | | | | | | | |
| 3-5 Ton Fork Lifts | 0 | 0 | 0 | 0 | 210,000 | 0 | 0 | 0 | 210,000 |
| Steel Dock Plates | 0 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 2,000 |
| Railcar Plates | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 4,000 |
| **Total** | 0 | 0 | 0 | 0 | 216,000 | 0 | 0 | 0 | 216,000 |
| **VEHICLES** | | | | | | | | | |
| Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security/Safety | 0 | 0 | 0 | 0 | 146,000 | 0 | 0 | 0 | 146,000 |
| Security Busses | 0 | 0 | 0 | 0 | 84,000 | 0 | 0 | 0 | 84,000 |
| Vessel Operations | 0 | 0 | 0 | 0 | 115,000 | 0 | 0 | 0 | 115,000 |
| Terminal Operations | 0 | 0 | 0 | 0 | 620,000 | 150,000 | 0 | 0 | 770,000 |
| **Total** | 0 | 0 | 0 | 0 | 965,000 | 150,000 | 0 | 0 | 1,115,000 |
| **TRANSPORTATION** | | | | | | | | | |
| Labor Transportation/Busses | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 0 | 500,000 |
| **SAFETY & SECURITY** | | | | | | | | | |
| Safety & Security Equipment | 2,070 | 3,308 | 283,568 | 0 | 0 | 0 | 0 | 0 | 288,947 |
| Fire Fighting Equipment Repairs | 0 | 0 | 0 | 0 | 0 | 30,000 | 0 | 0 | 30,000 |
| **ADMINISTRATION** | | | | | | | | | |
| Office Furniture | 0 | 10,000 | 10,174 | 0 | 10,000 | 10,000 | 0 | 0 | 40,174 |
| Computer Hardware & Software | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Equipment | 0 | 0 | 0 | 0 | 0 | 140,000 | 140,000 | 0 | 280,000 |
| **Combined Total** | 2,521 | 36,100 | 312,328 | 76,008 | 13,270,000 | 830,000 | 140,000 | 600,000 | 15,266,957 |

**Notes:** All estimated expenditures will consist of obtaining bids and receiving formal approval.

**PL. APP. 71**

SSA 02201

**UMM QASR - CAPX BUDGET**
**OPTION 4**
11/29/2005 15:57

All a/c #5029

| | May-03 | Jun-03 | Jul-03 | Aug-03 | Estimates Sep-03 | Estimates Oct-03 | Nov-03 | Dec-03 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | | | | |
| Locker Vehicles | 0 | 0 | 0 | 0 | 0 | 55,000 | 0 | 0 | 55,000 |
| Mechanics Truck | 0 | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 16,000 |
| Electricians Truck | 0 | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 16,000 |
| Service Truck | 0 | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 16,000 |
| Tire Service Truck | 0 | 0 | 0 | 0 | 0 | 26,000 | 0 | 0 | 26,000 |
| Utility Van | 0 | 0 | 0 | 0 | 0 | 32,000 | 0 | 0 | 32,000 |
| Welding Equipment | 0 | 0 | 0 | 0 | 0 | 25,000 | 0 | 0 | 25,000 |
| Tire Bay Equipment | 0 | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 40,000 |
| Lubrication Dispensing Equipment | 0 | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 50,000 |
| Air Compressors | 0 | 0 | 0 | 0 | 0 | 20,000 | 0 | 0 | 20,000 |
| Crane Parts - ZPMC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Parts - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Repair - Nelcon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane & Terminal Equipment Parts | 0 | 0 | 0 | 0 | 0 | 750,000 | 0 | 0 | 750,000 |
| Maintenance Parts Warehouse - Old Port | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Parts Warehouse - New Port | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Modular Offices - Old Port | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Gate - New Port | 0 | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 200,000 |
| Gottwald Crane | 0 | 0 | 0 | 0 | 0 | 2,750,000 | 0 | 0 | 2,750,000 |
| Pallets | 0 | 0 | 0 | 44,383 | 0 | 0 | 0 | 0 | 44,383 |
| Soft Gear | 0 | 0 | 0 | 31,625 | 0 | 0 | 0 | 0 | 31,625 |
| Other Equipment | 451 | 22,791 | 18,586 | 0 | 0 | 0 | 0 | 0 | 41,827 |
| **Total** | 451 | 22,791 | 18,586 | 76,008 | 0 | 3,996,000 | 0 | 0 | 4,113,836 |
| **RO-RO** | | | | | | | | | |
| Tugmaster Repairs | 0 | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 | 15,000 |
| New Tugmaster Trucks | 0 | 0 | 0 | 0 | 0 | 260,000 | 0 | 0 | 260,000 |
| 15 Ton Forklifts | 0 | 0 | 0 | 0 | 0 | 270,000 | 0 | 0 | 270,000 |
| 8' Forklift Blades with 4" heels | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 3,000 |
| Berth Modifications | 0 | 0 | 0 | 0 | 0 | 1,500,000 | 0 | 0 | 1,500,000 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 2,048,000 | 0 | 0 | 2,048,000 |
| **CONTAINER** | | | | | | | | | |
| Yard hustler trucks | 0 | 0 | 0 | 0 | 0 | 1,120,000 | 0 | 0 | 1,120,000 |
| 53' 50 Ton trailers / Bomb Carts | 0 | 0 | 0 | 0 | 0 | 415,000 | 0 | 0 | 415,000 |
| Top picks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crane Move | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 1,535,000 | 0 | 0 | 1,535,000 |
| **CRANE RAIL CONSTRUCTION** | | | | | | | | | |
| Rail Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Demolition of Warehouses - Container Term. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wharf & Crane Rail Rebuild | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **BREAK-BULK** | | | | | | | | | |
| 3-5 Ton Fork Lifts | 0 | 0 | 0 | 0 | 0 | 210,000 | 0 | 0 | 210,000 |
| Steel Dock Plates | 0 | 0 | 0 | 0 | 0 | 2,000 | 0 | 0 | 2,000 |
| Railcar Plates | 0 | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 4,000 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 216,000 | 0 | 0 | 216,000 |
| **VEHICLES** | | | | | | | | | |
| Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security/Safety | 0 | 0 | 0 | 0 | 0 | 146,000 | 0 | 0 | 146,000 |
| Security Busses | 0 | 0 | 0 | 0 | 0 | 84,000 | 0 | 0 | 84,000 |
| Vessel Operations | 0 | 0 | 0 | 0 | 0 | 115,000 | 0 | 0 | 115,000 |
| Terminal Operations | 0 | 0 | 0 | 0 | 0 | 620,000 | 0 | 0 | 620,000 |
| **Total** | 0 | 0 | 0 | 0 | 0 | 965,000 | 0 | 0 | 965,000 |
| **TRANSPORTATION** | | | | | | | | | |
| Labor Transportation/Busses | 0 | 0 | 0 | 0 | 0 | 500,000 | 0 | 0 | 500,000 |
| **SAFETY & SECURITY** | | | | | | | | | |
| Safety & Security Equipment | 2,070 | 3,308 | 283,568 | 0 | 0 | 0 | 0 | 0 | 288,947 |
| Fire Fighting Equipment Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **ADMINISTRATION** | | | | | | | | | |
| Office Furniture | 0 | 10,000 | 10,174 | 0 | 0 | 10,000 | 0 | 0 | 30,174 |
| Computer Hardware & Software | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Equipment | 0 | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 50,000 |
| **Combined Total** | 2,521 | 36,100 | 312,328 | 76,008 | 0 | 9,320,000 | 0 | 0 | 9,746,957 |

**Notes:** All estimated expenditures will consist of obtaining bids and receiving formal approval.

SSA 02203

**UMM QASR - OPERATIONS BUDGET**
11/30/2005 15:28

| | May-03 | Jun-03 | Jul-03 | Estimates Aug-03 | Estimates Sep-03 | Preliminary Estimates Oct-03 | Preliminary Estimates Nov-03 | Preliminary Estimates Dec-03 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | |
| Humanitarian & WFP **(G)** | 485,860 | 704,272 | 1,180,840 | 0 | 0 | 0 | 0 | 0 | 2,370,971 |
| Commercial | 0 | 110,157 | 446,962 | 337,751 | 0 | 0 | 0 | 0 | 894,870 |
| **TOTAL REVENUES (B),(C)** | 485,860 | 814,429 | 1,627,802 | 337,751 | 0 | 0 | 0 | 0 | 3,265,841 |
| **OPERATIONS EXPENSE** | | | | | | | | | |
| Auto Maintenance | 0 | 0 | 0 | 0 | 600 | 2,000 | 2,000 | 2,000 | 6,600 |
| Auto Purchases & Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auto Purchases & Security Team Rental | 0 | 4,000 | 2,944 | 7,000 | 7,000 | 0 | 0 | 0 | 20,944 |
| Communications | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contingency | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Maintenance | 0 | 0 | 0 | 0 | 40,000 | 40,000 | 30,000 | 30,000 | 140,000 |
| Equipment Rental | 0 | 0 | 0 | 0 | 50,000 | 50,000 | 30,000 | 20,000 | 150,000 |
| Fuel (5028) | 0 | 23,491 | 62,525 | 75,000 | 80,000 | 80,000 | 90,000 | 90,000 | 501,016 |
| Facilities Maintenance (5563) | 0 | 5,000 | 3,114 | 400 | 400 | 400 | 2,000 | 2,000 | 13,314 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Agency Fees (5549) | 2,169 | 14,775 | 9,147 | 8,250 | 8,250 | 8,250 | 8,250 | 8,250 | 67,341 |
| Office Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies & Services (5569, 5568) | 0 | 2,786 | 1,402 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 11,687 |
| Operating Labor (DPA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Safety & Security Labor | 0 | 15,000 | 28,088 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 193,088 |
| Stevedore Operating Labor | 0 | 0 | 0 | 0 | 175,000 | 350,000 | 350,000 | 350,000 | 1,225,000 |
| Transportation & Courier (5537) | 0 | 770 | 9,655 | 0 | 5,000 | 5,000 | 5,000 | 5,000 | 30,425 |
| Utilities/Sanitation (5544) | 0 | 5,240 | 4,900 | 5,000 | 5,000 | 5,000 | 0 | 0 | 25,140 |
| Water (5544) | 0 | 2,993 | 7,455 | 10,000 | 10,000 | 10,000 | 11,000 | 12,000 | 63,448 |
| SSA Profit (J) | 115,940 | 339,673 | 236,225 | 275,000 | 275,000 | 275,000 | 275,000 | 275,000 | 2,066,838 |
| Ghurkas Labor | 0 | 0 | 0 | 0 | 125,000 | 250,000 | 250,000 | 250,000 | 875,000 |
| Ghurkas Mobilization | 0 | 0 | 0 | 0 | 181,000 | 0 | 0 | 0 | 181,000 |
| SSA Personnel for Commercial Cargo | 0 | 0 | 0 | 0 | 0 | 94,000 | 94,000 | 94,000 | 282,000 |
| Crane Specialist | 0 | 0 | 0 | 34,285 | 0 | 0 | 0 | 0 | 34,285 |
| Dock Support Equipment Rental | 0 | 0 | 7,350 | 5,940 | 7,000 | 7,000 | 7,000 | 7,000 | 41,290 |
| **TOTAL EXPENSES (A),(D),(E),(F), (H), (I)** | 118,109 | 413,727 | 372,805 | 452,375 | 1,000,750 | 1,208,150 | 1,185,750 | 1,176,750 | 5,928,416 |
| **OPERATING RESULTS** | 367,751 | 400,701 | 1,254,997 | (114,624) | (1,000,750) | (1,208,150) | (1,185,750) | (1,176,750) | (2,662,574) |

(A) This budget does not include salaries and related costs of local Iraq port workers (count of 3,520).
(B) It was originally demanded by J. Raybon of ORHA in May 2003 that SSA be able and prepared to handle 300,000 tons per month. No such volumes have been realized and no other projections from USAID, IPA, or CPA have been received.
(C) No volume projections have been received from any source regarding reconstruction cargo.
(D) Budget excludes any costs related to maintenance dredging.
(E) Budget excludes any costs related to unanticipated expenses (e.g emergency and contingency)
(F) Certain costs such as fuel and water are market driven and may change/increase/decrease over time.
**(G) These amounts have been invoiced but not collected.**
(H) Budget does not reflect expatriate related costs of CLIN 003.
(I) The initial three months of expense in this budget constitute the first operating budget.
(J) Profit is $220 per ton as proposed by SSA using volume from the monthly report

PL. APP. 73

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax
www.ssamarine.com

September 2, 2003

Mr. Neil Price

USAID

Baghdad, Iraq

Thank you for your message of August 31 regarding the proposed Gurkha force. Certainly we appreciate the approval of the subcontract, but given the funding constraints it appears to us that we are practically no further along than before. Specifically, we would ask that you clarify the following points:

1. Your letter states that:

> "You are authorized to begin incurring costs within the existing funding allocated to your contract with USAID. This consent does not authorize you to make a contractual commitment that will either exceed the current value of your contract, or the Limitation of Funds."

On August 22, 2003, Deborah Simms wrote to us as follows:

> "Given that SSA does not presently have funds in its contract to subcontract for additional security guard services, the execution of the modification will be necessary to provide such funds."

Reading these messages together, and reviewing the current limitation of funds against already incurred obligations, it is quite clear to SSA that there is currently no money allocated to this contract that could be used for the services that your letter purports to "approve." As such, it is entirely unclear what we are to do with this "approval." In the hopes of avoiding just such an unusable "approval," we asked you the following in our letter of August 29, 2003:

> "Finally, I request clarification of the statement in your letter that "[t]his security enhancement shall be initiated within the existing funding allocated to the contract in accordance with the Limitation of Funds clause." Deborah Simms has

SSAMarine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax
www.ssamarine.com

> stated in her recent correspondence that there is not enough money under the existing contract to pay these security expenses. That is one of the several reasons that we sent our urgent letter yesterday asking that we once and for all deal with the outstanding budget issues. Neil, we simply do not understand what you mean by the sentence quoted above. Is there or is there not money available today to pay for security? If yes, kindly so confirm. If not, let's talk immediately about what we have to do to get that money."

Despite my direct question as to whether there is money in the contract for security, your latest correspondence again says, in practical effect, "feel free to spend money that is not in your contract, but don't look to the government to pay you back." We both know that we cannot proceed on this basis, and that continuing this sort of approach is both improper under 31 U.S.C. § 1341 and also entirely unhelpful in terms of providing security and other necessary expenses so that there can be a functioning port at Umm Qasr.

To be entirely clear from our end, then, because there is no funding to back up USAID's "approval" of the security subcontract, SSA cannot act on that "approval" at this time. We have repeatedly warned of the potentially serious results of the U.S. government's apparent lack of interest or ability to provide funds to secure the port. We will not repeat those warnings here; we trust that you are keenly aware of the realities of the situation.

2. Obviously the solution to the lack of an adequate security force at the port is to obtain the funding necessary to pay for the requested Gurkha detail. On a broader basis, of course, the fact that the contract funding is inadequate to pay for security also means that it is inadequate to pay for the operating and capital expenditures that we have repeatedly identified as necessary to the success of the mission at the port.

We take Mr. Wheelock's September 1 letter requesting a meeting in Baghdad as an indication of the government's intention to fully address those outstanding issues. That said, we have met before, both in Washington, D.C. in late June and at the port on August 1, to absolutely no effect. Monies are promised, but they never appear. Accordingly, we would like to make every effort to ensure that our next meeting results in concrete progress. To that end, before we set a date for a meeting, we request that you forward to us in writing the government's proposal for funding the contract, along with any contract modifications that you might wish for SSA to consider. We trust that your proposal will include items to address SSA's profit as expressly provided for in the contract as well as all of the other open items presented by the budgets and projections

SSAMarine
A Carrix Enterprise
1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax
www.ssamarine.com

that we have previously provided to you. Once we have those papers in hand, we can sit down and work out any unsettled details. There does not, however, seem to be much purpose in meeting before we have had a chance to review the government's proposal.

3. Mr. Price, please understand that SSA remains committed to providing an efficient and modern port operation at Umm Qasr. Especially because of the obvious difficulties associated with working in the wartime environment at the port, however, we must be given the tools to do the job. With all due respect to USAID and the other U.S. government elements in Iraq, we are presently left with the distinct impression that the port is not a priority in the U.S. government's Iraq plans. If that perception is correct, we believe that it is misguided, because the port is absolutely vital to any successful rebuilding effort. In any event, we can only help you if you will tell us what the government's objectives are and what funding the government intends to provide in

SSA Marine
A Carrix Enterprise

1131 SW Klickitat Way
Seattle Washington
98134
800/422-3505 tel
206/623-0179 fax
www.ssamarine.com

support of our efforts. As before, although I grow tired of saying it, the sooner you can answer those questions, the sooner we can fully implement the plan that we have designed for modernizing the port.

Sincerely,

Daniel J. Flynn

Senior Vice President

Copies:

The Honorable Andrew Natsios, USAID
Ambassador Wendy Chamberlin, USAID
Ross Wherry, USAID
Anne Quinlan, USAID
John Abood, USAID
Deborah Simms, USAID
Robert MacLeod, USAID
Thomas Wheelock, USAID
Craig Hautamaki, USAID
Lew Lucke, USAID
Darrell Trent, CPA
John Gaughan, CPA
Tom Korologas, CPA
Abdul Razzaq K. Hasan, Iraqi Port Authority
Representative, MOTC