IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN EXTENSION

Defendant respectfully requests the Court to extend by 30 days, to and including December 27, 2006, the deadline for filing its reply brief with regard to its motion for partial summary judgment. Defendant's reply brief is presently due on November 27, 2006. This is defendant's first request for an extension of this deadline. Defendant contacted plaintiff’s counsel to determine whether plaintiff opposes this motion, but plaintiff’s counsel was not able to provide a definitive position with regard to this issue.

The time requested is necessary because the Government’s present attorney of record has accepted an offer of employment with the Department of State, and his last day in the office with the Department of Justice will be November 22, 2006. This case has been reassigned to Brian Smith, who was out of the office the week of October 30, 2006, and has been busy with other matters since his return to the office on November 6, 2006. Mr. Smith will file his notice of appearance in the near future.

The Government's present attorney of record will be unable to prepare the Government's reply brief before he departs from the Department of Justice for several reasons. Since receipt of plaintiff's brief on November 9, 2006, the Government's present attorney of record has been required to devote substantial amounts of time to other matters pending before this Court, including: preparing a joint stipulation of dismissal in Nicon, Inc. v. United States, No. 99-982C (Fed. Cl.), which was due on November 14, 2006; preparing proposed redactions of a 90-page bid protest decision in Textron, Inc. v. United States, No. 06-517C (Fed. Cl. Nov. 8, 2006), which were filed on November 15, 2006; reviewing the redactions proposed by the two protesters and the intervenor in Textron; advising the client agency in Textron with regard to the likelihood that the protesters would appeal and the actions the agency should take to prepare for that possibility; and negotiating with the pro se plaintiff in Lechliter v. United States, No. 04-1729C (Fed. Cl.). As a result of these extensive negotiations, plaintiff has made a settlement offer that the Government's present attorney of record will recommend his superiors accept. If accepted, plaintiff's offer will resolve his Court of Federal Claims' suit and a suit that is pending in the district court, Lechliter v. Department of the Army, No. 04-814 (D. Del.). The Government's present attorney of record hopes to complete his settlement memorandum by close of business on

November 17, 2006.

In addition, there are numerous time-consuming tasks that the Government's present attorney of record must complete before he departs for the Department of State. These include: preparing case re-assignment memoranda for the cases that will be reassigned because of his departure; ensuring all of the official files and papers in his possession are properly accounted for and entered into the Department of Justice's records management system; and accounting for all Department of Justice property and equipment.

Finally, plaintiff raised several new issues, not previously shared with the Government, in its opposition to the Government's motion for partial summary judgment. The Government's attorneys will need to research and analyze these issues in order to prepare the Government's reply brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
By Steven J. Gillingham

BRYANT G. SNEE
Assistant Director

s/ Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

November 16, 2006

NOTICE OF FILING

I hereby certify that on November 16, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN EXTENSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Thomas D. Dinackus