IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 05-490C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

On November 17, 2006, defendant moved for an enlargement of 30 days to file its Reply to Plaintiff's Opposition to the Government's Motion For Partial Summary Judgment and Plaintiff's Request For Oral Argument. Plaintiff's counsel has now had an opportunity to consult with his client and can represent that plaintiff has no objection to the 30 day extension based on government counsel's representation that no further enlargements will be sought absent extraordinary circumstances.

Respectfully submitted,

/s/ John W. Butler
John W. Butler
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2510 (tel)
(202) 463-4950 (fax)

Of counsel:

Heather M. Spring
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2516 (tel)
(202) 463-4950 (fax)

Dated: November 17, 2006