# In the United States Court of Federal Claims

No. 05-490C
(Filed: August 7, 2007)

******************************************
**SSA MARINE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

On August 29, 2006, Plaintiff filed a motion in limine to exclude the report and testimony of Charles L. Wilkins, the Defendant's expert witness. In an Order dated September 8, 2006, the Court stayed Defendant's response to Plaintiff's motion pending resolution of Defendant's motion for summary judgment. On July 31, 2007, the Court issued an opinion granting Defendant's motion for partial summary judgment. Accordingly, the Court hereby lifts the stay on briefing of Plaintiff's motion and ORDERS that Defendant shall file its response to Plaintiff's motion in limine on or before **August 24, 2007**. Plaintiff's reply thereto shall be filed in accordance with the Rules of the Court of Federal Claims.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge