**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SSA MARINE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Civil Action No. 05-490C**<br>**(Chief Judge Damich)** |

**MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR MODIFICATION OF THE OPINION TO PERMIT INTERLOCUTORY APPEAL**

Pursuant to RCFC 59, Plaintiff, SSA Marine, Inc. ("SSA") hereby moves this Court to reconsider its July 31, 2007, Opinion granting defendant's motion for partial summary judgment. As explained in the attached memorandum of points and authorities, reconsideration and reversal are necessary to correct plain and controlling errors of law and mistakes of fact in the Opinion.

In the event that the Court either denies the motion for reconsideration or grants the motion for reconsideration but does not reverse the grant of partial summary judgment, SSA moves for modification of the Opinion to state that interlocutory appeal may be sought pursuant to 28 U.S.C. §§ 1292(b) and (c), because the questions presented on summary judgment are controlling questions of law as to which there is substantial ground for difference of

opinion and that an immediate appeal of the Opinion may materially advance the ultimate termination of the litigation.

Respectfully submitted,

/s/ John W. Butler
John W. Butler
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2510 (tel)
(202) 463-4950 (fax)

Of counsel:

Heather M. Spring
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
(202) 463-2516 (tel)
(202) 463-4950 (fax)

Dated: August 14, 2007