IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-490C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION

Defendant respectfully requests the Court to extend by 31 days, to and including September 24, 2007, the deadline for filing its response brief with regard to plaintiff's motion to exclude defendant's expert testimony. Defendant's brief is presently due on August 24, 2007. This is defendant's first request for an extension of this deadline. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

The time requested is necessary because the Court's summary judgment decision affects both the issue of whether and to what extent the Government will require the expert testimony that is the subject of plaintiff's motion for any further proceedings in this case, and whether and to what extent any further proceedings are necessary at all. In short, the summary judgment decision appears to have resolved the primary dispute in this case and it may not be necessary to resolve the remaining issues in the case via trial (including the introduction of expert testimony). Defendant's counsel is initiating a dialogue with the plaintiff's counsel that defendant's counsel believes will clarify the

parties' positions regarding the likelihood of settlement, the prospect of an alternative dispute resolution, the scope of the remaining disputed issues, the appropriate procedure for resolution of the remaining disputed issues if further proceedings are required, and plaintiff's intentions with regard to further review of the summary judgment decision. Each of these positions could render plaintiff's motion to exclude moot, or, at least, suggest that other avenues of resolving the remaining disputed issues are more appropriate.

If the parties are unable to reach agreement upon a joint proposal regarding the necessity for further proceedings and file it within the requested enlargement period, defendant's counsel will so advise the Court and file its response to the plaintiff's motion to exclude.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Brian S. Smith
BRIAN S. SMITH

Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

JOHN B. ALUMBAUGH
PETER E. YOUNG
U.S. Agency for International Development

August 24, 2007

NOTICE OF FILING

I hereby certify that on August 24, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian S. Smith