# In the United States Court of Federal Claims

No. 05-490C
(Filed: August 30, 2007)

*******************************************
**SSA MARINE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*******************************************

**ORDER**

On August 7, 2007, following the issuance of an opinion granting Defendant's motion for partial summary judgment, the Court lifted the stay on Defendant's response to Plaintiff's motion in limine to exclude the testimony of Charles L. Wilkins, the Defendant's expert witness. On August 14, 2007, Plaintiff moved the Court to reconsider its decision on partial summary judgment. Defendant now moves, without opposition, for a 31-day extension of time to file its response to the motion in limine pending resolution of the motion to reconsider.

The Court hereby GRANTS Defendant's motion for extension of time. Defendant's response to Plaintiff's motion in limine shall be filed within 21 days after the Court's decision on Plaintiff's motion for reconsideration.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge