**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SSA MARINE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Civil Action No. 05-490C**<br>**(Chief Judge Damich)** |

**Supplemental Corporate Disclosure Statement**

SSA Marine, Inc. ("SSA"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following supplemental certification: SSA is a private company that is 100% owned by FRS Capital Corp. FRS Capital Corp. is a private company that is owned 51% by three trusts, the trustees and beneficiaries of which are descendants of the company's founder, Fred R. Smith, and 49% by GSPx, L.P. GSPx, L.P. is an affiliate of Goldman Sachs and is under the control of Goldman Sachs. Goldman Sachs is a publicly traded company.

Respectfully submitted,

John W. Butler
SHER & BLACKWELL
1850 M St., N.W., Ste. 900
Washington, D.C. 20036
(202) 463-2510 (tel)
(202) 463-4950 (fax)

Of Counsel:
Heather M. Spring
SHER & BLACKWELL
1850 M St., N.W., Ste. 900
Washington, D.C. 20036
(202) 463-2516 (tel)
(202) 463-4950 (fax)

Dated: October 29, 2007