IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC. , | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-490C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION**

Defendant respectfully requests the Court to extend, by 60 days, to and including June 30, 2008, the deadline for filing our response to plaintiff's motion to exclude defendant's expert testimony. Defendant's response is presently due on May 1, 2008. This is defendant's second request for an extension of this deadline. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

The time requested is necessary because the expert testimony that is the subject of plaintiff's motion may not be necessary in light of this Court's July 31, 2007 order granting defendant's motion for partial summary judgment, and this Court's April 10, 2008 order denying plaintiff's motion for reconsideration or for leave to appeal. The Court's orders disposed of the primary issue in this case. Consequently, the parties believe that it may not be necessary to resolve the remaining issue in this case through trial, including the introduction of expert testimony. The parties are currently in discussions regarding the appropriate procedure for resolution of the remaining issue in this case.

If the parties are unable to reach agreement upon a joint proposal regarding the necessity for further proceedings and file it within the requested enlargement period, defendant's counsel will so advise the Court and file its response to the plaintiff's motion to exclude.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
Bryant G. Snee
Deputy Director

s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

April 25, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of April, 2008, a copy of the foregoing "Unopposed Motion For an Extension" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey