IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC. , | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-490C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Defendant respectfully requests the Court to stay all proceedings, including defendant's obligation to respond to plaintiff's motion to exclude defendant's expert testimony, to and including July 30, 2008. Defendant's response to plaintiff's motion is now due to be filed on June 30, 2008, and the Court has previously granted two extensions of time to file a response. Plaintiff's counsel has reviewed this motion, and has indicated that plaintiff does not oppose this motion.

In light of this Court's July 31, 2007 order granting defendant's motion for partial summary judgment, and this Court's April 10, 2008 order denying plaintiff's motion for reconsideration or for leave to appeal, the parties believe that it may not be necessary to resolve the remaining issue in this case through trial. The parties are currently in discussions regarding the possibility of settlement, and a stay of proceedings in this matter will permit the parties to determine whether settlement of this matter may be appropriate.

For the reasons set forth above, the parties request the Court to stay the proceedings for thirty days, to and including July 30, 2008. The parties will file a joint status report on July 30, 2008 regarding the status of any settlement discussions, or provide a proposed date for the

government to file its response to the plaintiff's motion to exclude.

Respectfully submitted,

GREGORY G. KATZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

June 24, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of June, 2008, a copy of the foregoing "Unopposed Motion To Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey