# In the United States Court of Federal Claims

No. 05-490C

(Filed: June 25, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| SSA MARINE, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**ORDER**

On June 24, 2008, Defendant filed an unopposed motion to stay all proceedings for 30 days while the parties discuss the possibility of settlement. For good cause shown, Defendant's motion is GRANTED. Accordingly, all proceedings in this case shall be suspended until July 30, 2008, by which date the parties shall submit a joint status report informing the Court of their progress, or provide a proposed date for Defendant to file its response to Plaintiff's motion to exclude Defendant's expert testimony. If the parties reach an impasse in their negotiations before July 30, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge