IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC. , | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-490C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 25, 2008 Order, the parties respectfully submit this Joint Status Report. Since the Court stayed proceedings on June 25, 2008, the parties have been discussing the possibility of settlement. The parties are attempting to resolve certain issues raised during the discussions, and determine whether settlement of this matter may be appropriate.

For the reasons set forth above, the parties request the Court to stay the proceedings for forty-five days, to and including September 15, 2008. The parties will file a joint status report on September 15, 2008 regarding the status of any settlement discussions, or provide a proposed date for the government to file its response to the plaintiff's motion to exclude.

Respectfully submitted,

GREGORY G. KATZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

July 30, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 30th day of July, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey