# In the United States Court of Federal Claims

No. 05-490C

(Filed: July 31, 2008)

```
************************************ *
                                     *
SSA MARINE, INC.,                    *
                                     *
                     Plaintiff,      *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                     Defendant.      *
                                     *
************************************ *
```

**ORDER**

On July 30, 2008, the parties filed a join status report requesting a stay of all proceedings for an additional 45 days while the parties discuss the possibility of settlement in this case. For good cause shown, the parties' request is GRANTED. Accordingly, all proceedings in this case shall be suspended until September 15, 2008, by which date the parties shall submit a joint status report informing the Court of their progress, or provide a proposed date for Defendant to file its response to Plaintiff's motion to exclude Defendant's expert testimony. If the parties reach an impasse in their negotiations before September 15, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge