IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SSA MARINE, INC. , | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-490C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 31, 2008 Order, the parties respectfully submit this Joint Status Report. Since the Court stayed proceedings on June 25, 2008, the parties have been discussing the possibility of settlement. The parties have reached a possible resolution, for which defendant's counsel needs to obtain authorization from her superiors.

For the reasons set forth above, the parties request the Court to stay the proceedings for forty-five days, to and including October 30, 2008. The parties will file a joint status report on October 30, 2008 regarding the status of any settlement discussions, or if all matters have been settled by October 30, 2008, the parties, will, instead, file a joint stipulation of dismissal.

Respectfully submitted,

GREGORY G. KATZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.,
ATTN: Classification Unit-
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972
E-mail: Jane.Dempsey@usdoj.gov

September 15, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of September, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey